UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                           :
HONG LIU,                                                  :
         Plaintiff,                                :
                                                           :   Case No.: 1:20-cv-00019
    -v.-                                                   :
                                                           :
FARADAY&FUTURE INC., SMART KING                            :
LTD., JIAWEI WANG, and CHAOYING                            :
DENG,                                                      :
                                                           :
         Defendants.                               :
-----------------------------------------------------------x

**APPEARANCE OF COUNSEL**

    To: The clerk of court and all parties of record

    I am admitted to practice in this court, and I appear in this case as counsel for Plaintiff Hong Liu.


Dated: January 6, 2020
New York, New York

                                                                SEIDEN LAW GROUP LLP


                                    By:   /s/ Dov B. Gold
                                       Dov B. Gold
                                       469 Seventh Avenue, Fifth Fl.
                                       New York, NY 10018
                                       dgold@seidenlegal.com
                                       (646) 766-1703

                                       *Counsel for Hong Liu*