UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                        :

HONG LIU,

                Plaintiff,

                        Case No.: 1:20-cv-00019

      -v.-

                        **AFFIDAVIT OF SERVICE**

FARADAY&FUTURE INC., SMART KING
LTD., JIAWEI WANG, and CHAOYING
DENG,

                Defendants.
------------------------------------------------------------x

I, James Kennedy, being duly sworn, depose and say as follows under penalty of perjury:

1.     I am a Partner with the law firm KSG Attorneys at Law, of 4th Floor Harbour Centre, 42 North Church Street, PO Box 2255, Grand Cayman KY1-1107, Cayman Islands.

2.     On 7 January 2020, I caused a copy of the following documents issued in these proceedings to be served on Defendant Smart King Ltd., by arranging for hand delivery of the documents to Defendant Smart King Ltd.'s registered office in the Cayman Islands:

    (a)     Summons in a Civil Action addressed to Smart King Ltd., dated 6 January 2020;

    (b)     Complaint dated 3 January 2020;

    (c)     Exhibit A to the Complaint dated 3 January 2020; and

    (d)     Exhibit B to the Complaint dated 3 January 2020.

3.     At **Exhibit 1** to this affidavit I attach a true copy of a search report from the Cayman Islands Registry of Companies, dated 30 December 2019, showing the address for the registered office of Defendant Smart King Ltd.

4. At **Exhibit 2** to this affidavit I attach a true copy of the cover letter dated 7 January 2020 hand delivered to the registered office of Defendant Smart King Ltd. showing the signed acknowledgement of receipt by the registered office of the documents referred to above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
JAMES KENNEDY

Sworn to before me this __8__
day of January, 2020.

_____
Notary Public

Prathna Bodden
Notary Public
PO Box 2255
Grand Cayman KY1-1107
(345) 949-0123
LIC EXPIRES __Jan 20__

**Exhibit 1**



# Search Report

| | |
|---|---|
| **Entity Name :** | Smart King Ltd. |
| **Jurisdiction :** | Cayman Islands |
| **Registration Number :** | 329345 |
| **Registration Date :** | 20th November 2017 |
| **Entity Type :** | EXEMPT |
| **Registered Office :** | WALKERS CORPORATE LIMITED |
| | Cayman Corporate Centre |
| | 27 Hospital Road |
| | George Town |
| | Grand Cayman  KY1-9008 |
| | Cayman Islands |

| | |
|---|---|
| **Status :** | ACTIVE |
| **Status Date :** | 20th November 2017 |

- INFORMATION REGARDING THE CORPORATE RECORDS AND REGISTERS ARE NOT AVAILABLE FOR PUBLIC INSPECTION

- THIS REPORT DOES NOT CONFIRM THE ENTITY IS IN GOOD STANDING

Authorisation Code : 727169934518
www.verify.gov.ky
30 December 2019

**Exhibit 2**



4th Floor
Harbour Centre
42 North Church St.
P.O. Box 2255
Grand Cayman
KY1-1107
Cayman Islands

Tel: 1-345-949-0003
jameskennedy@ksglaw.ky

www.ksglaw.ky

Smart King Ltd.
c/o Walkers Corporate Limited
Cayman Corporate Centre
27 Hospital Road
George Town
Grand Cayman KY1-9008
Cayman Islands

7 January 2020

Sent by: Hand Delivery

Dear Sirs,

**Re:** Hong Liu v Faraday&Future Inc., Smart King Ltd. & Ors
Case No.: 1:20-cv-00019

We enclose for service on you a copy of each of the following documents issued in the above noted proceedings in the United States District Court for the Southern District of New York:

1. Summons in a Civil Action addressed to Smart King Ltd., dated 6 January 2020;

2. Complaint dated 3 January 2020;

3. Exhibit A to the Complaint dated 3 January 2020; and

4. Exhibit B to the Complaint dated 3 January 2020.

Yours faithfully,

KSG Attorneys at Law

Encls

RECEIVED
Time & Date 7-1-20
Print Name Ricky Scott
Signature 3:00pm

KSG Attorneys at Law is a body corporate under the Legal Practitioners (Incorporated Practice) Regulations 2006 (as revised) of the Cayman Islands and is incorporated in the Cayman Islands as an ordinary company as KSG Attorneys Ltd.