UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
:
HONG LIU,                                                   :
          Plaintiff,                           :
                                                 : Case No.: 1:20-cv-00019
       -v.-                                                :
                                                 : **AFFIDAVIT OF SERVICE**
FARADAY&FUTURE INC., SMART KING      :
LTD., JIAWEI WANG, and CHAOYING      :
DENG,                                :
          Defendants.                          :
-----------------------------------------------------------x

I, Adam Jensen, being duly sworn, declare as follows under penalty of perjury:

1. I am a process server affiliated with Brannen Enterprises and I am registered as a process server in Los Angeles County, California.

2. On January 6, 2020, I caused a copy of the following documents issued in these proceedings to be served on FARADAY&FUTURE INC., at their office located at 18455 S. Figueroa Street Gardena, CA 90248 by hand delivery of the documents to BRIAN FRITZ, Managing Counsel Litigation & Compliance, who represented that he was authorized to accept service on behalf of FARADAY&FUTURE INC.:

   (a) Summons and Complaint with Exhibits A and B addressed to FARADAY&FUTURE INC., dated January 6, 2020.

I declare under penalty of perjury that the foregoing is true and correct.

_____
ADAM JENSEN

Sworn to before me this 17 day of January, 2020.

_____
Notary Public

SONIA METZ VAN COTT
Notary Public – California
Los Angeles County
Commission # 2204109
My Comm. Expires Aug 2, 2021