Troutman Sanders LLP
875 Third Avenue
New York, New York  10022

**troutman<sup>T</sup>
sanders**

troutman.com

Daniel E. Gorman
daniel.gorman@troutman.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 2 3 2020

January 22, 2020

**VIA ECF**

Hon. George B. Daniels
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 11A
New York, New York 10007

SO ORDERED:

*George B. Donald*

George B. Daniels, U.S.D.J.

Re:   *Hong Liu v. Faraday&Future Inc., et. al.*
      **Case No. 1:20-CV-00019-GBD**

Dated:    IJAN 2 3 2020

Dear Judge Daniels:

This firm represents Defendants Faraday&Future Inc. ("Faraday"), Smart King Ltd. ("Smart"), Jiawei Wang, and Chaoying Deng (collectively, the "Defendants") in the above-referenced action.  Pursuant to Individual Rules II(A)(i) and II(C) of Your Honor's Individual Practices, Defendants respectfully request an extension of time up to and including February 14, 2020 for Defendants to answer, move or otherwise respond to Plaintiff's Complaint, filed on January 3, 2020 (the "Complaint").

The current deadline to answer, move or otherwise respond to the Complaint as to Faraday is January 27, 2020, and as to Smart is January 28, 2020.

Defendants accept service of process as to all Defendants as of January 21, 2020, and waive any defense based on service of process.  The Parties agree that to the extent Defendants file a motion to dismiss, Plaintiff's deadline to file an opposition will be on or before March 6, 2020, and Defendants' reply will be due on or before March 20, 2020.

This is Defendants' first request for an extension of time to respond to the Complaint and Plaintiff consents to this request.

Respectfully submitted,

*/s/ Daniel E. Gorman*
Daniel E. Gorman

cc: All Counsel for Record (via ECF)