## U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:20–cv–00019–GBD

| | |
|---|---|
| Liu v. Faraday&Future Inc. et al | Date Filed: 01/03/2020 |
| Assigned to: Judge George B. Daniels | Date Terminated: 08/26/2020 |
| Cause: 15:78m(a) Securities Exchange Act | Jury Demand: Plaintiff |
| | Nature of Suit: 850 Securities/Commodities |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Hong Liu**     represented by     **Dov Byron Gold**
Seiden Law Group LLP
469 7th Avenue, Fifth Floor
New York, NY 10018
646–766–1703
Email: dgold@seidenlegal.com
*ATTORNEY TO BE NOTICED*

**Jacob Nachmani**
Seiden Law Group LLP
469 Seventh Avenue
Suite 502
New York, NY 10018
646–766–1723
Email: jnachmani@seidenlegal.com
*ATTORNEY TO BE NOTICED*

**Amiad Moshe Kushner**
Seiden Law Group LLP
469 Seventh Avenue
Ste 5th Floor
New York, NY 10018
212–523–0686
Email: akushner@seidenlegal.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Faraday&Future Inc.**     represented by     **Daniel Nathan Anziska**
Troutman Pepper Hamilton Sanders LLP
875 Third Avenue
New York, NY 10022
212–704–6009
Fax: 212–704–5906
Email: daniel.anziska@troutmansanders.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel E. Gorman**

Troutman Pepper Hamilton Sanders LLP
875 Third Avenue
New York, NY 10022
212–704–6000
Email: daniel.gorman@troutman.com
*ATTORNEY TO BE NOTICED*

**Mackenzie Willow–Johnson**
Troutman Sanders LLP
301 South College Street
Ste 3400
Charlotte, NC 28202
704–998–4106
Fax: 704–998–4051
Email: mackenzie.willow–johnson@troutman.com
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Smart King Ltd.** | represented by | **Daniel Nathan Anziska** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Daniel E. Gorman** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Mackenzie Willow–Johnson** (See above for address) *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Jiawei Wang** | represented by | **Daniel Nathan Anziska** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Daniel E. Gorman** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Mackenzie Willow–Johnson** (See above for address) *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Chaoying Deng** | represented by | **Daniel Nathan Anziska** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Daniel E. Gorman** |

(See above for address)
*ATTORNEY TO BE NOTICED*

**Mackenzie Willow–Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/03/2020 | Ï 1 | COMPLAINT against CHAOYING DENG, FARADAY&FUTURE INC., SMART KING LTD., JIAWEI WANG. (Filing Fee $ 400.00, Receipt Number ANYSDC–18415046)Document filed by HONG LIU. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Kushner, Amiad) (Entered: 01/03/2020) |
| 01/03/2020 | Ï 2 | CIVIL COVER SHEET filed. (Kushner, Amiad) (Entered: 01/03/2020) |
| 01/03/2020 | Ï 3 | REQUEST FOR ISSUANCE OF SUMMONS as to FARADAY&FUTURE INC., re: 1 Complaint. Document filed by HONG LIU. (Kushner, Amiad) (Entered: 01/03/2020) |
| 01/03/2020 | Ï 4 | REQUEST FOR ISSUANCE OF SUMMONS as to JIAWEI WANG, re: 1 Complaint. Document filed by HONG LIU. (Kushner, Amiad) (Entered: 01/03/2020) |
| 01/03/2020 | Ï 5 | REQUEST FOR ISSUANCE OF SUMMONS as to CHAOYING DENG, re: 1 Complaint. Document filed by HONG LIU. (Kushner, Amiad) (Entered: 01/03/2020) |
| 01/03/2020 | Ï 6 | REQUEST FOR ISSUANCE OF SUMMONS as to SMART KING LTD., re: 1 Complaint. Document filed by HONG LIU. (Kushner, Amiad) (Entered: 01/03/2020) |
| 01/06/2020 | Ï | **\*\*\*NOTICE TO ATTORNEY REGARDING CIVIL CASE OPENING STATISTICAL ERROR CORRECTION: Notice to attorney Amiad Moshe Kushner. The following case opening statistical information was erroneously selected/entered: Cause of Action code 28:1331; Fee Status code due (due);. The following correction(s) have been made to your case entry: the Cause of Action code has been modified to 15:78; the Fee Status code has been modified to pd (paid);. (jgo)** (Entered: 01/06/2020) |
| 01/06/2020 | Ï | **\*\*\*NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Amiad Moshe Kushner. The party information for the following party/parties has been modified: Hong Liu; Faraday&Future Inc.; Smart King Ltd.; Jiawei Wang; Chaoying Deng. The information for the party/parties has been modified for the following reason/reasons: party name was entered in all caps;. (jgo)** (Entered: 01/06/2020) |
| 01/06/2020 | Ï | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above–entitled action is assigned to Judge George B. Daniels. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district–judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf–related–instructions. (jgo) (Entered: 01/06/2020) |
| 01/06/2020 | Ï | Magistrate Judge Sarah L. Cave is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018–06/AO–3.pdf. (jgo) (Entered: 01/06/2020) |
| 01/06/2020 | Ï | Case Designated ECF. (jgo) (Entered: 01/06/2020) |
| 01/06/2020 | Ï 7 | ELECTRONIC SUMMONS ISSUED as to Chaoying Deng. (jgo) (Entered: 01/06/2020) |
| 01/06/2020 | Ï 8 | ELECTRONIC SUMMONS ISSUED as to Faraday&Future Inc.. (jgo) (Entered: 01/06/2020) |

