BENJAMIN TAYLOR (State Bar No. 240636)
btaylor@taylorlawfirmpc.com
THE LAW OFFICES OF BENJAMIN TAYLOR
A Professional Corporation
1880 Century Park East, Suite 714
Los Angeles, California 90067
Telephone:   (310) 201-7600
Facsimile:    (310) 201-7601

Attorneys for Plaintiff
HONG LIU

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONG LIU,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FARADAY&FUTURE, INC., SMART KING LTD., JIAWEI WANG, and CHAOYING DENG,<br><br>　　　　　Defendants. | **CASE NO: 2:20-cv-08035-DVW-JPRx**<br><br>**STIPULATION SETTING DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT** |

**STIPULATION SETTING TIME TO RESPOND TO COMPLAINT**

Plaintiff HENRY LIU and Defendants FARADAY&FUTURE INC., SMART KING LTD., JIAWEI WANG, and CHAOYING DENG, hereby stipulate and agree as follows:

WHEREAS, on January 3, 2020 plaintiff Hong Liu ("Plaintiff") initiated this action by filing a summons and complaint ("Complaint") in the United States District Court for the Southern District of New York ("SDNY") against defendants Faraday&Future Inc. ("Faraday"), Smart King Ltd. ("Smart King"), Jiawei Wang ("Wang"), and Chaoying Deng ("Deng") (all defendants collectively, "Defendants");

WHEREAS, on January 6, 2020, Faraday was served with a copy of the summons and complaint;

WHEREAS, on January 7, 2020, Smart King was served with a copy of the summons and complaint;

WHEREAS, on January 22, 2020, Defendants submitted a letter to the SDNY requesting an extension of time to respond to the Complaint, accepting service of process as to all Defendants, and waiving any defenses concerning service of process as to Defendants;

WHEREAS, on January 23, 2020, the SDNY granted Defendants' request for an extension of time to respond and issued a briefing schedule concerning Defendants' motion to dismiss;

WHEREAS, on February 14, 2020, pursuant to Federal Rules of Civil Procedure 12(b)(2) and (3) and U.S.C. 28 U.S.C. §§ 1404 and 1406(a), Defendants filed a motion to dismiss and/or transfer this action to the United States District Court for the Central District of California (the "Motion").

WHEREAS, on March 6, 2020, Plaintiff filed his opposition to the Motion;

WHEREAS, on March 20, 2020, Defendants filed their reply in support of the Motion;

WHEREAS, on August 26, 2020, the SDNY heard oral argument on the Motion, terminated the Motion, and granted Defendants' motion to transfer this case to the United States District Court for the Central District of California ("Court");

WHEREAS, on September 4, 2020, the SDNY transferred this case to this Court;

NOW THEREFORE, it is hereby stipulated and agreed upon by Plaintiff and Defendants, through their undersigned counsel, that Defendants shall respond to the complaint by November 19, 2020.

DATED: October 21, 2020

THE LAW OFFICES OF BENJAMIN TAYLOR
A Professional Corporation

By: /s/ Benjamin Taylor
BENJAMIN TAYLOR
Attorneys for Plaintiff
HONG LIU

DATED: October 21, 2020

TROUTMAN PEPPER HAMILTON SANDERS LLP

By: /s/ Lauren E. Grochow
LAUREN E. GROCHOW
DANIEL N. ANZISKA
PAUL L. GALE
MACKENZIE WILLOW-JOHNSON
Attorneys for Defendants
FARADAY&FUTURE INC.,
SMART KING LTD., JIAWEI WANG,
and CHAOYING DENG