1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10

HONG LIU,

**CASE NO: 2:20-cv-08035-DVW-JPRx**

11

Plaintiff,

12

v.

**ORDER RE: STIPULATION
SETTING DEFENDANTS'
DEADLINE TO RESPOND TO
COMPLAINT**

13

14

FARADAY&FUTURE, INC., SMART
KING LTD., JIAWEI WANG, and
CHAOYING DENG,

15

Defendants.

16

17

18

19

**ORDER**

20

Upon consideration of the parties' stipulation setting Defendants' time to

21

respond to the Complaint, and good cause showing therefore, it is hereby ORDERED

22

that:

23

1. The Stipulation is approved; and

24

2. Defendants shall respond to the complaint by November 19, 2020.

25

26

DATED:  October 28, 2020

27

Hon. Stephen V. Wilson
United States District Judge

28

-1-