LAUREN E. GROCHOW, Bar No. 293601
lauren.grochow@troutman.com
TROUTMAN PEPPER HAMILTON SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545
Telephone: 949.622.2700
Facsimile: 949.622.2739

DANIEL N. ANZISKA, *Pro Hac Vice*
daniel.anziska@troutman.com
TROUTMAN PEPPER HAMILTON SANDERS LLP
875 Third Avenue
New York, NY 10022
Telephone: 212.704.6000
Facsimile: 212.704.6288

MACKENZIE L. WILLOW-JOHNSON, *Pro Hac Vice*
mackenzie.willow-johnson@troutman.com
TROUTMAN PEPPER HAMILTON SANDERS LLP
305 Church at North Hills Street, Suite 1200
Raleigh, NC 27609
Telephone: 919.740.9949
Facsimile: 704.998.4051

Attorneys for Defendants
FARADAY&FUTURE INC., SMART KING LTD.,
JIAWEI WANG, and CHAOYING DENG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HONG LIU, <br><br> Plaintiff, <br><br> v. <br><br> FARADAY&FUTURE INC., SMART KING LTD., JIAWEI WANG, AND CHAOYING DENG <br><br> Defendants. | Case No. 2:20-cv- 08035-SVW-JPR <br><br> Honorable Stephen V. Wilson <br><br> **DEFENDANT CHAOYING DENG'S ANSWER TO COMPLAINT** |

111351639

Defendant Chaoying Deng ("Deng") hereby answers the Complaint ("Complaint") of Plaintiff Hong Liu ("Liu"), as follows:

1. Deng denies the allegations of Paragraph 1.

2. Deng denies the allegations in Paragraph 2 on information and belief.

3. Deng admits that Yueting Jia is Faraday&Future Inc.'s ("FF") founder. Deng denies the remaining allegations in Paragraph 3.

4. Deng lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of what Liu knew. Deng denies the remaining allegations in Paragraph 4.

5. Deng denies the allegations in Paragraph 5.

6. To the extent Paragraph 6 contains conclusions of law, which do not require a responsive pleading and on that basis, Deng denies those conclusions. Deng denies the remaining allegations in Paragraph 6.

7. Deng does not challenge the Court's subject matter jurisdiction over this action.

8. Deng denies the allegations in Paragraph 8. The Southern District of New York does not have personal jurisdiction over Deng in this action.

9. Deng denies the allegations in Paragraph 9. The Court already found that venue is not proper in the Southern District of New York.

10. Deng lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 10 and on that ground, denies those allegations.

11. Deng admits the allegations in Paragraph 11.

12. Deng lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 12 and on that ground, denies those allegations.

111351639

13. Deng lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 13 and on that ground, denies those allegations.

14. Deng admits the allegations in Paragraph 14.

15. Deng lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 15 and on that ground, denies those allegations.

16. Deng lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 16 and on that ground, denies those allegations.

17. Deng lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 17 and on that ground, denies those allegations.

18. Deng lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 18 and on that ground, denies those allegations.

19. Deng lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 19 and on that ground, denies those allegations.

20. Deng lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 20 and on that ground, denies those allegations.

21. Deng lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 21 and on that ground, denies those allegations.

22. Deng lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 22 and on that ground, denies those allegations.

TROUTMAN PEPPER HAMILTON SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

23. Deng lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 23 and on that ground, denies those allegations.

24. Deng lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 24 and on that ground, denies those allegations.

25. Deng lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 25 and on that ground, denies those allegations.

26. Deng lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 26 and on that ground, denies those allegations.

27. Deng lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegation that "[b]etween October 2017 and mid-February 2018" Liu was "at the pinnacle of his success" and on that ground, denies those allegations. Deng denies the remaining allegations in in Paragraph 27.

28. Deng denies the allegations in Paragraph 28.

29. Deng admits that Liu represented that he was "a globally respected professional with decades of experience." Deng denies the remaining allegations in Paragraph 29.

30. Deng admits that Mr. Jia was FF's founder. Deng lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 30 and on that ground, denies those allegations.

31. Deng lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 31 and on that ground, denies those allegations.

32. Deng denies the allegations in Paragraph 32.

33. Deng denies the allegations in Paragraph 33.

- 3 -

111351639

34. Deng lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 34 and on that ground, denies those allegations.

35. Deng lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 35 and on that ground, denies those allegations.

36. Deng denies the allegations in Paragraph 36.

37. Deng denies the allegations in Paragraph 37.

38. Deng admits that Sidley Austin LLP was one of the law firms that handled FF's Series A transaction with Evergrande. Deng lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 38 and on that ground, denies those allegations.

