Benjamin Taylor (SBN: 240636)
btaylor@taylorlawfirmpc.com
THE LAW OFFICES OF BENJAMIN TAYLOR
A Professional Corporation
1880 Century Park East, Suite 714
Los Angeles, CA 90067
Telephone: (310) 201 – 7600
Facsimile: (310) 201 – 7601

Amiad Kushner (*pro hac vice*)
Akushner@seidenlegal.com
Jake Nachmani (*pro hac vice*)
jnachmani@seidenlegal.com
Seiden Law Group, LLP
469 Seventh Avenue, 5th Fl.
New York, NY 10018
Telephone: (646) 766 – 1914
Facsimile: (646) 304 – 5277

*Attorneys for Plaintiff/Counter-Defendant,*
*Hong Liu*

**UNITED STATES DISTRICT COURT FOR**
**THE CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| HONG LIU, Plaintiff, v. FARADAY&FUTURE INC., SMART KING LTD., JIAWEI WANG, and CHAOYING DENG Defendants. | **Case No:** 2:20-cv-08035-SVW-JPR<br>**NOTICE OF MOTION OF PLAINTIFF HONG LIU'S MOTION TO DISMISS DEFENDANT FARADAY'S FIRST AND FOURTH COUNTERCLAIM AND STRIKE DEFENDANT FARADAY'S AND DEFENDANT SMART KING'S SECOND AFFIRMATIVE DEFENSE**<br>Complaint filed on: January 3, 2020<br>Counterclaim filed on: November 19, 2020 |
| FARADAY&FUTURE INC., Counterclaimant, v. HONG LIU, Counter-Defendant. | **JUDGE: Hon. Stephen V. Wilson**<br>**DATE: February 8, 2021**<br>**TIME: 1:30 p.m.**<br>**CTRM: 10A** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on February 8, 2021, at 1:30 P.M. or as soon thereafter as this matter can be heard before the Honorable Stephen V. Wilson of the United States District Court for the Central District of California, in Courtroom 10A of the above entitled Court, located at First Street Courthouse, 350 W. 1st Street, Los Angeles, California 90012, Plaintiff/Counter-Defendant Hong Liu ("Plaintiff") will and hereby does move the Court, pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss Defendant/Counterclaimant Faraday&Future Inc.'s ("Faraday") first and fourth counterclaims for fraudulent inducement and rescission, respectively, and, pursuant to Federal Rule of Civil Procedure 12(f), to strike Defendant Faraday's and Defendant Smart King Ltd.'s ("Smart King") second affirmative defense for fraudulent inducement.

This motion is made following the conference of counsel for Plaintiff and Faraday and Smart King, pursuant to L.R. 7-3, which took place on December 3, 4 and 7, 2020.

This motion is based on this Notice; the supporting Memorandum of Points and Authorities filed and served herewith; the Declaration of Jake Nachmani and the exhibits referenced therein and served herewith; the papers on file with the Court in this matter; and upon such further evidence and argument as may be presented to this Court prior to or at the hearing on this motion. Plaintiff also serves and lodges along with this motion a proposed order pursuant to L.R. 7-20.

**Dated:** December 10, 2020

**Respectfully Submitted,**

**The Law Offices of Benjamin Taylor**
A Professional Corporation

**Benjamin Taylor**
*Attorney for Plaintiff/Counter-Defendant Hong Liu*

## CERTIFICATE OF SERVICE

I hereby certify that on this day I caused a true and correct copy of the foregoing to be filed using the Court's Electronic Filing System ("ECF System"). The document is available for viewing and downloading via the ECF System and will be served by operation of the ECF System upon all counsel of record.

Dated: December 10, 2020

/s/ Benjamin Taylor
Benjamin Taylor