Benjamin Taylor (SBN: 240636)
btaylor@taylorlawfirmpc.com
THE LAW OFFICES OF BENJAMIN TAYLOR
A Professional Corporation
1880 Century Park East, Suite 714
Los Angeles, CA 90067
Telephone: (310) 201 – 7600
Facsimile: (310) 201 – 7601

Amiad Kushner (*pro hac vice*)
Akushner@seidenlegal.com
Jake Nachmani (*pro hac vice)*
jnachmani@seidenlegal.com
Seiden Law Group, LLP
469 Seventh Avenue, 5th Fl.
New York, NY 10018
Telephone: (646) 766 – 1914
Facsimile: (646) 304 – 5277

*Attorneys for Plaintiff/Counter-Defendant, Hong Liu*

**UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION**

| | |
|---|---|
| HONG LIU,<br>Plaintiff,<br><br>v.<br><br>FARADAY&FUTURE INC., SMART KING LTD., JIAWEI WANG, and CHAOYING DENG<br><br>Defendants.<br><br>FARADAY&FUTURE INC.,<br><br>Counterclaimant,<br><br>v.<br>HONG LIU,<br><br>Counter-Defendant. | **Case No:** 2:20-cv-08035-SVW-JPR<br><br>**[PROPOSED] ORDER ON MOTIONS BY PLAINTIFF HONG LIU TO DISMISS AND STRIKE**<br><br>Hearing:<br>**JUDGE: Hon. Stephen V. Wilson**<br>**DATE: February 8, 2021**<br>**TIME: 1:30 p.m.**<br>**CTRM: 10A** |

**ORDER**

Plaintiff/Counter-Defendant Hong Liu's ("Plaintiff" or "Liu") Motion to Dismiss Defendant/Counterclaimant Faraday&Future Inc.'s ("Faraday") first and fourth causes of action in its Counterclaim and Plaintiff's Motion to Strike Faraday's and Defendant Smart King Ltd.'s ("Smart King") second affirmative defense in their Answers to Plaintiff's Complaint came before the Court for hearing on February 8, 2021.

Having considered the moving and opposition papers, arguments, and all other matters presented to the Court, the Court finds that Faraday's first and fourth causes of action in its Counterclaim are insufficiently pled and Faraday's and Smart King's second affirmative defense their Answers are insufficiently pled.

IT IS HEREBY ORDERED that Plaintiff's Motion to Dismiss and Motion to Strike are GRANTED, and Faraday's first and fourth causes of action in its Counterclaim are dismissed and Faraday's and Smart King's second affirmative defense is stricken.

Dated:________________ ____________________________________

Hon. Stephen V. Wilson
Judge, United States District Court