UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:20-cv-08035-SVW-JPR | Date | 1/28/2021 |
| Title | *Hong Liu v. Faraday & Future Inc. et al.* | | |

Present: The Honorable   STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:** ORDER GRANTING MOTION TO DISMISS COUNTERCLAIMS AND STRIKE AFFIRMATIVE DEFENSE [74]

    Before the Court is Plaintiff Hong Liu's motion to dismiss Defendant Faraday & Future Inc.'s counterclaims for fraudulent inducement and rescission and motion to strike Defendant's affirmative defense of fraudulent inducement. The motion is GRANTED with leave to amend.

    "To comply with Rule 9(b), allegations of fraud must be specific enough to give defendants notice of the particular misconduct which is alleged to constitute the fraud charged so that they can defend against the charge and not just deny that they have done anything wrong." *Swartz v. KPMG LLP*, 476 F.3d 756, 764 (9th Cir. 2007) (citation omitted). That requires "an account of the 'time, place, and specific content of the false representations," *id.* at 764 (citation omitted), as well as the "facts explaining why the statement was false when it was made," *Cheng Jiangchen v. Rentech, Inc.*, 2017 WL 10363990, at *3 (C.D. Cal. 2017) (citation omitted).

    Here, Defendant's counterclaim entirely fails to identify what misrepresentations Plaintiff made when negotiating his employment. The counterclaim only describes the qualifications Plaintiff represented he had and asserts that Plaintiff performed poorly in his role. The counterclaim then attempts to infer from Plaintiff's poor performance that Plaintiff misrepresented "the skills, business acumen, and the connections necessary for the roles he obtained with [Defendant]." Dkt. 72 ¶ 48. Under Rule 9(b), Defendant must spell out which representations were false and why.

| | : | |
|---|---|---|
| Initials of Preparer | | PMC |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cv-08035-SVW-JPR | Date | 1/28/2021 |
|---|---|---|---|
| Title | *Hong Liu v. Faraday & Future Inc. et al.* | | |

    Accordingly, Defendant's counterclaim for fraudulent inducement is dismissed. Because Defendant's rescission claim is dependent on its fraudulent inducement claim, that claim is also dismissed. Finally, and for the same reason, the affirmative defense of fraudulent inducement in Plaintiff's answer is stricken under Rule 12(f). The Court will give Defendant leave to amend its counterclaim and answer within 21 days of the issuance of this Order.

    IT IS SO ORDERED.

| | : | |
|---|---|---|
| Initials of Preparer | | PMC |