Kevin D. Hughes (Bar No. 188749)
FOUNDATION LAW GROUP LLP
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Tel: 424.253.1266
Email: kevin@foundationlaw.com

Amiad Kushner (*pro hac vice*)
Akushner@seidenlawgroup.com
Jake Nachmani (*pro hac vice*)
Jnachmani@seidenlawgroup.com
Seiden Law Group LLP
469 Seventh Avenue, 5th Fl.
New York, NY 10018
Telephone: (646) 766-1914
Facsimile: (646) 304-5277

*Attorneys for Plaintiff/Counter-Defendant,
Hong Liu*

**UNITED STATES DISTRICT COURT FOR
THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| HONG LIU,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>FARADAY&FUTURE INC., SMART KING LTD., JIAWEI WANG, and CHAOYING DENG<br><br>　　　　Defendants.<br><br>FARADAY&FUTURE INC.,<br><br>　　　　Counterclaimant,<br><br>　　　　v.<br>HONG LIU,<br>　　　　Counter-Defendant. | **Case No:** 2:20-cv-08035-SVW-JPR<br><br>**DECLARATION OF JAKE NACHMANI IN SUPPORT OF PLAINTIFF HONG LIU'S MOTION TO DISMISS DEFENDANT FARADAY&FUTURE INC.'S AMENDED COUNTERCLAIMS AND STRIKE DEFENDANT FARADAY&FUTURE INC.'S AND DEFENDANT SMART KING LTD.'S AFFIRMATIVE DEFENSES** |

I, Jake Nachmani, declare as follows:

1. I am Counsel at the law firm of Seiden Law Group LLP, which is counsel of record for Plaintiff/Counter-Defendant Hong Liu ("Plaintiff" or "Liu") in the above-captioned matter. I am admitted to practice before the courts of the State of New York, and I am admitted *pro hac vice* in this matter.

2. I make this declaration in support of Plaintiff's motion pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss Defendant/Counterclaimant Faraday&Future Inc.'s ("FF") first, second, third, sixth, and seventh counterclaims from FF's First Amended Counterclaim (ECF 83), and, pursuant to Federal Rule of Civil Procedure 12(f), to strike FF's and FF Intelligent Mobility Global Holdings Ltd.'s (f/k/a Smart King Ltd. ("Smart King")) affirmative defenses in FF and Smart King's Amended Answers (ECF 82 & 81, respectively).

3. I make this declaration based on my own personal knowledge, and, if called upon to do so, could and would testify competently thereto.

4. Attached as exhibits are true and correct copy of the following documents:

    Exhibit A:    A chart that compares the allegations set forth in FF's Amended Answer (ECF 82) to the allegations set forth in FF's Amended Counterclaim (ECF 83).

    Exhibit B:    The employment agreement entered into between Plaintiff and FF, dated January 25, 2018.

I declare under penalty of perjury that the foregoing is, to the best of my knowledge and belief, true and correct.

**Dated:**   New York, New York
March 4, 2021

SEIDEN LAW GROUP LLP

/s/ Jake Nachmani
Jake Nachmani
469 Seventh Avenue, Fifth Fl.
New York, NY 10018
jnachmani@seidenlawgroup.com
(646) 766-1723

*Counsel for Plaintiff/Counter-Defendant Hong Liu*