LAUREN E. GROCHOW, Bar No. 293601
lauren.grochow@troutman.com
TROUTMAN PEPPER HAMILTON SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545
Telephone: 949.622.2700
Facsimile: 949.622.2739

DANIEL N. ANZISKA, *Pro Hac Vice*
daniel.anziska@troutman.com
TROUTMAN PEPPER HAMILTON SANDERS LLP
875 Third Avenue
New York, NY 10022
Telephone: 212.704.6000
Facsimile: 212.704.6288

MACKENZIE L. WILLOW-JOHNSON, *Pro Hac Vice*
mackenzie.willow-johnson@troutman.com
TROUTMAN PEPPER HAMILTON SANDERS LLP
305 Church at North Hills Street, Suite 1200
Raleigh, NC 27609
Telephone: 919.740.9949
Facsimile: 704.998.4051

Attorneys for Defendants
SMART KING LTD., JIAWEI WANG, and CHAOYING DENG
and Defendant and Counterclaimant FARADAY&FUTURE INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HONG LIU, | Case No. 2:20-cv- 08035-SVW-JPR |
| Plaintiff, | Honorable Stephen v. Wilson |
| v. | **JOINT STIPULATION RE DISCOVERY AND PRE-TRIAL DATES UNDER CIVIL TRIAL PREPARATION ORDER (DKT. NO. 87)** |
| FARADAY&FUTURE INC., SMART KING LTD., JIAWEI WANG, and CHAOYING DENG, | |
| Defendants. | |
| AND RELATED COUNTERCLAIM. | |

114125560

Pursuant to the Court's Civil Trial Preparation Order dated February 25, 2021 (Docket Number 87) (the "Trial Preparation Order"), Defendants FARADAY&FUTURE INC., SMART KING LTD., JIAWEI WANG, and CHAOYING DENG, and Plaintiff HENRY LIU (collectively, the "Parties"), hereby submit the following stipulation regarding certain discovery and pre-trial dates:

WHEREAS, the Trial Preparation Order vacated a previously scheduled status conference and serves as the case's Rule16(b) of the Federal Rules of Civil Procedure's ("Federal Rules") scheduling order;

WHEREAS, the Trial Preparation Order was entered on February 25, 2021 and set trial for June 8, 2021;

WHEREAS, the Trial Preparation Order ordered the parties to begin discovery following that order's issuance and to conduct discovery in accord with the Federal Rules to the fullest extent possible;

WHEREAS, the Trial Preparation Order invited the parties to file a stipulation to adjust discovery deadlines as necessitated by the trial date set in the Trial Preparation Order;

WHEREAS, the Parties agree that certain discovery deadlines set by the Federal Rules require adjustment; and

WHEREAS, the Parties agree that certain other deadlines should be set forth in this joint stipulation.

WHEREAS, the Parties agree that the deadlines set forth in this joint stipulation can by modified by subsequent jointly-filed stipulations by the Parties and as so-ordered by the Court.

NOW THEREFORE, the Parties, through their respective attorneys of record, stipulate and agree to the following case dates:

- 1 -

114125560

| Event | Deadline |
|---|---|
| Last Day to Add Parties and Amend Pleadings | March 16, 2021 |
| Fact Discovery Cut-Off | April 23, 2021 |
| Last Day to Serve Initial Expert Reports | April 27, 2021 |
| Last Day to File Motions (except *Daubert* and all other Motions in Limine) | May 11, 2021 |
| Last Day to Serve Rebuttal Expert Reports | May 4, 2021 |
| Expert Discovery Cut-Off | May 18, 2021 |
| Last Day to File *Daubert* Motions and Motions in Limine | May 25, 2021 |
| Any Unresolved Discovery Disputes Must be Brought Promptly and Directly to the Attention of this Court | May 18, 2021* |
| Memoranda of Contentions of Fact and Conclusions of Law, Trial Briefs, Exhibit Lists, Witness Lists, Jury Instructions Due | June 1, 2021* |
| Three Copies of Previously-Filed Exhibit List, Three Copies of Previously-Filed Witness, One Copy of Previously-Filed Witness' Declarations, List Due to Courtroom Deputy Clerk | June 8, 2021 8:30 AM* |
| Trial | June 8, 2021 9:00 AM * |

* Denotes date set by Trial Preparation Order.

114125560

- 2 -

| | |
|---|---|
| Dated: March 10, 2021 | TROUTMAN PEPPER HAMILTON SANDERS LLP |
| | By: /s/ Lauren E. Grochow |
| | Lauren E. Grochow |
| | Daniel Anziska |
| | Mackenzie L. Willow-Johnson |
| | Attorneys for Defendants SMART KING LTD., JIAWEI WANG, and CHAOYING DENG and Defendant and Counterclaimant FARADAY&FUTURE INC. |
| Dated: March 10, 2021 | FOUNDATION LAW GROUP LLP |
| | By: /s/ Kevin D. Hughes |
| | Kevin D. Hughes |
| | Attorneys for Plaintiff |
| | HONG LIU |

## **ATTESTATION**

Pursuant to L.R. 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ Lauren E. Grochow
Lauren E. Grochow

- 3 -

114125560