LAUREN E. GROCHOW, Bar No. 293601
lauren.grochow@troutman.com
TROUTMAN PEPPER HAMILTON SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545
Telephone: 949.622.2700
Facsimile:  949.622.2739

DANIEL N. ANZISKA, *Pro Hac Vice*
daniel.anziska@troutman.com
TROUTMAN PEPPER HAMILTON SANDERS LLP
875 Third Avenue
New York, NY 10022
Telephone: 212.704.6000
Facsimile:  212.704.6288

*[Counsel continued on next page.]*

Attorneys for Defendants
SMART KING LTD., JIAWEI WANG, and CHAOYING DENG
and Defendant and Counterclaimant FARADAY&FUTURE INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HONG LIU,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FARADAY&FUTURE INC., SMART KING LTD., JIAWEI WANG, and CHAOYING DENG,<br><br>　　　　Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No.  2:20-cv-08035-SVW-JPR<br><br>Honorable Stephen V. Wilson<br><br>**DISCOVERY MOTION**<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO COMPEL PLAINTIFF HONG LIU'S PRODUCTION OF DOCUMENTS AND FURTHER RESPONSE TO DEFENDANTS' REQUEST FOR PRODUCTION, SET ONE**<br><br>Date:　　April 15, 2021<br>Time:　　10:00 a.m.<br>Place:　　Courtroom 690<br>Judge:　　Hon. Jean P. Rosenbluth<br><br>Discovery Cutoff Date: April 23, 2021<br>Pre-Trial Conf:　　Waived<br>Trial Date:　　June 8, 2021 |

1  *[counsel continued.]*

2  MACKENZIE L. WILLOW-JOHNSON, *Pro Hac Vice*
   mackenzie.willow-johnson@troutman.com
3  TROUTMAN PEPPER HAMILTON SANDERS LLP
   305 Church at North Hills Street, Suite 1200
4  Raleigh, NC 27609
   Telephone: 919.740.9949
5  Facsimile: 704.998.4051

TROUTMAN PEPPER HAMILTON SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on April 15, 2021 at 10:00 a.m., or as soon thereafter as counsel may be heard by the above-entitled Court, located at Roybal Federal Building and United States Courthouse, 255 E. Temple St., Los Angeles, CA, 90012, Courtroom 690, 6th Floor, Defendants Smart King Ltd., Jiawei Wang, Chaoying Deng, and Defendant and Counterclaimant Faraday&Future Inc. (collectively, "Defendants") will and hereby do move to compel the production of documents by Plaintiff and Counter-Defendant Hong Liu ("Liu"), for their reasonable costs and fees under Federal Rule of Civil Procedure 37(a)(5)(A), and for sanctions for Liu's failure to meet and confer under Local Rules 37-1 and 37-4.

Defendants' motion is based on: (1) Liu's failure to provide responses that comply with Federal Rule of Civil Procedure 34 in response to Defendants' Requests for Production, Set One (the "Requests"); (2) Liu's refusal to produce documents responsive to certain of those Requests without stating a legitimate basis for withholding those documents; and (3) Liu's refusal to timely meet and confer with Defendants under Local Rule 37-1 in order to resolve any of these issues.

As detailed in the concurrently filed Declaration of Lauren E. Grochow, by letter dated February 24, 2021, Defendants first requested to meet and confer with Liu regarding the issues address in the Motion.  On March 2, 2021, while on a call addressing another issue, Defendants reminded Liu of his approaching deadline to meet and confer with Defendants pursuant to Local Rule 37-1.  However, Liu failed to respond to Defendants request and reminder until after Defendants served their portion of the concurrently filed Joint Stipulation.

Defendants' motion is based upon the Joint Stipulation pursuant to Local Rule 37-2, the declarations and exhibits attached thereto, and any supplemental memorandum in support thereof, all pleadings and papers on file in this action and

1  upon such other matters and argument as may be presented to the Court prior to or
2  at the time of the hearing.

3  Dated:  March 23, 2021                          Respectfully submitted,

4                                                  TROUTMAN PEPPER HAMILTON
                                                   SANDERS LLP

6                                                  By:  /s/ Lauren E. Grochow
                                                        Lauren E. Grochow
7                                                       Daniel Anziska
                                                        Mackenzie L. Willow-Johnson

                                                   Attorneys for Defendants
                                                   SMART KING LTD., JIAWEI
                                                   WANG, and CHAOYING DENG
                                                   and Defendant and Counterclaimant
                                                   FARADAY&FUTURE INC.

113984782                           - 4 -
DEFENDANTS' NOTICE OF MOTION AND MOTION TO COMPEL PLAINTIFF'S PRODUCTION OF
DOCUMENTS AND FURTHER RESPONSE TO DEFENDANTS' REQUEST FOR PRODUCTION, SET ONE