LAUREN E. GROCHOW, Bar No. 293601
lauren.grochow@troutman.com
TROUTMAN PEPPER HAMILTON SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545
Telephone: 949.622.2700
Facsimile: 949.622.2739

DANIEL N. ANZISKA, *Pro Hac Vice*
daniel.anziska@troutman.com
TROUTMAN PEPPER HAMILTON SANDERS LLP
875 Third Avenue
New York, NY 10022
Telephone: 212.704.6000
Facsimile: 212.704.6288

*[Counsel continued on next page.]*

Attorneys for Defendants
SMART KING LTD., JIAWEI WANG, and CHAOYING DENG
and Defendant and Counterclaimant FARADAY&FUTURE INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HONG LIU,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FARADAY&FUTURE INC., SMART KING LTD., JIAWEI WANG, and CHAOYING DENG,<br><br>　　　　Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. 2:20-cv-08035-SVW-JPR<br><br>Honorable Stephen V. Wilson<br><br>**DISCOVERY MOTION**<br><br>**DECLARATION OF LAUREN E. GROCHOW IN SUPPORT OF JOINT STIPULATION RE: DEFENDANTS' MOTION TO COMPEL PLAINTIFF'S PRODUCTION OF DOCUMENTS AND FURTHER RESPONSE TO DEFENDANTS' REQUEST FOR PRODUCTION, SET ONE**<br><br>Date:　　April 15, 2021<br>Time:　　10:00 a.m.<br>Place:　　Courtroom 690<br>Judge:　　Hon. Jean P. Rosenbluth<br><br>Discovery Cutoff Date: April 23, 2021<br>Pre-Trial Conf:　　Waived<br>Trial Date:　　June 8, 2021 |

1  *[continued counsel]*

2  MACKENZIE L. WILLOW-JOHNSON, *Pro Hac Vice*
mackenzie.willow-johnson@troutman.com
3  TROUTMAN PEPPER HAMILTON SANDERS LLP
305 Church at North Hills Street, Suite 1200
4  Raleigh, NC 27609
Telephone: 919.740.9949
5  Facsimile: 704.998.4051

I, Lauren Grochow, declare as follows:

1. I am an attorney with the law firm of Troutman Pepper Hamilton Sanders LLP, counsel for Defendants Smart King Ltd., Jiawei Wang, and Chaoying Deng and Defendant and Counterclaimant Faraday&Future Inc. (collectively "Defendants") in this action. I have personal knowledge as to all matters set forth herein, and if called to testify as a witness, I could and would do so. I submit this declaration in support of the Joint Stipulation Re: Defendants' Motion to Compel Plaintiff Hong Liu's Production of Documents and Further Response to Defendants' Requests for Production (Set One) (the "Motion").

2. On January 29, 2021, Defendants served their Requests for Production, Set One (the "Requests") on Liu. A true and correct copy of those Requests are attached hereto as **Exhibit 1.**

3. On February 16, 2021, Liu responded to those Requests without making a document production. A true and correct copy of those Requests are attached hereto as **Exhibit 2**.

4. On February 24, 2021, I sent a letter to counsel for Plaintiff Hong Liu ("Liu") detailing various deficiencies in Liu's responses to the Requests (the "February 24 Letter"). A true and correct copy of that letter is attached hereto as **Exhibit 3**.

5. On March 2, 2021, during a meet and confer call with Liu's counsel Jake Nachmani, which was scheduled to address a separate issue in the above-captioned matter, I followed up with Liu's counsel regarding the February 24 Letter and asked whether Liu intended to make a document production as Liu had not yet made a document production in response to the Requests. Liu's counsel confirmed that a document production would be forthcoming later that week or early the next week and that they would address the issues in the February 24 Letter separately. I reminded Liu's counsel that their deadline for responding to the February 24 Letter under Local Rule 37-1 was approaching, and Liu's counsel acknowledged that

deadline.  During this call, I also followed up with Mr. Nachmani regarding Defendants' request that Liu sit for an independent medical examination and Mr. Nachmani confirmed that Liu would be amenable to doing so.

6. On March 9, 2021 Liu made a limited production of 125 documents. A review of those documents reflects that, despite committing to produce documents responses to many of the Requests, Liu did not do so.  For example, Liu does not appear to have produced any documents responsive to Requests Nos. 10-14, 16-17, 24, 31-32, and 34-42.

7. On March 10, 2021, during another meet and confer call regarding deposition scheduling, I again followed up as to whether Liu would be producing more documents and whether he would be amending his responses.  Liu's counsel Mr. Nachmani indicated that Liu would be producing additional documents relating to Liu's physical and emotional damages, but refused to commit to amending Liu's responses.

8. As of the date of this declaration, Liu has not made any supplemental production or provided amended responses to the Requests.

9. The Parties stipulated to a case schedule that was entered by the Court on March 12, 2021, which is the latest orders setting forth a case schedule in the above captioned matter.  A true and correct copy of the court-entered stipulation is attached hereto as **Exhibit 4**.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 15, 2021 at Laguna Hills, California.

                                           /s/ *Lauren E. Grochow*
                                                  Lauren E. Grochow

TROUTMAN PEPPER HAMILTON SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

114190404 - 4 -
DECLARATION OF LAUREN E. GROCHOW IN SUPPORT DEFENDANTS' MOTION TO COMPEL PLAINTIFF'S PRODUCTION OF DOCUMENTS AND FURTHER RESPONSE TO REQUEST FOR PRODUCTION, SET ONE