ALAN J. KESSEL, Bar No. 130707
alan.kessel@troutman.com
JEFFREY M. GOLDMAN, Bar No. 233840
jeffrey.goldman@troutman.com
KEVIN A. CRISP, Bar No. 261023
kevin.crisp@troutman.com
LAUREN E. GROCHOW, Bar No. 293601
lauren.grochow@troutman.com
TROUTMAN PEPPER HAMILTON SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545
Telephone: 949.622.2700
Facsimile: 949.622.2739

[*Counsel continued on next page.*]

Attorneys for Defendants
SMART KING LTD., JIAWEI WANG, and CHAOYING DENG
and Defendant and Counterclaimant FARADAY&FUTURE INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HONG LIU,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FARADAY&FUTURE INC., SMART KING LTD., JIAWEI WANG, and CHAOYING DENG,<br><br>　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. 2:20-cv-08035-SVW-JPR<br><br>Honorable Stephen V. Wilson<br><br>**DISCOVERY MOTION**<br><br>**DECLARATION OF LAUREN E. GROCHOW IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF MOTION TO COMPEL FURTHER RESPONSES AND PRODUCTION TO REQUESTS FOR PRODUCTION TO HONG LIU**<br><br>Date:　April 15, 2021<br>Time:　10:00 a.m.<br>Place:　Courtroom 690<br>Judge:　Hon. Jean P. Rosenbluth<br><br>Discovery Cutoff Date: April 23, 2021<br>Pre-Trial Conf:　Waived<br>Trial Date:　June 8, 2021 |

114792453

DECLARATION OF LAUREN E. GROCHOW IN SUPPORT OF DEFENDANTS'
SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF MOTION TO COMPEL

*[continued counsel]*

DANIEL N. ANZISKA, *Pro Hac Vice*
daniel.anziska@troutman.com
TROUTMAN PEPPER HAMILTON SANDERS LLP
875 Third Avenue
New York, NY 10022
Telephone: 212.704.6000
Facsimile: 212.704.6288

MACKENZIE L. WILLOW-JOHNSON, *Pro Hac Vice*
mackenzie.willow-johnson@troutman.com
TROUTMAN PEPPER HAMILTON SANDERS LLP
305 Church at North Hills Street, Suite 1200
Raleigh, NC 27609
Telephone: 919.740.9949
Facsimile: 704.998.4051

Attorneys for Defendants
SMART KING LTD., JIAWEI WANG, and CHAOYING DENG and
Defendant and Counterclaimant FARADAY&FUTURE INC.

I, Lauren Grochow, declare as follows:

1. I am an attorney with the law firm of Troutman Pepper Hamilton Sanders LLP, counsel for Defendants Smart King Ltd., Jiawei Wang, Chaoying Deng and Defendant and Counterclaimant Faraday&Future Inc. (collectively "Defendants") in this action. I have personal knowledge as to all matters set forth herein, and if called to testify as a witness, I could and would do so. I submit this declaration in support of Defendants' Supplemental Memorandum of Law in Support of Defendants' Motion to Compel Further Responses and Production to Requests for Production to Hong Liu.

2. On March 22, 2021, Liu's counsel, Jake Nachmani, Esq., emailed me a link to a file transfer site, which he represented contained a supplemental production of documents. However, the link did not contain any documents. Accordingly, that same day, I informed Mr. Nachmani that the link he provided did not contain any documents. On March 23, 2021, the next day, Mr. Nachmani responded "We are looking into this and will get back to you shortly. Thank you for bringing it to our attention." A true and correct copy of this email chain is attached hereto as **Exhibit 1**.

3. Having received no update regarding the supplemental production, I emailed Mr. Nachmani on March 25, 2021, following up on the supplemental production, informing him that we had not received it yet. A true and correct copy of this email is attached hereto as **Exhibit 2**.

4. As of the date of this declaration, Liu has not provided any supplemental production or explained why the documents have not been produced.

5. On March 18, 2021, after having been served with the Joint Stipulation, Mr. Nachmani emailed me seeking, in part, to belatedly meet and confer regarding the subject matter of Defendants' motion to compel. On March 26, 2021, I responded providing dates and times to hold the requested meet and confer. A true and correct copy of that email is attached hereto as **Exhibit 3**.

6. As of the date of this declaration, Liu has not responded to my March 26, 2021 email regarding his request to meet and confer.

7. As of the date of this declaration, Liu has only produced 125 documents, totaling 1,174 pages.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 1, 2021 at Laguna Hills, California.

/s/ *Lauren E. Grochow*
Lauren E. Grochow

Troutman Pepper Hamilton Sanders LLP
5 Park Plaza
Suite 1400
Irvine, CA 92614-2545

114792453

DECLARATION OF LAUREN E. GROCHOW IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF MOTION TO COMPEL