# EXHIBIT 1

**Grochow, Lauren**

| | |
|---|---|
| **From:** | Jake Nachmani <jnachmani@seidenlawgroup.com> |
| **Sent:** | Tuesday, March 23, 2021 3:45 AM |
| **To:** | Grochow, Lauren; Goldman, Jeffrey M.; Kessel, Alan J.; Crisp, Kevin; Willow-Johnson, Mackenzie Lee; Anziska, Daniel N. |
| **Cc:** | Amiad Kushner; Andrew Sklar; Kevin Hughes |
| **Subject:** | RE: Liu v. Faraday&Future, Inc., et al.,: 2-20-cv-08035-SVW-JPR (C.D. Cal.): Production of Documents |

**EXTERNAL SENDER**

Lauren –

We are looking into this and will get back to you shortly. Thank you for bringing it to our attention.

Regards,

-Jake


Jake Nachmani, Esq.
Counsel
Seiden Law Group LLP
469 Seventh Avenue, 5th Fl.
New York, NY 10018
Office: (646) 766-1723
Mobile: (323) 810-0044
www.seidenlawgroup.com

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

保密申明：本电邮(包括任何附件)可能含有机密资料并受法律保护。如您不是正确的收件人，请您立即通知寄信人并删除本邮件。请不要将本电邮进行复制并用作任何其他用途、或透露本邮件之内容

**From:** Grochow, Lauren <Lauren.Grochow@troutman.com>
**Sent:** Monday, March 22, 2021 7:36 PM
**To:** Jake Nachmani <jnachmani@seidenlawgroup.com>; Goldman, Jeffrey M. <Jeffrey.Goldman@troutman.com>; Kessel, Alan J. <Alan.Kessel@troutman.com>; Crisp, Kevin <Kevin.Crisp@troutman.com>; Willow-Johnson, Mackenzie Lee <Mackenzie.Willow-Johnson@troutman.com>; Anziska, Daniel N. <Daniel.Anziska@troutman.com>
**Cc:** Amiad Kushner <akushner@seidenlawgroup.com>; Andrew Sklar <asklar@seidenlawgroup.com>; Kevin Hughes

<kevin@foundationlaw.com>
**Subject:** RE: Liu v. Faraday&Future, Inc., et al.,: 2-20-cv-08035-SVW-JPR (C.D. Cal.): Production of Documents

Jake,

We downloaded the zip file available from the Dropbox link below, but it appears to be incomplete.  The zip only contains the load files for the production, but no images, natives, or text files.  The numbering of the documents in the load files indicates that these should be new documents rather than replacement metadata for the first production.  Please advise.

Best,
Lauren


**Lauren E. Grochow**
Associate
**troutman** pepper
Direct: 949.622.2746 | Internal: 18-2746
lauren.grochow@troutman.com

---

**From:** Jake Nachmani <jnachmani@seidenlawgroup.com>
**Sent:** Monday, March 22, 2021 11:38 AM
**To:** Grochow, Lauren <Lauren.Grochow@troutman.com>; Goldman, Jeffrey M. <Jeffrey.Goldman@troutman.com>; Kessel, Alan J. <Alan.Kessel@troutman.com>; Crisp, Kevin <Kevin.Crisp@troutman.com>; Willow-Johnson, Mackenzie Lee <Mackenzie.Willow-Johnson@troutman.com>; Anziska, Daniel N. <Daniel.Anziska@troutman.com>
**Cc:** Amiad Kushner <akushner@seidenlawgroup.com>; Andrew Sklar <asklar@seidenlawgroup.com>; Kevin Hughes <kevin@foundationlaw.com>
**Subject:** Liu v. Faraday&Future, Inc., et al.,: 2-20-cv-08035-SVW-JPR (C.D. Cal.): Production of Documents

**EXTERNAL SENDER**

Counsel –

In connection with the above-captioned matter and responsive to Defendants' Requests for Production of Documents, below please find a link to Plaintiff's Second Production of Documents.

https://www.dropbox.com/t/VuU2VpbrXjZSpjlk

The link expires in 7 days.  Please let us if you have any trouble accessing these documents.

Again, we are available and willing to meet and confer with you concerning your requests for production concerning Mr. Liu's medical records, financial records, and social media postings.

Regards,

-Jake

Jake Nachmani, Esq.
Counsel
Seiden Law Group LLP
469 Seventh Avenue, 5th Fl.

