Kevin D. Hughes (Bar No. 188749)
FOUNDATION LAW GROUP LLP
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Tel: 424.253.1266
Email: kevin@foundationlaw.com

Amiad Kushner (*pro hac vice*)
Akushner@seidenlawgroup.com
Jake Nachmani (*pro hac vice*)
Jnachmani@seidenlawgroup.com
Seiden Law Group LLP
469 Seventh Avenue, 5th Fl.
New York, NY 10018
Telephone: (646) 766-1914
Facsimile: (646) 304-5277

*Attorneys for Plaintiff/Counter-Defendant,
Hong Liu*

**UNITED STATES DISTRICT COURT FOR
THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| HONG LIU,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FARADAY&FUTURE INC., SMART KINGLTD., JIAWEI WANG, and CHAOYING DENG<br><br>　　　　Defendants.<br><br>FARADAY&FUTURE INC.,<br><br>　　　　Counterclaimant,<br><br>　　v.<br><br>HONG LIU,<br><br>　　　　Counter-Defendant. | **Case No:** 2:20-cv-08035-SVW-JPR<br><br>**NOTICE OF MOTION OF PLAINTIFF'S MOTION TO DISMISS DEFENDANT FARADAY&FUTURE INC.'S SECOND AMENDED COUNTERCLAIM, TO STRIKE DEFENDANT FARADAY&FUTURE INC.'S AND DEFENDANT SMART KING LTD.'S AFFIRMATIVE DEFENSES, AND FOR SANCTIONS**<br><br>Complaint filed on:<br>January 3, 2020<br><br>Second Amended Counterclaim filed on:<br>March 11, 2021<br><br>**JUDGE:** Hon. Stephen V. Wilson<br>**DATE:** May 3, 2021<br>**TIME:** 1:30 p.m.<br>**CTRM:** 10A |

1
PLAINTIFF HONG LIU'S NOTICE OF MOTION
CASE NO.: 2:20-CV-08035-SVW-JPR

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on May 3, 2021 at 1:30 P.M. or as soon thereafter as this matter can be heard before the Honorable Stephen V. Wilson of the United States District Court for the Central District of California, in Courtroom 10A of the above-entitled Court, located at First Street Courthouse, 350 W. 1st Street, Los Angeles, California 90012, Plaintiff/Counter-Defendant Hong Liu ("Plaintiff") will and hereby does move the Court pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss Defendant/Counterclaimant Faraday&Future Inc.'s ("FF") Second Amended Counterclaim (ECF 95), pursuant to Federal Rule of Civil Procedure 12(f) to strike FF's and FF Intelligent Mobility Global Holdings Ltd.'s (f/k/a Smart King Ltd. ("Smart King")) affirmative defenses in FF and Smart King's Second Amended Answers (ECF 93 & 94, respectively), and pursuant to 28 U.S.C § 1927 and the Court's inherent authority for sanctions against FF and its counsel (as to the motions collectively, the "Motion").

This motion is made following the conferences of counsel for Plaintiff and defendants FF and Smart King pursuant to L.R. 7-3, which took place on March 19, 22, and 23, 2021, and pursuant to the Court's March 25, 2021 order providing Plaintiff with an extension of time to file the motion. ECF 106.

This Motion is based on this Notice; the supporting Memorandum of Points and Authorities filed and served herewith; the Declaration of Jake Nachmani and the exhibits attached thereto; the Declaration of Hong Liu and the exhibits referenced therein; the papers on file with the Court in this matter; and upon such further evidence and argument as may be presented to this Court prior to or at the hearing on this motion. Plaintiff also serves and lodges along with this motion a proposed order pursuant to L.R. 7-20.

**Dated:** Los Angeles, California
April 5, 2021

**Respectfully Submitted,**

FOUNDATION LAW GROUP LLP


By: /s/ Kevin D. Hughes
KEVIN D. HUGHES
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Tel: 424.253.1266
Email: kevin@foundationlaw.com

*Attorneys for Plaintiff/Counter-Defendant
HONG LIU*

3
PLAINTIFF HONG LIU'S NOTICE OF MOTION
CASE NO.: 2:20-CV-08035-SVW-JPR