# Exhibit A

13:55

Jiawei Wang, Jerry, Yueting Jia Nephew, in charge of financing & HR N

Jan 22, 2018 14:51

They arranged to arrive at the company at 2pm this afternoon. I can either accompany them on the visit or not participate in the visit. It depends on the convenience of your time.

Jan 22, 2018 15:09

Thank you, manager Liu, for accepting my modifications to the Employment Agreement. I no longer have any issues with this agreement. Ultimately the HR director DG will need to review it. If he also does not have any other issue with it, we can then finalize it. I have sent you the Share Transfer Agreement modification. We can briefly discuss it this afternoon.

It is up to you. Since you have already seen the company, if you think it is unnecessary to accompany them, how about we meet at 2pm this afternoon?

Jan 22, 2018 15:44

We'll arrive at the company at 2pm this afternoon. I guess we will be there the whole afternoon. Let's just find a convenient time to meet up in a little bit.

← 王佳伟 Jerry 贾跃亭外甥管融资人事 N ⋯

Jan 22, 2018 14:51

他们安排的是下午两点到公司。我可以陪他们参观也可以不参加参观，看你的时间方便。 

Jan 22, 2018 15:09

 刘总好，谢谢您接受我对 Employment Agreement 的修改，我对这份协议没问题了，最终在请 HR 负责人 DG 审阅，如果他也没其他问题我们就可以定稿了。我把 Share Transfer Agreement 的修改发给您了，咱们下午可以简单讨论一下

 看看您的建议，因为您已经看过公司了，如果您觉得不用陪他们，咱们就 2 点见？

Jan 22, 2018 15:44

我们两点到公司，估计下午都在。咱们待会择时见。 

## DECLARATION AND CERTIFICATION

We, <u>Ko & Martin - Certified Interpreters and Translators</u>, declare that we are

( ✓ )   Certified Court Interpreters as described in GC68565

We are certified to interpret and translate <u>from the Chinese language to the English language and from the English language to the Chinese language.</u>

We further declare that we have translated the attached document <u>from the Chinese language to the English language.</u>

We declare to the best of our abilities and belief, that this is a true and accurate translation of the <u>Chinese</u> language text of <u>the 3 pages of text messages as described below.</u>

### Specific Description of the Document

1. 01222018 Wang of FF Message re FF HR Dept. Review of Liu EA
2. 01252018 Wang of FF Message re FF Legal Review & HR Approval of Liu Agreement
3. 01262018 Wang of FF Message re Vijay Sekhon of Sidley Austin has been reviewing agreements

We declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

This declaration is signed this <u>5th of April 2021</u> in <u>Los Angeles</u>, California.

<u>Lingling Men Martin</u>
President
Ko & Martin - Certified Interpreters and Translators

_____
Signature

KO & MARTIN – Certified Interpreters and Translators
www.komartin.com
Email: chinese.division@komartin.com