# Exhibit B

| 13:57 | | |
|---|---|---|
| | Jiawei Wang, Jerry, Yueting Jia Nephew, in charge of financing & HR N | |
| | Jan 25, 2018 17:15 | |
| | Thank you. I made the final modification in one place. Please check. If you have no issues with it, I will then ask HR to send the final version to you. We will sign it on our end immediately after you sign it. Thank you. | |
| | Jan 25, 2018 17:57 | |
| | Jerry, please check your email. Regards! | |
| | Jan 25, 2018 18:02 | |
| | Received it. Thank you. Currently going through final process internally. | |
| | Jan 25, 2018 20:28 | |
| | Hi, manager Liu, DG replied, and the company has confirmed internally regarding your joining. But since it involves the five-year guaranteed employment, which is something we have never come across before, our Legal Department is now working closely with HR in doing the final review. Sorry I did not catch this earlier. In order to keep the confidentiality, I did not go through them earlier. I will try to get them to do their review as quickly possible. But all remuneration, conditions and principles have been confirmed. Apologize again. | |



王佳伟 Jerry 贾跃亭外甥管融资人事 N

Jan 25, 2018 17:15

谢谢您，我加了一处最后的修改，请您查收，如没问题我让HR发出定稿版，您签署后我们这边立即签署，谢谢

Jan 25, 2018 17:57

Jerry: 请查电邮。祝好。 

Jan 25, 2018 18:02

 收到谢谢您，正在内部推动最后流程

Jan 25, 2018 20:28

 刘总好，DG也已经回复了，您加入这件事内部已经确认了，但由于涉及五年保证雇佣，以前从没遇到过，法务部正在抓紧配合HR在做最后审阅，抱歉之前是我大意了为了保密没经过他们，我会尽量压缩他们的审阅时间。但所有待遇条件原则已经确定，再次抱歉！

  

## DECLARATION AND CERTIFICATION

We, <u>Ko & Martin - Certified Interpreters and Translators</u>, declare that we are

( ✓ )   Certified Court Interpreters as described in GC68565

We are certified to interpret and translate <u>from the Chinese language to the English language and from the English language to the Chinese language.</u>

We further declare that we have translated the attached document <u>from the Chinese language to the English language.</u>

We declare to the best of our abilities and belief, that this is a true and accurate translation of the <u>Chinese</u> language text of <u>the 3 pages of text messages as described below.</u>

### Specific Description of the Document

1. 01222018 Wang of FF Message re FF HR Dept. Review of Liu EA
2. 01252018 Wang of FF Message re FF Legal Review & HR Approval of Liu Agreement
3. 01262018 Wang of FF Message re Vijay Sekhon of Sidley Austin has been reviewing agreements

We declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

This declaration is signed this <u>5th of April 2021</u> in <u>Los Angeles</u>, California.

<u>Lingling Men Martin</u>
President
Ko & Martin - Certified Interpreters and Translators

*[signature]*

Signature

KO & MARTIN – Certified Interpreters and Translators
www.komartin.com
Email: chinese.division@komartin.com