# Exhibit C

17:03

Jiawei Wang, Jerry, Yueting Jia  Nephew, in charge of financing & HR N

Jerry, thank you for your hard work last night. Let's talk over the phone later.

Jan 26, 2018 10:50

OK. Is it convenient to talk over the phone now, Mr. Liu? Sorry.

Jan 26, 2018 11:01

Ok, now is ok.

Jan 26, 2018 12:24

Received your email.  Will push through immediately.

Jan 26, 2018 15:39

Hi, manager Liu. Thank you for your understanding, and I look forward to your proposed revised version. I would like to clarify one thing.  Sidley's company partner VJ is reviewing this agreement for us right now to make sure there is no violation of any stipulations with investors. The share transfer clause is a key concern, but he may also make other minor modifications. I will ask him to focus on major issues instead of details and confirm as soon as possible.

17:03

王佳伟 Jerry 贾跃亭外甥管融资人事 N

Jerry: 你们昨晚辛苦了。咱们再通话。

Jan 26, 2018 10:50

好的，您现在方便通话吗刘总，实在抱歉

Jan 26, 2018 11:01

好的。现在可以。

Jan 26, 2018 12:24

收到您的邮件，会立即推动

Jan 26, 2018 15:39

刘总好，谢谢您的理解并等您的建议修改稿。一件事澄清：Sidley 的公司合伙人 VJ 在帮我们看这个协议，确保没有违反与投资者的约定，转股这条是一个重点顾虑，但他可能有别的细微修改，我会让他宜粗不宜细尽快确认。

## DECLARATION AND CERTIFICATION

We, <u>Ko & Martin - Certified Interpreters and Translators</u>, declare that we are

( ✓ )   Certified Court Interpreters as described in GC68565

We are certified to interpret and translate <u>from the Chinese language to the English language and from the English language to the Chinese language.</u>

We further declare that we have translated the attached document <u>from the Chinese language to the English language.</u>

We declare to the best of our abilities and belief, that this is a true and accurate translation of the <u>Chinese</u> language text of <u>the 3 pages of text messages as described below.</u>

### Specific Description of the Document

1. 01222018 Wang of FF Message re FF HR Dept. Review of Liu EA
2. 01252018 Wang of FF Message re FF Legal Review & HR Approval of Liu Agreement
3. 01262018 Wang of FF Message re Vijay Sekhon of Sidley Austin has been reviewing agreements

We declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

This declaration is signed this <u>5th of April 2021</u> in <u>Los Angeles</u>, California.

<u>Lingling Men Martin</u>
President
Ko & Martin - Certified Interpreters and Translators

_____
Signature

KO & MARTIN – Certified Interpreters and Translators
www.komartin.com
Email: chinese.division@komartin.com