# Exhibit H

Saturday, January 26, 2019 at 10:33:09 AM Pacific Standard Time

| | |
|---|---|
| **Subject:** | [EXTERNAL] FW: Henry Liu Board Appointment |
| **Date:** | Wednesday, August 22, 2018 at 16:48:08 Pacific Daylight Time |
| **From:** | Sekhon, Vijay S. |
| **To:** | Henry Liu |
| **Attachments:** | Clause 12.8 Resignation Pack - Henry Liu (2).docx, Letter of consent to act as director - Henry Liu - Smart King Ltd..docx, Signature Pages Packet.pdf |

Hi Henry – please see attached as requested. As discussed, I included the following provision to protect your rights under your FF employment agreement and any other agreement with any other person or entity:

"; provided, however, that such resignation shall be deemed to be a resignation only from such position(s); shall not be deemed to constitute any resignation from, or termination of, my employment relationship, if any, with the Company or any Group Company; and shall in no way affect my rights and obligations under my Employment Agreement, dated as of January 25, 2018, with the Group and/or any other agreement with any person or entity"

Please send me your signature pages when you get a chance. Thanks.

**VIJAY S. SEKHON**

**SIDLEY AUSTIN LLP**
+1 310 595 9507
vsekhon@sidley.com

---

**From:** Bian, Feifei
**Sent:** Wednesday, August 22, 2018 4:36 PM
**To:** Sekhon, Vijay S. <vsekhon@sidley.com>
**Subject:** RE: Henry Liu Board Appointment

Hi Vijay - As discussed, attached please find the documents and a signature pages packet.

Feifei

**FEIFEI BIAN**
Associate

**SIDLEY AUSTIN LLP**
+1 310 595 9478
fbian@sidley.com

*********************************************************************************
This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.

*********************************************************************************