# Exhibit J

# CERTIFICATE OF REGISTRATION

## THE STATE BAR OF CALIFORNIA

certifies that having complied with the requirements of
California Rules of Court, Rule 9.46 and Rules of the State Bar of California,

Hong Liu

is registered as In-House Counsel for

Faraday & Future, Inc.

and is entitled to engage in activities authorized by the Rules.

Registration Number: 803228
Date: 04/17/2018

*Amy C. Nuñez, Interim Director, Admissions*