# Exhibit K



# THE STATE BAR OF CALIFORNIA
## OFFICE OF ADMISSIONS

180 HOWARD STREET • SAN FRANCISCO, CA 94105-1617 • (415) 538-2300
845 S. FIGUEROA STREET • LOS ANGELES, CA 90017-2515 • (213) 765-1500



April 9, 2018                              0351704 01 41 E 1 FER
                                                    * * *

FARADAY FUTURE
DONGGE JIANG
18455 S. FIGUEROA STREET          Text
GARDENA, CA 90248

IN RE: HONG LIU

DATE OF BIRTH: ▮▮▮
SOC. SEC. NO.: ▮▮▮      PERIOD OF EMPLOYMENT - FROM:  2/18  TO:

The person indicated above has filed an Application for Determination of Moral Character and is currently under investigation by the Committee of Bar Examiners (Committee) of the State Bar of California as required by statute. It will be of material assistance to this investigation if you will complete the inquiry that follows. The applicant has signed a release authorizing applicant's employers, past and present, to furnish to the Committee any information, files, or records requested by the Committee in connection with the processing of the application. A copy of this release will be sent to you upon request. The information that you provide will be considered confidential, and the source of the information will not be disclosed to the applicant. **Thank you for your anticipated cooperation.**

In answering questions 2 to 10 below, please darken the appropriate circle to the right.

1. The applicant was employed by this entity as follows: _Global General Counsel_     _02/15/2018_
                                                          Position                              Dates



| | Question | Yes | No or Not To My Knowledge | Do Not Wish To Comment |
|---|---|---|---|---|
| If firm policy does not allow the release of any additional information, please check here ☐ | | | | |
| 2. Were the applicant's services satisfactory? ........................................ | 2 | ✓ | ○ | ○ |
| 3. Has the applicant been terminated for cause from employment? ................. | 3 | ○ | ✓ | ○ |
| 4. Has the applicant been asked to resign from employment? ...................... | 4 | ○ | ✓ | ○ |
| 5. Has the applicant ever been arrested for or committed a violation of the law? ... | 5 | ○ | ✓ | ○ |
| 6. Has the applicant engaged in fraudulent or deceitful conduct? ................... | 6 | ○ | ✓ | ○ |
| 7. Has the applicant been a party to a lawsuit? ..................................... | 7 | ○ | ✓ | ○ |
| 8. From your personal knowledge, do you believe the applicant has been diagnosed or treated for a chemical dependency that would currently interfere with his/her ability to practice law? ........................................ | 8 | ○ | ✓ | ○ |
| 9. Is there any reason bearing upon the applicant's moral character why the applicant may not be reemployed? ............................................. | 9 | ○ | ✓ | ○ |
| 10. Is there any reason known to you why this applicant should not be recommended for a position of trust and responsibility? ........................ | 10 | ○ | ✓ | ○ |

PLEASE SEE OTHER SIDE FOR ADDITIONAL QUESTIONS AND SIGNATURE LINE

11. Please explain why the applicant's services were not satisfactory. _____

_____

_____


IF YOUR ANSWER TO ONE OF QUESTIONS 3-10 WAS "YES," PLEASE COMPLETE THE APPROPRIATE QUESTION(S) BELOW.

12. Please describe the circumstances surrounding any termination for cause or resignation from employment. _____

_____

_____

13. Please describe the circumstances surrounding any such arrest or violation of law. _____

_____

_____

14. Please describe the fraudulent or deceitful conduct. _____

_____

_____

15. Please describe the circumstances surrounding any lawsuit to which the applicant was a party. _____

_____

_____

16. Please describe the chemical dependency. _____

_____

_____

17. Please indicate the reasons for your "Yes" answer to Question 9 and/or 10. _____

_____

_____

_____

_____


SIGNED BY: *Dongge Jiang*

_____        _04/20/2018_
Name and title of reporting officer                                              Date

Revised 02/2014