Kevin D. Hughes (Bar No. 188749)
FOUNDATION LAW GROUP LLP
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Tel: 424.253.1266
Email: kevin@foundationlaw.com

Amiad Kushner (*pro hac vice*)
Akushner@seidenlawgroup.com
Jake Nachmani (*pro hac vice*)
Jnachmani@seidenlawgroup.com
Seiden Law Group LLP
469 Seventh Avenue, 5th Fl.
New York, NY 10018
Telephone: (646) 766-1914
Facsimile: (646) 304-5277

*Attorneys for Plaintiff/Counter-Defendant, Hong Liu*

**UNITED STATES DISTRICT COURT FOR**
**THE CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| HONG LIU, <br><br> Plaintiff, <br><br> v. <br><br> FARADAY&FUTURE INC., SMART KING LTD., JIAWEI WANG, and CHAOYING DENG <br><br> Defendants. <br><br> FARADAY&FUTURE INC., <br><br> Counterclaimant, <br><br> v. <br> HONG LIU, <br> Counter-Defendant. | **Case No:** 2:20-cv-08035-SVW-JPR <br><br> **DECLARATION OF PLAINTIFF IN SUPPORT OF PLAINTIFF'S MOTION TO DISMISS DEFENDANT FARADAY&FUTURE INC.'S SECOND AMENDED COUNTERCLAIM, TO STRIKE DEFENDANT FARADAY&FUTURE INC.'S AND DEFENDANT SMART KING LTD.'S AFFIRMATIVE DEFENSES, AND FOR SANCTIONS** |

1
DECLARATION OF PLAINTIFF
CASE NO.: 2:20-CV-08035-SVW-JPR

I, Hong Liu, declare as follows:

1. I am the Plaintiff/Counter-Defendant Hong Liu ("Plaintiff" or "Liu") in the above-captioned matter.

2. I make this declaration in support of Plaintiff's motion pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss Defendant/Counterclaimant Faraday&Future Inc.'s ("FF") Second Amended Counterclaim (ECF 95), pursuant to Federal Rule of Civil Procedure 12(f) to strike the affirmative defenses in FF's and FF Intelligent Mobility Global Holdings Ltd.'s (f/k/a Smart King Ltd. ("Smart King")) Second Amended Answers (ECF 93 & 94, respectively), and pursuant to 28 U.S.C. § 1927 and the inherent authority of the Court for sanctions against FF and its counsel.

3. I make this declaration based on my own personal knowledge, and, if called upon to do so, could and would testify competently thereto.

4. Attached as exhibits are true and correct copies of the following documents:

Exhibit A: A certified translation of a January 22, 2018 text message chain between Jiawei Wang and Plaintiff.

Exhibit B: A certified translation of a January 25, 2018 text message chain between Jiawei Wang and Plaintiff.

Exhibit C: A certified translation of a January 26, 2018 text message chain between Jiawei Wang and Plaintiff.

Exhibit D: Email correspondence dated January 26, 2018 between Jiawei Wang and Plaintiff.

Exhibit E: An email dated January 30, 2018 from Jiawei Wang to Plaintiff, attaching a draft of the Director Compensation Agreement revised by Sidley Austin LLP.

Exhibit F: The revised draft of the Director Compensation Agreement by Sidley Austin LLP that was attached to the January 30, 2018 email (Exhibit E).

| | | |
|---|---|---|
| | Exhibit G: | Emails dated between January 1, 2018 and February 2, 2018 between Jiawei Wang and Plaintiff. |
| | Exhibit H: | An August 22, 2018 email from Vijay Sekhorn of Sidley Austin LLP to Plaintiff. |
| | Exhibit J: | Plaintiff's Certificate of Registration as a certified in-house counsel from the State Bar of California. |
| | Exhibit K: | FF's payment of Plaintiff's certification fee to the State Bar of California for registration as in-house counsel. |
| | Exhibit L: | FF's endorsement to the State Bar of California of Plaintiff in connection with Plaintiff's registering as a certified in-house counsel. |
| | Exhibit M: | Plaintiff's mailing slip from FF's California office to the State Bar of California, sending Plaintiff's fee in connection with his application to become a registered in-house counsel. |

I declare under penalty of perjury that the foregoing is, to the best of my knowledge and belief, true and correct.

**Dated:** New York, New York
April 5, 2021

                                           /s/ Hong Liu
                                           Hong Liu