# Exhibit K

Application Fee
for Hong LIU, for In-house Counsel Registration
The State Bar of California

