Kevin D. Hughes (Bar No. 188749)
FOUNDATION LAW GROUP LLP
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Tel: 424.253.1266
Email:   kevin@foundationlaw.com

Amiad Kushner (*pro hac vice*)
Akushner@seidenlawgroup.com
Jake Nachmani (*pro hac vice*)
Jnachmani@seidenlawgroup.com
Seiden Law Group LLP
469 Seventh Avenue, 5th Fl.
New York, NY 10018
Telephone:   (646) 766-1914
Facsimile:   (646) 304-5277

*Attorneys for Plaintiff/Counter-Defendant,
Hong Liu*

**UNITED STATES DISTRICT COURT FOR
THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| HONG LIU,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FARADAY&FUTURE INC., SMART KINGLTD., JIAWEI WANG, and CHAOYING DENG<br><br>　　　　Defendants.<br><br>FARADAY&FUTURE INC.,<br><br>　　　　Counterclaimant,<br><br>　　v.<br>HONG LIU,<br>　　　　Counter-Defendant. | **Case No:** 2:20-cv-08035-SVW-JPR<br><br>**DECLARATION OF AMIAD KUSHNER IN SUPPORT OF PLAINTIFF HONG LIU'S *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

I, Amiad Kushner declare as follows:

1.  I am a partner at the law firm of Seiden Law Group LLP, counsel for Plaintiff/Counter-Defendant Hong Liu ("Plaintiff" or "Liu") in the above-captioned action. I am admitted to practice before the courts of the State of New York, and I am admitted *pro hac vice* in this matter.

2.  I make this declaration in support of Plaintiff's *ex parte* application pursuant to Rule 65 of the Federal Rules of Civil Procedure for a temporary restraining order and preliminary injunction against defendants Faraday&Future Inc. ("FF") and FF Intelligent Mobility Global Holdings Ltd. (f/k/a Smart King Ltd. ("Smart King")).

3.  I make this declaration based on my own personal knowledge, and, if called upon to do so, could and would testify competently thereto.

4.  Attached as exhibits are true and correct copies of the following documents:

Exhibit A:  The Employment Agreement entered into between Plaintiff and FF, dated January 25, 2018 and signed by Plaintiff and, on behalf of FF, Defendant Jiawei Wang and Teddy Kang.

Exhibit B:  Smart King's Responses to Plaintiff's Requests for Admission.

Exhibit C:  Press Release issued by FF, dated January 28, 2021.

Exhibit D:  The Agreement and Plan of Merger, dated as of January 27, 2021, among PSAC, PSAC Merger Sub Ltd., and Smart King.

Exhibit E:  Letter from Amiad Kushner to Jeffrey M. Goldman of Troutman Pepper Hamilton Sanders LLP, dated March 29, 2021.

Exhibit F:   Property Solutions Acquisition Corp.'s ("PSAC") Form S-4, filed with the SEC and dated April 5, 2021, and signed by Jordan Vogel on behalf of PSAC.

Exhibit G:   Faraday Future Investor Presentation, dated January 2021 and filed with the SEC as Exhibit 99.2 to PSAC's Form 8-K filed on January 28, 2021.

I declare under penalty of perjury that the foregoing is, to the best of my knowledge and belief, true and correct.

*/s/ Amiad Kushner*
Amiad Kushner