# EXHIBIT E



|  |  |
|---|---|
| 469 Seventh Avenue<br>Suite 502<br>New York, NY 10018<br>USA<br>+1.212.523.0686<br>www.seidenlawgroup.com | Robert W. Seiden, Esq.<br>Steve E. Seiden, Esq.<br>Amiad Kushner, Esq.<br>Michael Stolper, Esq.<br>Jake Nachmani, Esq.<br>Jacob K. Jou, Esq.<br>Dov B. Gold, Esq.<br>Richard Frankel, Esq.<br>Andrew Sklar, Esq.<br>Adam Rosen, Esq.<br>Nathaniel Francis, CFE<br>Claudia Varner, Paralegal<br>Kayla Conway, Analyst |

VIA E-MAIL

Jeffrey M. Goldman
Troutman Pepper Hamilton Sanders LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614

March 29, 2021

Re:   *Liu v. Faraday&Future Inc.*, *et al*., 2:20-cv-08035-SVW-JPR (C.D. Cal.)

Dear Mr. Goldman,

On behalf of plaintiff Hong Liu ("Mr. Liu") in the above-referenced action, we write regarding Mr. Liu's 20 million options in FF Intelligent Mobility Global Holdings Ltd. (f/k/a as Smart King Ltd.; hereinafter, "Smart King").

Mr. Liu's complaint requests, among other relief, "[a]n order requiring Smart King and Faraday to immediately vest Plaintiff's options to purchase 20 million shares of Smart King, as required by the Employment Agreement."[1]  As Smart King has admitted, Mr. Liu was "granted 20,000,000 options in Smart King."[2]  Although Mr. Liu's Employment Agreement requires any unvested options to be vested upon his termination, Mr. Liu never received confirmation that his options were vested.

In January 2021, it was announced that Smart King would enter into a merger transaction (the "SPAC transaction") with Property Solutions Acquisition Corp. ("PSAC"), a publicly traded special purpose acquisition company.  Pursuant to the SPAC transaction, which is expected to close in the second quarter of 2021, Smart King equity will be converted into equity in PSAC.  The merger agreement for the SPAC transaction provides that every option in Smart King, *whether vested or unvested*, is to be converted into an option to purchase PSAC stock.

In light of the foregoing, Mr. Liu's discovery requests in this matter included a request that Smart King "*[a]dmit that following the consummation of the SPAC transaction . . . [Mr. Liu] will possess options to purchase shares of equity in [PSAC]*."  Smart King's response to this request was: "**Denied**."[3]

---

[1] Complaint, at Prayer for Relief.
[2] Defendant Smart King Ltd.'s Response To Plaintiff's Requests For Admission (Set One) (the "RFA Responses"), dated March 15, 2021, at response to Request for Admission No. 1.
[3] RFA Responses, at response to Request for Admission No. 18.

1



Jeffrey M. Goldman
March 29, 2021

We were surprised and alarmed by Smart King's denial of this request. Smart King notably denied that it canceled, terminated, or otherwise invalidated Mr. Liu's options,[4] and we understand that they remain outstanding (even if Smart King now, for litigation purposes, disputes its obligation to vest these options). Smart King cannot treat Mr. Liu differently from other Smart King option holders or do anything to prejudice his rights, particularly given the announcement of the SPAC transaction. Accordingly, we demand that Smart King immediately provide confirmation that Mr. Liu's options will, in fact, be converted into options in PSAC upon consummation of the SPAC transaction.

Mr. Liu reserves all of his rights in connection with the foregoing.

Very truly yours,

/s/ *Amiad Kushner*

Amiad Kushner

cc:     All Counsel of Record

---

[4] *See* RFA Responses at responses to Requests for Admission No. 12, 13, 14, 15, 16, and 17.