Kevin D. Hughes (Bar No. 188749)
FOUNDATION LAW GROUP LLP
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Tel: 424.253.1266
Email:   kevin@foundationlaw.com

Amiad Kushner (*pro hac vice*)
Akushner@seidenlawgroup.com
Jake Nachmani (*pro hac vice*)
Jnachmani@seidenlawgroup.com
Seiden Law Group LLP
469 Seventh Avenue, 5th Fl.
New York, NY 10018
Telephone:   (646) 766-1914
Facsimile:    (646) 304-5277

*Attorneys for Plaintiff/Counter-Defendant,*
*Hong Liu*

## UNITED STATES DISTRICT COURT FOR
## THE CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| HONG LIU,<br><br>           Plaintiff,<br><br>           v.<br><br>FARADAY&FUTURE INC., SMART KINGLTD., JIAWEI WANG, and CHAOYING DENG<br><br>           Defendants.<br><br>FARADAY&FUTURE INC.,<br><br>           Counterclaimant,<br><br>           v.<br>HONG LIU,<br>           Counter-Defendant. | **Case No:** 2:20-cv-08035-SVW-JPR<br><br>**DECLARATION OF HONG LIU IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

I, Hong ("Henry") Liu, declare as follows:

1.  I am the Plaintiff in this action. I submit this declaration in support of my *ex parte* application for a temporary restraining order and preliminary injunction.

2.  I have personal knowledge of the facts alleged in this Declaration and in the Complaint in this action. I have reviewed the allegations contained in the Complaint, and hereby affirm them to be true in all material respects. I have also reviewed the Employment Agreement and Director Compensation Agreement and affirm them to be true in all material respects. If called upon to do so, I would testify competently thereto.

3.  On or about October 24, 2018, I attended a meeting of the board of directors of Smart King Ltd. ("Smart King"), at which the board voted to approve the issuance to me of twenty million (20,000,000) options in Smart King stock, together with option grants to numerous other employees. Shortly after the board meeting, a Smart King benefits manager informed me that Solium Capital, a third-party that managed Smart King's employee stock option plans, was in the process of setting up an account for me with which I would be able to view my employee stock options. In January 2019, I accessed my account on Solium's website and confirmed that I had been granted options in Smart King. I no longer have access to this website.

4.  On February 11, 2019, I received a written notice of termination of my employment. Since then, I have received no confirmation that my options in Smart King have vested or any information about the status of those options.

I declare under penalty of perjury that the foregoing is, to the best of my knowledge and belief, true and correct.

Dated:      April 6, 2021

                                              */s/ Hong Liu*
                                              Hong Liu