# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES--GENERAL**

Case No.  **CV 20-8035-SVW (JPRx)**                                  Date: **April 12, 2021**
Title:  **Hong Liu v. Faraday & Future Inc. et al.**
===============================================================
**DOCKET ENTRY: Order Requiring Meet and Confer**
===============================================================
PRESENT:

**HON. JEAN P. ROSENBLUTH, U.S. MAGISTRATE JUDGE**

| Bea Martinez | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:                ATTORNEYS PRESENT FOR DEFENDANT:
       None present                                                                None present

**PROCEEDINGS: (IN CHAMBERS)**

After reviewing all filings relating to Defendants' pending motion to compel Plaintiff's production of documents and further responses, it is clear that the parties have not yet properly met and conferred concerning the motion and the disputed issues.  They are ORDERED to do so for at least an hour (unless they resolve all remaining issues in less time), in good faith, no later than the hearing set for 10 a.m. on Thursday, April 15.  The Court expects the parties to resolve most if not all of the disputed issues on their own.  To assist them in reaching appropriate resolutions, the Court offers the following preliminary guidance based on its review of the parties' pleadings.  At the hearing, the Court will hear any remaining disputes and consider Defendants' sanctions requests as well as whether the Court should sua sponte sanction any party who has maintained an unreasonable position and has not met and conferred in good faith.

1)  RFP 20 is likely overbroad and unclear and should probably be limited to vacation travel and travel related to securing new employment.

2)  Plaintiff's response to RFP 21 that he has "no relevant" social media accounts is insufficient because he is not the arbiter of what is relevant.  If he has maintained any social media accounts since his termination beyond the LinkedIn account, he should explain to Defendants what they are and the parties should meet and confer concerning the appropriate scope of production.

MINUTES FORM 11                                                              Initials of Deputy Clerk: bm
CIVIL-GEN

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

| | | |
|---|---|---|
| Case No.: | **CV 20-8035-SVW (JPRx)** | **April 12, 2021** |
| | **Hong Liu v. Faraday & Future Inc. et al.** | **Page 2** |

------------------------------------------------------------

3)  RFPs 29 and 30 are probably overbroad temporally.  Although Defendants are correct that they need the information requested to be able to learn of any preexisting conditions Plaintiff might have had, going back to 2012, not 2007, is likely sufficient.

4)  As Plaintiff mostly acknowledges, the other disputed RFPs request information to which Defendants are likely entitled.  Plaintiff should likely be prepared to turn over all outstanding responsive documents no later than two weeks from the date of the hearing, along with a privilege log if any documents are withheld on that basis.