UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV20-08035-SVW (JPRx) | Date | April 15, 2021 |
|---|---|---|---|
| Title | Hong Liu v. Faraday & Future Inc. et al. | | |

| Present: The Honorable | Jean P. Rosenbluth, United States Magistrate Judge |
|---|---|

| Bea Martinez | CS 4/15/2021 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| Amiad M. Kushner | Kevin A. Crisp |
| Kevin D. Hughes | Lauren E. Grochow |
| Jacob Nachmani | |

**Proceedings:** (IN COURT): Defendants' Motion to Compel Plaintiff Hong Liu's Production of Documents and Further Response to Defendants' Request for Production, Set One held telephonically

Case is called. Counsel make their appearances. Court addresses parties. Argument heard.

For the reasons stated on the record at the hearing:

Defendants' motion to compel production of documents and further responses is GRANTED in large part as outlined at the hearing. Plaintiff must produce all responsive medical records to Defendants no later than April 19, 2021. Defendants' request for sanctions under Federal Rule of Civil Procedure 37(a)(5)(C) is GRANTED in the amount of $999. Plaintiff must pay that amount to Defendants no later than seven days from the date of the hearing. Defendants' request for sanctions under Local Rule 37 is DENIED.

Plaintiff's expedited motion concerning pending discovery disputes must be filed no later than April 16, 2021. Defendants' opposition is due April 22, 2021. The Court will rule as soon thereafter as it can. The parties should specify in their filings on what date they request that Plaintiff's remaining production of documents be made. If Judge Wilson denies the parties' stipulation to continue case-management dates, which they are to file no later than today, April 15, the Court may immediately order a due date for Plaintiff's remaining production of documents.

cc: Judge Wilson

|   | : | 51 |
|---|---|---|
| Initials of Preparer | | bm |