ALAN J. KESSEL, Bar No. 130707
alan.kessel @troutman.com
JEFFREY M. GOLDMAN, Bar No. 233840
jeffrey.goldman@troutman.com
KEVIN A. CRISP, Bar No. 261023
kevin.crisp@troutman.com
LAUREN E. GROCHOW, Bar No. 293601
lauren.grochow@troutman.com
TROUTMAN PEPPER HAMILTON SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, CA  92614-2545
Telephone: 949.622.2700
Facsimile:  949.622.2739

Attorneys for Defendants
SMART KING LTD., JIAWEI WANG, and
CHAOYING DENG and Defendant and
Counterclaimant FARADAY&FUTURE INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| HONG LIU,<br><br>       Plaintiff,<br><br>    v.<br><br>FARADAY&FUTURE INC.,<br>SMART KING LTD., JIAWEI<br>WANG, and CHAOYING DENG,<br><br>       Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No.  2:20-cv-08035-SVW-JPR<br><br>The Honorable Stephen V. Wilson<br><br>**JOINT STIPULATION RE<br>DISCOVERY, PRE-TRIAL AND<br>TRIAL DATES UNDER CIVIL<br>TRIAL PREPARATION ORDER<br>[DKT. NO. 87]** |

*(vertical sidebar)* TROUTMAN PEPPER HAMILTON SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA  92614-2545

Pursuant to the Court's Civil Trial Preparation Order dated February 25, 2021 [Dkt. No. 87] (the "**Trial Preparation Order**"), Defendants Faraday&Future Inc., Smart King Ltd., Jiawei Wang, and Chaoying Deng, and Plaintiff Henry Liu (collectively, the "**Parties**"), hereby submit the following stipulation regarding certain discovery, pre-trial and trial dates:

WHEREAS, the Trial Preparation Order vacated a previously scheduled status conference and serves as this case's scheduling order under Rule16(b) of the Federal Rules of Civil Procedure ("**Federal Rules**");

WHEREAS, the Trial Preparation Order was entered on February 25, 2021 and set trial for June 8, 2021;

WHEREAS, the Trial Preparation Order ordered the parties to begin discovery following that order's issuance and to conduct discovery in accord with the Federal Rules to the fullest extent possible;

WHEREAS, the Trial Preparation Order invited the parties to file a stipulation to adjust discovery deadlines as necessitated by the trial date set in the Trial Preparation Order;

WHEREAS, the Parties previously agreed that certain discovery deadlines set by the Federal Rules require adjustment; and

WHEREAS, the Parties, through their respective attorneys of record, previously stipulated and agreed to case dates, which were entered as an Order of the Court [Dkt. No. 96];

WHEREAS, a significant dispute has arisen between the Parties relating to the applicability and scope of the attorney-client privilege and attorney work product doctrine in this case, which dispute was discussed with Magistrate Judge Rosenbluth at a hearing on April 15, 2021 (*see* Decl. of Kevin A. Crisp ¶ 2, Ex. 1); and

WHEREAS, at the April 15, 2021 hearing, Judge Rosenbluth suggested that the Parties submit a stipulation to amend the Scheduling Order and continue pertinent

TROUTMAN PEPPER HAMILTON SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

deadlines by three weeks, including the trial date, and advised the Parties to include as one of the grounds for said continuance that Judge Rosenbluth has granted expedited briefing on a matter critical to moving through discovery and meeting the existing deadlines.  (*Id.*)

THEREFORE, the Parties stipulate and agree to the following case dates:

| Event | Deadline |
|---|---|
| Fact Discovery Cut-Off | May 14, 2021 |
| Last Day to Serve Initial Expert Reports | May 18, 2021 |
| Last Day to File Motions (except *Daubert* and all other Motions in Limine) | May 18, 2021 |
| Last Day to Serve Rebuttal Expert Reports | May 25, 2021 |
| Expert Discovery Cut-Off | June 8, 2021 |
| Last Day to File *Daubert* Motions and Motions in Limine | June 15, 2021 |
| Any Unresolved Discovery Disputes Must be Brought Promptly and Directly to the Attention of this Court | June 8, 2021* |
| Memoranda of Contentions of Fact and Conclusions of Law, Trial Briefs, Exhibit Lists, Witness Lists, Jury Instructions Due | June 22, 2021* |
| Three Copies of Previously-Filed Exhibit List, Three Copies of Previously-Filed Witness, One Copy of Previously-Filed Witness' Declarations, List Due to Courtroom Deputy Clerk | June 29, 2021 8:30 AM* |
| Trial | June 29, 2021 9:00 AM * |

*Denotes date set by Trial Preparation Order, albeit moved by three weeks per Judge Rosenbluth's suggestion.

TROUTMAN PEPPER HAMILTON SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

JOINT STIPULATION RE DISCOVERY, PRE-TRIAL AND TRIAL DATES UNDER CIVIL TRIAL PREPARATION ORDER [DKT. NO. 87]

115287625

Dated:  April 15, 2021

TROUTMAN PEPPER HAMILTON SANDERS LLP

By  /s/ Kevin A. Crisp
　　　Kevin A. Crisp

Attorneys for Defendants
SMART KING LTD., JIAWEI WANG, and CHAOYING DENG and Defendant and Counterclaimant FARADAY&FUTURE INC.

Dated:  April 15, 2021

FOUNDATION LAW GROUP LLP

By:  /s/ Kevin D. Hughes
　　　Kevin D. Hughes

Attorneys for Plaintiff
HONG LIU

## **ATTESTATION**

Pursuant to L.R. 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ Kevin A. Crisp
Kevin A. Crisp