ALAN J. KESSEL, Bar No. 130707
alan.kessel @troutman.com
JEFFREY M. GOLDMAN, Bar No. 233840
jeffrey.goldman@troutman.com
KEVIN A. CRISP, Bar No. 261023
kevin.crisp@troutman.com
LAUREN E. GROCHOW, Bar No. 293601
lauren.grochow@troutman.com
TROUTMAN PEPPER HAMILTON SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, CA  92614-2545
Telephone: 949.622.2700
Facsimile:  949.622.2739

Attorneys for Defendants
SMART KING LTD., JIAWEI WANG, and
CHAOYING DENG and Defendant and
Counterclaimant FARADAY&FUTURE INC.

TROUTMAN PEPPER HAMILTON SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| HONG LIU,<br><br>                     Plaintiff,<br><br>          v.<br><br>FARADAY&FUTURE INC.,<br>SMART KING LTD., JIAWEI<br>WANG, and CHAOYING DENG,<br><br>                     Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No.  2:20-cv-08035-SVW-JPR<br><br>Honorable Stephen V. Wilson<br><br>**DECLARATION OF KEVIN A. CRISP IN SUPPORT JOINT STIPULATION RE DISCOVERY AND PRE-TRIAL DATES UNDER CIVIL TRIAL PREPARATION ORDER (DKT. NO. 87)** |

115271018

TROUTMAN PEPPER HAMILTON SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

I, Kevin A. Crisp, declare as follows:

1.　　I am a partner with the law firm of Troutman Pepper Hamilton Sanders LLP, counsel for Defendant Smart King Ltd., Chaoying Deng, and Jiawei Wang, and Defendant and Counterclaimant Faraday&Future Inc. (collectively "**Defendants**"). I have personal knowledge as to all matters set forth herein, and if called to testify as a witness, I could and would do so.　I submit this declaration in support of the Joint Stipulation Regarding Discovery and Pre-Trial Dates Under Civil Trial Preparation Order (Dkt. No. 87).

2.　　On April 15, 2021 a hearing was held before Magistrate Judge Rosenbluth regarding Defendant's Motion to Compel Plaintiff Hong Liu's Reponses and Production to Defendants Requests for Production, Set One.　During that hearing, the parties discussed with Judge Rosenbluth that a significant dispute has arisen between the Parties relating to the applicability and scope of the attorney-client privilege and attorney work product doctrine in this case, which the Parties agree should be resolved before proceeding with the approximately ten depositions that are currently scheduled to occur before the April 23, 2021 fact discovery deadline.　Judge Rosenbluth has granted expedited briefing on this privilege issue, but indicated that her schedule is such that she will not be able to resolve this issue until April 23 at the earliest.　　Under the circumstances, the parties have agreed to reschedule the approximately ten depositions that had been scheduled to occur on or before April 23. A true and correct copy of the order reflecting Judge Rosenbluth's ruling, including the expedited briefing schedule (Dkt. No. 118) is attached hereto as **Exhibit 1**.　As a result, additional time is needed to complete these approximately ten depositions.　Under the circumstances, the Parties respectfully submit these facts as good cause for the three week extension requested herein.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 15, 2021 at Ladera Ranch, California.

　　　　　/s/ Kevin A. Crisp
　　　　　Kevin A. Crisp