ALAN J. KESSEL, Bar No. 130707
alan.kessel@troutman.com
JEFFREY M. GOLDMAN, Bar No. 233840
jeffrey.goldman@troutman.com
KEVIN A. CRISP, Bar No. 261023
kevin.crisp@troutman.com
LAUREN E. GROCHOW, Bar No. 293601
lauren.grochow@troutman.com
TROUTMAN PEPPER HAMILTON SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545
Telephone: 949.622.2700
Facsimile: 949.622.2739

Attorneys for Defendants
SMART KING LTD., JIAWEI WANG, and
CHAOYING DENG and Defendant and
Counterclaimant FARADAY&FUTURE INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HONG LIU, <br><br> Plaintiff, <br><br> v. <br><br> FARADAY&FUTURE INC., SMART KING LTD., JIAWEI WANG, and CHAOYING DENG, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIM | Case No. 2:20-cv-08035-SVW-JPR <br><br> The Honorable Stephen V. Wilson <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION RE DISCOVERY, PRE-TRIAL AND TRIAL DATES UNDER CIVIL TRIAL PREPARATION ORDER [DKT. NO. 87]** |

[PROPOSED] ORDER GRANTING JOINT STIPULATION RE DISCOVERY, PRE-TRIAL AND TRIAL DATES
UNDER CIVIL TRIAL PREPARATION ORDER [DKT. NO. 87]

115274087

Pursuant to the parties' Stipulation, and good cause shown, the Court grants the Stipulation and sets the following schedule for the case:

| Event | Previous Deadline | Deadline |
|---|---|---|
| Fact Discovery Cut-Off | April 23, 2021 | May 14, 2021 |
| Last Day to Serve Initial Expert Reports | April 27, 2021 | May 18, 2021 |
| Last Day to File Motions (except *Daubert* and all other Motions in Limine) | May 11, 2021 | May 18, 2021 |
| Last Day to Serve Rebuttal Expert Reports | May 4, 2021 | May 25, 2021 |
| Expert Discovery Cut-Off | May 18, 2021 | June 8, 2021 |
| Last Day to File *Daubert* Motions and Motions in Limine | May 25, 2021 | June 15, 2021 |
| Any Unresolved Discovery Disputes Must be Brought Promptly and Directly to the Attention of this Court | May 18, 2021 | June 8, 2021* |
| Memoranda of Contentions of Fact and Conclusions of Law, Trial Briefs, Exhibit Lists, Witness Lists, Jury Instructions Due | June 1, 2021 | June 22, 2021* |
| Three Copies of Previously-Filed Exhibit List, Three Copies of Previously-Filed Witness, One Copy of Previously-Filed Witness' Declarations, List Due to Courtroom Deputy Clerk | June 8, 2021 8:30 AM | June 29, 2021 8:30 AM* |
| Trial | June 8, 2021 9:00 AM | June 29, 2021 9:00 AM * |

*Denotes date set by Trial Preparation Order, albeit moved by three weeks per Judge Rosenbluth's suggestion.

**IT IS SO ORDERED.**

Dated: _____

                          HON. STEPHEN V. WILSON
                          UNITED STATES DISTRICT JUDGE

TROUTMAN PEPPER HAMILTON SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545