Kevin D. Hughes (Bar No. 188749)
FOUNDATION LAW GROUP LLP
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Tel: 424.253.1266
Email: kevin@foundationlaw.com

Amiad Kushner (*pro hac vice*)
Akushner@seidenlawgroup.com
Jake Nachmani (*pro hac vice*)
Jnachmani@seidenlawgroup.com
Seiden Law Group LLP
469 Seventh Avenue, 5th Fl.
New York, NY 10018
Telephone:  (646) 766-1914
Facsimile:   (646) 304-5277

*Attorneys for Plaintiff/Counter-Defendant,
Hong Liu*

**UNITED STATES DISTRICT COURT FOR
THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| HONG LIU,<br><br>    Plaintiff,<br><br>v.<br><br>FARADAY&FUTURE INC., SMART KING LTD., JIAWEI WANG, and CHAOYING DENG<br><br>    Defendants.<br><br>FARADAY&FUTURE INC.,<br><br>    Counterclaimant,<br><br>v.<br><br>HONG LIU,<br><br>    Counter-Defendant. | **Case No:** 2:20-cv-08035-SVW-JPR<br><br>**DISCOVERY MATTER:**<br><br>**NOTICE OF MOTION OF PLAINTIFF HONG LIU'S EXPEDITED MOTION FOR DETERMINATION OF URGENT PRIVILEGE ISSUE AND TO COMPEL PRODUCTION**<br><br>Complaint filed on: January 3, 2020<br><br>Second Amended Counterclaim filed on: March 11, 2021<br>**JUDGE:** Hon. Jean P. Rosenbluth<br>**DATE:** April 23, 2021<br>**TIME:** TBD<br>**CTRM:** 690 |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on April 23, 2021 or as soon thereafter as this matter can be heard before the Honorable Jean P. Rosenbluth of the United States District Court for the Central District of California, in Courtroom 690 of the above-entitled Court, located at 255 E. Temple St., Los Angeles, CA, 90012, Plaintiff/Counter-Defendant Hong Liu ("Plaintiff") will and hereby does move the Court pursuant to Federal Rules of Civil Procedure 34 and 37 for an order (i) determining that defendants Faraday&Future Inc.'s ("FF"), FF Intelligent Mobility Global Holdings Ltd.'s (f/k/a Smart King Ltd. ("Smart King")), Jiawei Wang, and Chaoying Deng (collectively, "Defendants") are improperly asserting the attorney-client and work product privileges and are withholding relevant documents and blocking critical deposition discovery on the basis of this improper assertion of the privileges; and (ii) compelling production of documents withheld on the basis of the assertion of these privileges.

This motion is made following the conference of counsel for Plaintiff and Defendants, which took place on March 14, 2021, and following the parties' colloquy during the Court's April 15, 2021 hearing and pursuant to the Court's April 15, 2021 Minutes (ECF 118), by which the Court authorized Plaintiff to file the present motion no later than April 16, 2021.

This motion is based on this Notice; the supporting Memorandum of Points and Authorities filed and served herewith; the Declaration of Amiad Kushner and the exhibits attached thereto; the papers on file with the Court in this matter; and upon such further evidence and argument as may be presented to this Court prior to or at the hearing on this motion.  Plaintiff also serves and lodges along with this motion a proposed order pursuant to L.R. 7-20.

**Dated:** Los Angeles, California
April 16, 2021

**Respectfully Submitted,**

FOUNDATION LAW GROUP LLP


By: /s/ Kevin D. Hughes
KEVIN D. HUGHES
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Tel: 424.253.1266
Email: kevin@foundationlaw.com

*Attorneys for Plaintiff/Counter-Defendant*
*HONG LIU*