1
2
3
4
5
6
7
8
9
10
11
12
13

**UNITED STATES DISTRICT COURT FOR**

**THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| HONG LIU,<br>                     Plaintiff,<br><br>                     v.<br><br>FARADAY&FUTURE INC.,<br>SMART KING LTD., JIAWEI<br>WANG, and CHAOYING DENG<br><br>                     Defendants.<br><br>FARADAY&FUTURE INC.,<br><br>                     Counterclaimant,<br><br>                     v.<br>HONG LIU,<br><br>                     Counter-Defendant. | **Case No:** 2:20-cv-08035-SVW-JPR<br><br>**ORDER GRANTING AND<br>APPROVING STIPULATION FOR<br>DISMISSAL WITH PREJUDICE OF<br>CERTAIN CLAIMS**<br><br>Judge:       Hon. Stephen V. Wilson<br>Trial Date:  June 8, 2021 |

1

2      The Stipulation for Dismissal with Prejudice of Plaintiff's claims for violation

3   of Section 10(b) of the Exchange Act and Rule 10b-5 (Count Two), fraudulent

4   inducement (Count Three), intentional infliction of emotional distress (Count Five)

5   and negligent misrepresentation (Count Six), and any relief sought under Plaintiff's

6   remaining claims for physical or emotional damages, is approved and granted.  The

7   aforementioned claims and all requests for physical or emotional damages are

8   dismissed with prejudice, with each party to bear its own fees and costs.

9

10

11   Dated: April 20, 2021     By: _____
                                  STEPHEN V. WILSON, U.S. DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28