ALAN J. KESSEL, Bar No. 130707
alan.kessel@troutman.com
JEFFREY M. GOLDMAN, Bar No. 233840
jeffrey.goldman@troutman.com
KEVIN A. CRISP, Bar No. 261023
kevin.crisp@troutman.com
LAUREN E. GROCHOW, Bar No. 293601
lauren.grochow@troutman.com
TROUTMAN PEPPER HAMILTON SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545
Telephone: 949.622.2700
Facsimile: 949.622.2739

Attorneys for Defendants
SMART KING LTD., JIAWEI WANG, and CHAOYING DENG
and Defendant and Counterclaimant FARADAY&FUTURE INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| HONG LIU,<br><br>Plaintiff,<br><br>v.<br><br>FARADAY&FUTURE INC., SMART KING LTD., JIAWEI WANG, and CHAOYING DENG,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. 2:20-cv-08035-SVW-JPR<br><br>Honorable Stephen V. Wilson<br><br>**DECLARATION OF JIAWEI WANG IN SUPPORT OF OPPOSITION TO PLAINTIFF AND COUNTER-DEFENDANT'S EXPEDITED MOTION FOR DETERMINATION OF URGENT PRIVILEGE ISSUE AND TO COMPEL PRODUCTION** |

115438572

I, Jiawei Wang, declare as follows:

1. I am the Vice President of Capital Markets at Faraday&Future Inc. ("**Faraday**"). I have personal knowledge as to all matters set forth herein, and if called to testify as a witness, I could and would do so. I submit this declaration in support of Faraday's and Smart King, Ltd.'s ("**Smart King**"; together with Faraday, "**FF**") Opposition to Plaintiff and Counter-Defendant Hong Liu's ("**Liu**") Motion for Determination of Urgent Privilege Issue and Compel Production.

2. I negotiated the January 26, 2018 employment agreement ("**Employment Agreement**") between FF and Liu on behalf of FF.

3. FF was not represented by outside legal counsel with respect to the negotiation and drafting of the terms of the Employment Agreement.

4. FF did not retain the law firm Sidley Austin LLP ("**Sidley**") to represent FF with respect to the negotiation and drafting of the terms of the Employment Agreement, and Sidley did not provide FF with any legal advice on those matters. I transmitted the Employment Agreement to Sidley after its terms were negotiated and drafted, but shortly before it was executed, to obtain Sidley's advice on matters unrelated to the negotiation of the Employment Agreement, namely, the possible impact of the Employment Agreement on FF's other business relationships.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 22, 2021 at Los Angeles, California.

*Jiawei Wang*
———————————
Jiawei Wang