# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV20-08035-SVW (JPRx) | Date | April 26, 2021 |
| Title | Hong Liu v. Faraday & Future Inc. et al. | | |

| Present: The Honorable | Jean P. Rosenbluth, United States Magistrate Judge |
|---|---|

| Bea Martinez | CS 4/26/2021 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| Jacob Nachmani<br>Kevin D. Hughes<br>Amiad M. Kushner | Jeffrey M. Goldman<br>Kevin A. Crisp<br>Lauren E. Grochow<br>Alan J. Kessel<br>Paul B. George |

**Proceedings:** (IN COURT): Telephonic Conference re Plaintiff's Motion to Compel Production of Documents and Determine Urgent Privilege

Case is called. Counsel make their appearances. Court addresses parties. Argument heard.

For the reasons stated on the record at the hearing, the Court rules as follows:

Plaintiff's production ordered on April 15, 2021, must be made by no later than April 29. Plaintiff's expedited motion for determination of urgent privilege issue is GRANTED based on the current state of the pleadings. The production Defendants have agreed to make (<u>see</u> Opp'n at 17-18, 20) must be made by no later than April 30. The rest of the withheld production concerning Liu's employment with Defendants – none of which is shielded by privilege because any such privilege has been waived – must be made by May 5. The Court stays its order concerning the May 5 production until April 28 to allow Defendants to seek further relief and stay from Judge Wilson in whatever form they deem appropriate. If they do not so move by April 28, the May 5 order will stand.

The parties are ORDERED to meet and confer today to try to resolve the broader privilege-waiver issues among themselves and, to the extent they do so, must file an appropriate stipulation by no later than April 28.

cc: Judge Wilson

| | : | 45 |
|---|---|---|
| | Initials of Preparer | bm |