ALAN J. KESSEL, Bar No. 130707
alan.kessel@troutman.com
JEFFREY M. GOLDMAN, Bar No. 233840
jeffrey.goldman@troutman.com
KEVIN A. CRISP, Bar No. 261023
kevin.crisp@troutman.com
LAUREN E. GROCHOW, Bar No. 293601
lauren.grochow@troutman.com
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
5 Park Plaza, Suite 1400
Irvine, CA  92614-2545
Telephone: 949.622.2700
Facsimile:  949.622.2739

Attorneys for Defendant
SMART KING LTD. and Defendant and
Counterclaimant FARADAY&FUTURE INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HONG LIU, <br><br>   Plaintiff, <br><br> v. <br><br> FARADAY&FUTURE INC., SMART KING LTD., JIAWEI WANG, and CHAOYING DENG, <br><br>   Defendants. <br><br> AND RELATED COUNTERCLAIM. | Case No.  2:20-cv-08035-SVW-JPR <br><br> Honorable Stephen V. Wilson <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE OF CERTAIN COUNTERCLAIMS** |

IT IS HEREBY STIPULATED by and between the parties to this action, through their counsel of record, that Defendant Faraday&Future Inc.'s (**"FF"**) counterclaims for (i) breach of fiduciary duty (Fifth Counterclaim), (ii) breach of employment agreement (Sixth Counterclaim), and (iii) declaratory judgment (Eighth Counterclaim), but only to the extent it seeks declaratory relief based upon the Fifth Counterclaim and the Sixth Counterclaim, as alleged in FF's Second Amended Counterclaim, be and hereby are dismissed with prejudice, with each party to bear its own fees and costs.  Nothing in this Stipulation shall affect any party's rights with respect to any other claim or defense that has been asserted in this action.

Dated: April 26, 2021        SEIDEN LAW GROUP, LLP

By: /s/ Amiad Kushner
    AMIAD KUSHNER
    JAKE NACHMANI

*Attorneys for Plaintiff/Counter-Defendant HONG LIU*

Dated: April 26, 2021        FOUNDATION LAW GROUP LLP

By: /s/Kevin D. Hughes

*Attorneys for Plaintiff/Counter-Defendant HONG LIU*

Dated: April 26, 2021        TROUTMAN PEPPER HAMILTON SANDERS LLP

By: /s/ Kevin A. Crisp

*Attorneys for Defendants* SMART KING LTD., JIAWEI WANG, and CHAOYING DENG and *Defendant and Counterclaimant* FARADAY&FUTURE INC.

**FILER'S ATTESTATION**

Under L.R. 5-4.3.4(a)(2)(ii), the filer hereby attests that all other signatories to this document concur in the content of, and have authorized, this filing.

Dated: April 26, 2021          By:  /s/ Kevin A. Crisp