| 01/06/2020 | Ï 9 | ELECTRONIC SUMMONS ISSUED as to Jiawei Wang. (jgo) (Entered: 01/06/2020) |
|---|---|---|
| 01/06/2020 | Ï 10 | ELECTRONIC SUMMONS ISSUED as to Smart King Ltd.. (jgo) (Entered: 01/06/2020) |
| 01/06/2020 | Ï 11 | NOTICE OF APPEARANCE by Dov Byron Gold on behalf of Hong Liu. (Gold, Dov) (Entered: 01/06/2020) |
| 01/07/2020 | Ï 12 | INITIAL PRETRIAL CONFERENCE: Initial Conference set for 3/26/2020 at 09:30 AM in Courtroom 11A, 500 Pearl Street, New York, NY 10007 before Judge George B. Daniels. (Signed by Judge George B. Daniels on 1/6/2020) (va) (Entered: 01/07/2020) |
| 01/08/2020 | Ï 13 | AFFIDAVIT OF SERVICE of Summons and Complaint. Smart King Ltd. served on 1/7/2020, answer due 1/28/2020. Service was accepted by Ricky Scott, Registered Office Agent. Document filed by Hong Liu. (Gold, Dov) (Entered: 01/08/2020) |
| 01/21/2020 | Ï 14 | AFFIDAVIT OF SERVICE of Summons and Complaint. Faraday&Future Inc. served on 1/6/2020, answer due 1/27/2020. Service was accepted by Brian Fritz. Managing Counsel Litigation & Compliance. Document filed by Hong Liu. (Gold, Dov) (Entered: 01/21/2020) |
| 01/22/2020 | Ï 15 | NOTICE OF APPEARANCE by Daniel Nathan Anziska on behalf of Chaoying Deng, Faraday&Future Inc., Smart King Ltd., Jiawei Wang. (Anziska, Daniel) (Entered: 01/22/2020) |
| 01/22/2020 | Ï 16 | NOTICE OF APPEARANCE by Daniel E. Gorman on behalf of Chaoying Deng, Faraday&Future Inc., Smart King Ltd., Jiawei Wang. (Gorman, Daniel) (Entered: 01/22/2020) |
| 01/22/2020 | Ï 17 | LETTER addressed to Judge George B. Daniels from Daniel E. Gorman dated January 22, 2020 re: On Consent Request for Extension of Time for Defendants to Respond to Complaint to February 14, 2020. Document filed by Chaoying Deng, Faraday&Future Inc., Smart King Ltd., Jiawei Wang.(Gorman, Daniel) (Entered: 01/22/2020) |
| 01/23/2020 | Ï 18 | MEMO ENDORSEMENT on re: 17 Letter. ENDORSEMENT: SO ORDERED. (Chaoying Deng answer due 2/14/2020. Faraday&Future Inc. answer due 2/14/2020. Smart King Ltd. answer due 2/14/2020. Jiawei Wang answer due 2/14/2020. Motions due by 2/14/2020. Responses due by 3/6/2020. Replies due by 3/20/2020.) (Signed by Judge George B. Daniels on 1/23/2020) (jwh) (Entered: 01/23/2020) |
| 02/14/2020 | Ï 19 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Faraday&Future Inc., Smart King Ltd...(Anziska, Daniel) (Entered: 02/14/2020) |
| 02/14/2020 | Ï 20 | MOTION to Dismiss , *or in the alternative*., MOTION to Transfer Case *to the Central District of California*. Document filed by Chaoying Deng, Faraday&Future Inc., Smart King Ltd., Jiawei Wang..(Anziska, Daniel) (Entered: 02/14/2020) |
| 02/14/2020 | Ï 21 | MEMORANDUM OF LAW in Support re: 20 MOTION to Dismiss , *or in the alternative*. MOTION to Transfer Case *to the Central District of California*. . Document filed by Chaoying Deng, Faraday&Future Inc., Smart King Ltd., Jiawei Wang..(Anziska, Daniel) (Entered: 02/14/2020) |
| 02/14/2020 | Ï 22 | DECLARATION of Jiawei Wang in Support re: 20 MOTION to Dismiss , *or in the alternative*. MOTION to Transfer Case *to the Central District of California*.. Document filed by Chaoying Deng, Faraday&Future Inc., Smart King Ltd., Jiawei Wang..(Anziska, Daniel) (Entered: 02/14/2020) |
| 02/14/2020 | Ï 23 | DECLARATION of Chaoying Deng in Support re: 20 MOTION to Dismiss , *or in the alternative*. MOTION to Transfer Case *to the Central District of California*.. Document filed by Chaoying Deng, Faraday&Future Inc., Smart King Ltd., Jiawei Wang..(Anziska, Daniel) (Entered: 02/14/2020) |