39. Deng denies the allegations in Paragraph 39.

40. Deng lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Liu's beliefs and on that basis denies those allegations. Deng denies the remaining allegations in Paragraph 40.

41. Deng lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 41 and on that ground, denies those allegations.

42. To the extent the allegations in Paragraph 42 purport to describe, quote or characterize written communications or documents, the communications or documents speak for themselves, should be read as a whole, and would provide only as expressly stated therein. Deng denies the remaining allegations in Paragraph 42.

43. Deng is informed and believes that on January 25, 2018, Liu entered into the Employment Agreement attached to the Complaint as Exhibit A. To the extent Paragraph 43 purports to describe, quote, or characterize the terms of the Employment Agreement, the document speaks for itself, should be read as a whole,

and would provide only as expressly stated therein. Deng denies the remaining allegations in Paragraph 43.

44. Deng lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 44 and on that basis denies those allegations. Deng denies the remaining allegations in Paragraph 44.

45. To the extent Paragraph 45 purports to describe, quote, or characterize the terms of the Employment Agreement, the document speaks for itself, should be read as a whole, and would provide only as expressly stated therein. Deng denies the remaining allegations in Paragraph 45.

46. To the extent Paragraph 46 purports to describe, quote, or characterize the terms of the Employment Agreement, the document speaks for itself, should be read as a whole, and would provide only as expressly stated therein. Deng denies the remaining allegations in Paragraph 46.

47. To the extent Paragraph 47 purports to describe, quote, or characterize the terms of the Employment Agreement, the document speaks for itself, should be read as a whole, and would provide only as expressly stated therein. Deng denies the remaining allegations in Paragraph 47.

48. To the extent Paragraph 48 purports to describe, quote, or characterize the terms of the Employment Agreement, the document speaks for itself, should be read as a whole, and would provide only as expressly stated therein. Deng denies the remaining allegations in Paragraph 48.

49. To the extent Paragraph 49 purports to describe, quote, or characterize the terms of the Employment Agreement, the document speaks for itself, should be read as a whole, and would provide only as expressly stated therein. Deng denies the remaining allegations in Paragraph 49.

50. To the extent Paragraph 50 purports to describe, quote, or characterize the terms of the Employment Agreement, the document speaks for itself, should be

111351639

read as a whole, and would provide only as expressly stated therein. Deng denies the remaining allegations in Paragraph 50.

51. To the extent Paragraph 51 purports to describe, quote, or characterize the terms of the Employment Agreement, the document speaks for itself, should be read as a whole, and would provide only as expressly stated therein. Deng denies the remaining allegations in Paragraph 51.

52. Deng denies the allegations in Paragraph 52.

53. To the extent Paragraph 53 purports to describe, quote, or characterize the terms of the Employment Agreement, the document speaks for itself, should be read as a whole, and would provide only as expressly stated therein. Deng denies the remaining allegations in Paragraph 53.

54. To the extent Paragraph 54 purports to describe, quote, or characterize the terms of the Employment Agreement, the document speaks for itself, should be read as a whole, and would provide only as expressly stated therein. Deng denies the remaining allegations in Paragraph 54.

55. Deng lacks knowledge or information sufficient to form a belief as to what Liu would have done and on that basis denies those allegations. Deng denies the remaining allegations in Paragraph 55.

56. To the extent Paragraph 56 purports to describe, quote or characterize the terms of the Director Agreement, the document speaks for itself, should be read as a whole, and would provide only as expressly stated therein. Deng denies the remaining allegations in Paragraph 56.

57. To the extent Paragraph 57 purports to describe, quote, or characterize the terms of the Director Agreement, the document speaks for itself, should be read as a whole, and would provide only as expressly stated therein. Deng denies the remaining allegations in Paragraph 57.

58. To the extent Paragraph 58 purports to describe, quote, or characterize the terms of the Director Agreement, the document speaks for itself, should be read

as a whole, and would provide only as expressly stated therein. Deng denies the remaining allegations in Paragraph 58.

59. Deng lacks knowledge and information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 59 and on that ground, denies those allegations.

60. Deng admits the allegations in Paragraph 60.

61. Deng lacks knowledge and information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 61 and on that ground, denies those allegations.