New York, NY 10018
Office: (646) 766-1723
Mobile: (323) 810-0044
www.seidenlawgroup.com



CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

保密申明：本电邮(包括任何附件)可能含有机密资料并受法律保护。如您不是正确的收件人，请您立即通知寄信人并删除本邮件。请不要将本电邮进行复制并用作任何其他用途、或透露本邮件之内容

---

This e-mail (and any attachments) from a law firm may contain legally privileged and confidential information solely for the intended recipient. If you received this message in error, please notify the sender and delete it. Any unauthorized reading, distribution, copying, or other use of this e-mail (and attachments) is strictly prohibited. We have taken precautions to minimize the risk of transmitting computer viruses, but you should scan attachments for viruses and other malicious threats; we are not liable for any loss or damage caused by viruses.

# EXHIBIT 2

**Grochow, Lauren**

---

| | |
|---|---|
| **From:** | Grochow, Lauren |
| **Sent:** | Thursday, March 25, 2021 7:08 PM |
| **To:** | 'Jake Nachmani'; Goldman, Jeffrey M.; Kessel, Alan J.; Crisp, Kevin; Willow-Johnson, Mackenzie Lee; Anziska, Daniel N. |
| **Cc:** | 'Amiad Kushner'; 'Andrew Sklar'; 'Kevin Hughes' |
| **Subject:** | RE: Liu v. Faraday&Future, Inc., et al.,: 2-20-cv-08035-SVW-JPR (C.D. Cal.): Production of Documents |

Jake – Just following up on this.  We still have not received Plaintiff's production.

**Lauren E. Grochow**
**Associate**
**troutman pepper**
Direct: 949.622.2746 | Internal: 18-2746
lauren.grochow@troutman.com

---

**From:** Grochow, Lauren
**Sent:** Monday, March 22, 2021 4:36 PM
**To:** 'Jake Nachmani' <jnachmani@seidenlawgroup.com>; Goldman, Jeffrey M. <Jeffrey.Goldman@troutman.com>; Kessel, Alan J. <Alan.Kessel@troutman.com>; Crisp, Kevin <Kevin.Crisp@troutman.com>; Willow-Johnson, Mackenzie Lee <Mackenzie.Willow-Johnson@troutman.com>; Anziska, Daniel N. <Daniel.Anziska@troutman.com>
**Cc:** Amiad Kushner <akushner@seidenlawgroup.com>; Andrew Sklar <asklar@seidenlawgroup.com>; Kevin Hughes <kevin@foundationlaw.com>
**Subject:** RE: Liu v. Faraday&Future, Inc., et al.,: 2-20-cv-08035-SVW-JPR (C.D. Cal.): Production of Documents

Jake,

We downloaded the zip file available from the Dropbox link below, but it appears to be incomplete.  The zip only contains the load files for the production, but no images, natives, or text files.  The numbering of the documents in the load files indicates that these should be new documents rather than replacement metadata for the first production.  Please advise.

Best,
Lauren

**Lauren E. Grochow**
**Associate**
**troutman pepper**
Direct: 949.622.2746 | Internal: 18-2746
lauren.grochow@troutman.com

---

**From:** Jake Nachmani <jnachmani@seidenlawgroup.com>
**Sent:** Monday, March 22, 2021 11:38 AM

1

**To:** Grochow, Lauren <Lauren.Grochow@troutman.com>; Goldman, Jeffrey M. <Jeffrey.Goldman@troutman.com>; Kessel, Alan J. <Alan.Kessel@troutman.com>; Crisp, Kevin <Kevin.Crisp@troutman.com>; Willow-Johnson, Mackenzie Lee <Mackenzie.Willow-Johnson@troutman.com>; Anziska, Daniel N. <Daniel.Anziska@troutman.com>
**Cc:** Amiad Kushner <akushner@seidenlawgroup.com>; Andrew Sklar <asklar@seidenlawgroup.com>; Kevin Hughes <kevin@foundationlaw.com>
**Subject:** Liu v. Faraday&Future, Inc., et al.,: 2-20-cv-08035-SVW-JPR (C.D. Cal.): Production of Documents

**EXTERNAL SENDER**

Counsel –

In connection with the above-captioned matter and responsive to Defendants' Requests for Production of Documents, below please find a link to Plaintiff's Second Production of Documents.

https://www.dropbox.com/t/VuU2VpbrXjZSpjlk

The link expires in 7 days.  Please let us if you have any trouble accessing these documents.

Again, we are available and willing to meet and confer with you concerning your requests for production concerning Mr. Liu's medical records, financial records, and social media postings.