| | | |
|---|---|---|
| 02/20/2020 | ï 24 | MOTION for Mackenzie Lee Willow–Johnson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–18864844. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Chaoying Deng, Faraday&Future Inc., Smart King Ltd., Jiawei Wang. (Attachments: # 1 Affidavit, # 2 Certificate of Good Standing, # 3 Text of Proposed Order).(Willow–Johnson, Mackenzie) (Entered: 02/20/2020) |
| 02/20/2020 | ï | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 24 MOTION for Mackenzie Lee Willow–Johnson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–18864844. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (vba)** (Entered: 02/20/2020) |
| 03/06/2020 | ï 25 | MEMORANDUM OF LAW in Opposition re: 20 MOTION to Dismiss , *or in the alternative*. MOTION to Transfer Case *to the Central District of California*. . Document filed by Hong Liu..(Kushner, Amiad) (Entered: 03/06/2020) |
| 03/06/2020 | ï 26 | DECLARATION of Hong Liu in Opposition re: 20 MOTION to Dismiss , *or in the alternative*. MOTION to Transfer Case *to the Central District of California*.. Document filed by Hong Liu..(Kushner, Amiad) (Entered: 03/06/2020) |
| 03/09/2020 | ï 27 | NOTICE OF APPEARANCE by Jacob Nachmani on behalf of Hong Liu..(Nachmani, Jacob) (Entered: 03/09/2020) |
| 03/12/2020 | ï 28 | ORDER FOR ADMISSION PRO HAC VICE granting 24 Motion for Mackenzie L. Willow–Johnson to Appear Pro Hac Vice. IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Judge George B. Daniels on 3/12/2020) (kv) (Entered: 03/12/2020) |
| 03/19/2020 | ï 29 | PROPOSED CASE MANAGEMENT PLAN. Document filed by Chaoying Deng, Faraday&Future Inc., Smart King Ltd., Jiawei Wang..(Willow–Johnson, Mackenzie) (Entered: 03/19/2020) |
| 03/19/2020 | ï 30 | LETTER addressed to Judge George B. Daniels from Mackenzie Willow–Johnson dated 03/19/2020 re: Joint Request to Telephonically Attend Initial Pretrial Conference. Document filed by Chaoying Deng, Faraday&Future Inc., Smart King Ltd., Jiawei Wang..(Willow–Johnson, Mackenzie) (Entered: 03/19/2020) |
| 03/20/2020 | ï 31 | REPLY MEMORANDUM OF LAW in Support re: 20 MOTION to Dismiss , *or in the alternative*. MOTION to Transfer Case *to the Central District of California*. . Document filed by Chaoying Deng, Faraday&Future Inc., Smart King Ltd., Jiawei Wang..(Anziska, Daniel) (Entered: 03/20/2020) |
| 03/24/2020 | ï 32 | CIVIL CASE MANAGEMENT PLAN AND SCHEDULE: Oral Argument set for 5/28/2020 at 09:30 AM before Judge George B. Daniels. Initial Conference set for 5/28/2020 at 09:30 AM before Judge George B. Daniels. Amended Pleadings due by 8/10/2020. Joinder of Parties due by 8/10/2020. Discovery due by 9/7/2020. Dispositive motions are to be served by October 12, 2020. Answering papers are to be served within 14 days. Reply papers are to be served within seven (7) days. Final Pretrial Conference set for 11/19/2020 at 09:45 AM before Judge George B. Daniels. Pretrial Order due by 11/12/2020. Ready for Trial by 12/14/2020. The estimated trial time is 4–5 days, and this is a jury trial. Status Conference set for 7/30/2020 at 09:45 AM before Judge George B. Daniels. (Signed by Judge George B. Daniels on 3/24/2020) (jwh) (Entered: 03/24/2020) |
| 03/24/2020 | ï 33 | ORDER, The March 26, 2020 conference is cancelled. This Court will hear oral argument on Defendants' Motion to Dismiss, (ECF No. 20), on May 28, 2020 at 10:30 a.m. SO ORDERED. (Oral Argument set for 5/28/2020 at 10:30 AM before Judge George B. Daniels.) (Signed by Judge George B. Daniels on 3/24/20) (yv) (Entered: 03/24/2020) |