62. To the extent Paragraph 62 purports to describe, quote, or characterize the terms of the Employment Agreement, the document speaks for itself, should be read as a whole, and would provide only as expressly stated therein. Deng lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 62 and on that ground, denies those allegations.

63. Deng denies the allegations in Paragraph 63.

64. To the extent Paragraph 64 purports to describe, quote, or characterize the terms of the September 2018 Resolutions, the documents speak for themselves, should be read as a whole, and would provide only as expressly stated therein. Deng denies the remaining allegations in Paragraph 64.

65. To the extent Paragraph 65 purports to describe, quote, or characterize the terms of the Employment Agreement or the September 2018 Resolutions, the documents speak for themselves, should be read as a whole, and would provide only as expressly stated therein. Deng denies the remaining allegations in Paragraph 65.

66. To the extent Paragraph 66 purports to describe, quote, or characterize the terms of the September 2018 Resolutions, the documents speak for themselves, should be read as a whole, and would provide only as expressly stated therein. Deng denies the remaining allegations in Paragraph 66.

67. Deng lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 67 as to the documents issued by Solium and whether Mr. Liu accessed his information on Solium's website. Deng denies the remaining allegations in Paragraph 67.

68. Deng lacks knowledge and information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 68 and on that ground, denies those allegations.

69. Deng denies the allegations in Paragraph 69.

70. Deng denies the allegations in Paragraph 70.

71. Deng denies the allegations in Paragraph 71.

72. Deng denies the allegations in Paragraph 72.

73. Deng denies the allegations in Paragraph 73.

74. To the extent the allegations in Paragraph 74 purport to describe, quote or characterize written communications or documents, the communications or documents speak for themselves, should be read as a whole, and would provide only as expressly stated therein. Deng denies the remaining allegations in Paragraph 74.

75. To the extent the allegations in Paragraph 75 purport to describe, quote or characterize written communications or documents, the communications or documents speak for themselves, should be read as a whole, and would provide only as expressly stated therein. Deng denies the allegations in Paragraph 75.

76. Deng denies the allegations in Paragraph 76.

77. Deng denies the allegations in Paragraph 77.

78. Deng denies the allegations in Paragraph 78.

79. Deng denies the allegations in Paragraph 79.

80. Deng denies the allegations in Paragraph 80.

81. Deng denies the allegations in Paragraph 81.

82. To the extent the allegations in Paragraph 82 purport to describe, quote or characterize written communications or documents, the communications or

documents speak for themselves, should be read as a whole, and would provide only as expressly stated therein. Deng denies the remaining allegations in Paragraph 82.

83. To the extent the allegations in Paragraph 83 purport to describe, quote or characterize written communications or documents, the communications or documents speak for themselves, should be read as a whole, and would provide only as expressly stated therein. Deng denies the remaining allegations in Paragraph 83.

84. Deng denies the allegations in Paragraph 84.

85. Deng denies the allegations in Paragraph 85.

86. Deng lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 86 and on that ground, denies those allegations.

87. Deng lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 87 and on that ground, denies those allegations.

88. Deng lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 88 and on that ground, denies those allegations.

89. Deng lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 89 and on that ground, denies those allegations.

90. Deng lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 90 and on that ground, denies those allegations.

91. Deng denies the allegations in Paragraph 91.

92. Deng lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 92 as to what "Mr. Liu learned from a guard" and on that ground, denies those allegations.

93. Deng denies the allegations in Paragraph 93.

111351639

94. Deng lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 94 and on that ground, denies those allegations.

95. To the extent Paragraph 95 purports to describe, quote or characterize the terms of the Employment Agreement, the document speaks for itself, should be read as a whole, and would provide only as expressly stated therein. Deng denies the remaining allegations in Paragraph 95.

96. To the extent Paragraph 96 purports to describe, quote or characterize the terms of the Employment Agreement, the document speaks for itself, should be read as a whole, and would provide only as expressly stated therein. Deng denies the remaining allegations in Paragraph 96.

97. To the extent Paragraph 97 purports to describe, quote or characterize the terms of the Employment Agreement, the document speaks for itself, should be read as a whole, and would provide only as expressly stated therein. Deng denies the remaining allegations in Paragraph 97.

98. To the extent Paragraph 98 purports to describe, quote, or characterize the terms of the September 2018 Resolutions, the documents speak for themselves, should be read as a whole, and would provide only as expressly stated therein. Deng denies the remaining allegations in Paragraph 98.