Regards,

-Jake

Jake Nachmani, Esq.
Counsel
Seiden Law Group LLP
469 Seventh Avenue, 5th Fl.
New York, NY 10018
Office: (646) 766-1723
Mobile: (323) 810-0044
www.seidenlawgroup.com



CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

保密申明：本电邮(包括任何附件)可能含有机密资料并受法律保护。如您不是正确的收件人，请您立即通知寄信人并删除本邮件。请不要将本电邮进行复制并用作任何其他用途、或透露本邮件之内容

# EXHIBIT 3

**Grochow, Lauren**

| | |
|---|---|
| **From:** | Grochow, Lauren |
| **Sent:** | Friday, March 26, 2021 4:51 PM |
| **To:** | 'Jake Nachmani'; Goldman, Jeffrey M.; Willow-Johnson, Mackenzie Lee; Crisp, Kevin; Kessel, Alan J.; Anziska, Daniel N. |
| **Cc:** | Amiad Kushner; Kevin Hughes; Andrew Sklar |
| **Subject:** | RE: Liu v. Faraday&Future, Inc., et al.,: 2-20-cv-08035-SVW-JPR (C.D. Cal.): Amended Responses to Defendants' Requests for Production of Documents |

Jake – We are available next week on Tuesday at 1pm PST or Wednesday at 1pm PST to meet and confer regarding the subject below.

Regards,
Lauren

**Lauren E. Grochow**
**Associate**
**troutman** **pepper**
Direct: 949.622.2746 | Internal: 18-2746
lauren.grochow@troutman.com

---

**From:** Jake Nachmani <jnachmani@seidenlawgroup.com>
**Sent:** Thursday, March 18, 2021 2:04 PM
**To:** Goldman, Jeffrey M. <Jeffrey.Goldman@troutman.com>; Willow-Johnson, Mackenzie Lee <Mackenzie.Willow-Johnson@troutman.com>; Crisp, Kevin <Kevin.Crisp@troutman.com>; Kessel, Alan J. <Alan.Kessel@troutman.com>; Grochow, Lauren <Lauren.Grochow@troutman.com>; Anziska, Daniel N. <Daniel.Anziska@troutman.com>
**Cc:** Amiad Kushner <akushner@seidenlawgroup.com>; Kevin Hughes <kevin@foundationlaw.com>; Andrew Sklar <asklar@seidenlawgroup.com>
**Subject:** Liu v. Faraday&Future, Inc., et al.,: 2-20-cv-08035-SVW-JPR (C.D. Cal.): Amended Responses to Defendants' Requests for Production of Documents

**EXTERNAL SENDER**

Counsel,

In connection to the above captioned matter and in response to your letter dated February 24, 2021 ("February 24 Letter", attached) and your email dated March 15, 2021 ("March 15 Email", attached), attached and served upon you are Plaintiff's Amended Responses and Objections to Defendants' First Set of Requests for Production of Documents ("Amended Responses").

We note that of Defendants' 53 individual requests, Plaintiff has and will continue to produce documents pursuant to 42 of those requests. Indeed and to date, Plaintiff has produced over 1100 pages of responsive documents. In contrast and to date, Defendants, including FF and Smart King, the corporate employers and the custodians of the overwhelming bulk of relevant documents in this matter, have produced approximately only 400 pages of documents, many of which were in duplicate. Plaintiff has not and will not withhold documents that are relevant and responsive to Defendants' documents requests but for rightful and good-faith assertions of the attorney-client and work-product privileges. As

Defendants have represented, Plaintiff too takes his discovery obligations with incredible seriousness and will continue to produce responsive, non-privileged documents expeditiously and on a rolling basis.

Plaintiff requests to meet and confer as to the remaining eleven of Defendants' specific requests.  Of those eleven requests, they concern five distinct categories of documents: (i) Plaintiff's tax records (Request 8); (ii) Plaintiff's vacations and/or trips (Request 20); (iii) Plaintiff's social media content (Request 21); (iv) Plaintiff's medical information (Requests 26-30); and (v) Plaintiff's employment after having been terminated by FF (Requests 43-45).  In connection with your February 24, 2021 letter, we would like to discuss these specific request in greater detail and get a better sense of what information Defendants are seeking and why.

We believe Plaintiff's Amended Responses and the representations we have made in this email moot Defendant's potential discovery motion concerning compelling the production of documents and further responses to Defendants' First Set of Requests for Production.  Please confirm this for us.

Additionally, please let us know your availability to discuss these issues and to schedule a meet and confer.

Jake Nachmani, Esq.
Counsel
Seiden Law Group LLP
469 Seventh Avenue, 5th Fl.
New York, NY 10018
Office: (646) 766-1723
Mobile: (323) 810-0044
www.seidenlawgroup.com

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

保密申明：本电邮(包括任何附件)可能含有机密资料并受法律保护。如您不是正确的收件人，请您立即通知寄信人并删除本邮件。请不要将本电邮进行复制并用作任何其他用途、或透露本邮件之内容