| | | |
|---|---|---|
| 05/05/2020 | 34 | ORDER: The May 28, 2020 oral argument is adjourned to August 20, 2020 at 10:30 a.m. SO ORDERED. (Signed by Judge George B. Daniels on 5/5/2020) ( Oral Argument set for 8/20/2020 at 10:30 AM before Judge George B. Daniels.) (ks) (Entered: 05/05/2020) |
| 06/22/2020 | 35 | ORDER: The July 30, 2020 status conference is hereby cancelled. SO ORDERED. (Signed by Judge George B. Daniels on 6/22/2020) (kv) (Entered: 06/22/2020) |
| 07/09/2020 | 36 | NOTICE OF CHANGE OF ADDRESS by Daniel Nathan Anziska on behalf of Chaoying Deng, Faraday&Future Inc., Smart King Ltd., Jiawei Wang. New Address: Troutman Pepper Hamilton Sanders LLP, 875 Third Avenue, New York, NY, 10022, 212–704–6000..(Anziska, Daniel) (Entered: 07/09/2020) |
| 07/10/2020 | 37 | NOTICE OF CHANGE OF ADDRESS by Daniel E. Gorman on behalf of Chaoying Deng, Faraday&Future Inc., Smart King Ltd., Jiawei Wang. New Address: Troutman Pepper Hamilton Sanders LLP, 875 Third Avenue, New York, NY, 10022, 212–704–6000..(Gorman, Daniel) (Entered: 07/10/2020) |
| 08/10/2020 | 38 | ORDER: The oral argument scheduled for August 20, 2020 is adjourned to August 26, 2020 at 10:30 a.m. and shall occur as a videoconference using the Skype platform. To optimize the quality of the video feed, only the Court, Plaintiffs counsel, and Defendant's counsel will appear by video for the proceeding; all others will participate by telephone. Due to the limited capacity of the Skype system, only one counsel per party may participate. Co–counsel, members of the press, and the public may access the audio feed of the conference by calling (917) 933–2166 and entering the code ID 267636548. (And as further set forth herein.) SO ORDERED. (Telephone Conference set for 8/26/2020 at 10:30 AM before Judge George B. Daniels.) (Signed by Judge George B. Daniels on 8/10/2020) (jca) (Entered: 08/10/2020) |
| 08/26/2020 | | Minute Entry for proceedings held before Judge George B. Daniels: Oral Argument held on 8/26/2020 re: 20 MOTION to Dismiss *, or in the alternative*. MOTION to Transfer Case *to the Central District of California*. filed by Chaoying Deng, Faraday&Future Inc., Jiawei Wang, Smart King Ltd.. Plaintiff Counsel: Amiad Kushner; Defense Counsel: Daniel N. Anziska and Court Reporter present. (Vega, Elizabeth) (Entered: 08/26/2020) |
| 08/26/2020 | 39 | ORDER terminating 20 Motion to Dismiss; granting 20 Motion to Transfer Case: For the reasons stated on the record during today's oral argument, Defendants' motion to transfer the case to the Central District of California, ECF No. 20, is GRANTED. The Clerk of Court is directed to close the motion at ECF No. 20 accordingly, and the Clerk of Court is also directed to transfer this action to the Central District of California. (Signed by Judge George B. Daniels on 8/26/2020) (jwh) Transmission to Office of the Clerk of Court for processing. (Entered: 08/26/2020) |
| 08/26/2020 | | CASE TRANSFERRED OUT ELECTRONICALLY from the U.S.D.C. Southern District of New York to the United States District Court – District of Central District of California. (jwh) (Entered: 09/02/2020) |