99. To the extent Paragraph 99 purports to describe, quote, or characterize the documents filed with the bankruptcy court, the documents speak for themselves, should be read as a whole, and would provide only as expressly stated therein. To the extent Paragraph 99 contains conclusions of law, which do not require a responsive pleading and on that basis, Deng denies those conclusions. Deng denies the remaining allegations in Paragraph 99.

100. Deng denies the allegations in Paragraph 100.

101. Deng denies the allegations in Paragraph 101.

102. Deng lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 102 relating to Mr. Liu's "extensive client relationships" that he "transitioned to colleagues" and on that ground, denies those allegations. Deng denies the allegations in Paragraph 102.

103. Deng lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 103 and on that ground, denies those allegations.

104. To the extent the allegations in Paragraph 104 purport to describe, quote or characterize a written motion, the motion speaks for itself, should be read as a whole, and would provide only as expressly stated therein. Deng denies the remaining allegations in Paragraph 104.

105. Deng lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 105 and on that ground, denies those allegations.

106. Deng lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 106 and on that ground, denies those allegations.

107. Deng denies the allegations in Paragraph 107.

108. Deng denies the allegations in Paragraph 108.

109. The allegations in Paragraph 109 are not made against Deng and, on that basis, Deng is not required to respond to those allegations.

110. The allegations in Paragraph 110 are not made against Deng and, on that basis, Deng is not required to respond to those allegations.

111. The allegations in Paragraph 111 are not made against Deng and, on that basis, Deng is not required to respond to those allegations.

112. The allegations in Paragraph 112 are not made against Deng and, on that basis, Deng is not required to respond to those allegations.

113. The allegations in Paragraph 113 are not made against Deng and, on that basis, Deng is not required to respond to those allegations.

114. The allegations in Paragraph 114 are not made against Deng and, on that basis, Deng is not required to respond to those allegations.

115. The allegations in Paragraph 115 are not made against Deng and, on that basis, Deng is not required to respond to those allegations.

116. The allegations in Paragraph 116 are not made against Deng and, on that basis, Deng is not required to respond to those allegations.

117. Deng incorporates each of its previous responses as if fully set forth herein.

118. Deng lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations relating to Liu's practice at Mayer Brown and on that basis denies them. Deng denies the remaining allegation in Paragraph 118.

119. Deng denies the allegations in Paragraph 119.

120. Deng denies the allegations in Paragraph 120.

121. Deng denies the allegations in Paragraph 121.

122. Deng denies the allegations in Paragraph 122.

123. Deng denies the allegations in Paragraph 123.

124. Deng incorporates each of its previous responses as if fully set forth herein.

125. Deng denies the allegations in Paragraph 125.

126. Deng denies the allegations in Paragraph 126.

127. Deng lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations relating to Mr. Liu's practice at Mayer Brown and on that basis denies them. Deng denies the remaining allegation in Paragraph 127.

128. Deng denies the allegations in Paragraph 128.

129. Deng denies the allegations in Paragraph 129.

111351639

130. Deng denies the allegations in Paragraph 130.

131. The allegations in Paragraph 131 are not made against Deng and, on that basis, Deng is not required to respond to those allegations.

132. The allegations in Paragraph 132 are not made against Deng and, on that basis, Deng is not required to respond to those allegations.

133. The allegations in Paragraph 133 are not made against Deng and, on that basis, Deng is not required to respond to those allegations.

134. The allegations in Paragraph 134 are not made against Deng and, on that basis, Deng is not required to respond to those allegations.

135. The allegations in Paragraph 135 are not made against Deng and, on that basis, Deng is not required to respond to those allegations.

136. Deng incorporates each of its previous responses as if fully set forth herein.

137. Deng denies the allegations in Paragraph 137.

138. Deng denies the allegations in Paragraph 138.

139. Deng denies the allegations in Paragraph 139.

140. Deng denies the allegations in Paragraph 140.

141. Deng incorporates each of her previous responses as if fully set forth herein.

142. Deng denies the allegations in Paragraph 142.

143. Deng denies the allegations in Paragraph 143.

144. Deng denies the allegations in Paragraph 144.

145. Deng denies the allegations in Paragraph 145.

146. Deng denies the allegations in Paragraph 146.

147. The allegations in Paragraph 147 are not made against Deng and, on that basis, Deng is not required to respond to those allegations.

148. The allegations in Paragraph 148 are not made against Deng and, on that basis, Deng is not required to respond to those allegations.

TROUTMAN PEPPER HAMILTON SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

149. The allegations in Paragraph 149 are not made against Deng and, on that basis, Deng is not required to respond to those allegations.

150. The allegations in Paragraph 150 are not made against Deng and, on that basis, Deng is not required to respond to those allegations.

151. The allegations in Paragraph 151 are not made against Deng and, on that basis, Deng is not required to respond to those allegations.

152. Deng asserts that no response is required to the prayer for relief on page 28 of the Complaint. To the extent that the paragraphs of that clause may be deemed to allege any factual or legal entitlement to the relief requested, Deng denies each and every such allegation and specifically denies that Liu is entitled to any relief, including, but not limited to, the relief requested in subparts 1 through 11 thereof.

153. All allegations not specifically admitted or responded to are denied.

## AFFIRMATIVE DEFENSES

Without assuming the burden of proof as to any of the defenses set forth herein where such burden would otherwise rest with Liu, Deng alleges the following affirmative defenses to the Complaint and to the relief sought therein:

### First Affirmative Defense
### (Failure to State a Claim)

1. Liu's Complaint fails in whole or in part to state a claim against Deng upon which relief may be granted.

### Second Affirmative Defense
### (Violation of Attorney-Client Privilege)

2. Liu's Complaint is barred, in whole or in part, to the extent it relies on and exposes communications exchanged during his role as counsel for FF and FF does not waive such privilege.

111351639

### Third Affirmative Defense

### (Waiver)

3. Liu's Complaint is barred, in whole or in part, by the doctrine of waiver.

### Fourth Affirmative Defense

### (Estoppel)

4. Liu's Complaint is barred, in whole or in part, by the doctrine of estoppel.

### Fifth Affirmative Defense

### (Statutes of Limitations)

5. Liu's Complaint is barred, in whole or in part, by the statutes of limitations under applicable law and the parties' agreements.

### Sixth Affirmative Defense

### (Intervening/Supervening Cause)

6. Liu's Complaint is barred, in whole or in part, because any alleged harm was due to intervening and/or supervening causes.

### Seventh Affirmative Defense

### (Unclean Hands)

7. Liu's Complaint is barred, in whole or in part, by the doctrine of unclean hands.

### Eighth Affirmative Defense

### (Contrary to Public Policy)

8. Liu's Complaint is barred, in whole or in part, by Liu's own fraudulent and unlawful acts in violation of public policy.

### Ninth Affirmative Defense

### (Justification)

9. Liu's Complaint is barred, in whole or in part, because Deng was fully justified in her conduct as a matter of fact and law.

## Tenth Affirmative Defense

### (Failure to Mitigate Damages)

10. Liu's Complaint is barred, in whole or in part, because he failed to mitigate his alleged damages.

## Eleventh Affirmative Defense

### (Unjust Enrichment)

11. Liu's Complaint is barred, in whole or in part, because any relief by Liu would constitute unjust enrichment.

## Twelfth Affirmative Defense

### (In Pari Delicto)

12. Liu's Complaint is barred, in whole or in part, by the doctrine of in pari delicto.

## Thirteenth Affirmative Defense

### (Breach of Fiduciary Duty)

13. Liu's Complaint is barred, in whole or in part, on the ground that Liu breached the fiduciary duties that he owed to FF and FF Intelligent Mobility Global Holdings Ltd. f/k/a Smart King, Ltd.

## Fourteenth Affirmative Defense

### (Reservation of Rights)

14. The defenses set forth herein reflect Deng's assessment based on the information of which Deng currently is aware. Deng expressly reserves, and does not waive any defenses.

WHEREFORE, Deng respectfully requests that this Court enter judgment in her favor and against Liu, dismiss Liu's claims, and award Deng her costs of suit and such other relief as this Court may deem appropriate.

| | |
|---|---|
| Dated: November 19, 2020 | TROUTMAN PEPPER HAMILTON SANDERS LLP<br><br>By: /s/ Lauren E. Grochow<br>    Lauren E. Grochow<br>    Daniel Anziska<br>    Mackenzie L. Willow-Johnson<br><br>Attorneys for Defendants FARADAY&FUTURE INC., SMART KING LTD., JIAWEI WANG, and CHAOYING DENG |

111351639