ALAN J. KESSEL, Bar No. 130707
alan.kessel@troutman.com
JEFFREY M. GOLDMAN, Bar No. 233840
jeffrey.goldman@troutman.com
KEVIN A. CRISP, Bar No. 261023
kevin.crisp@troutman.com
LAUREN E. GROCHOW, Bar No. 293601
lauren.grochow@troutman.com
TROUTMAN PEPPER HAMILTON SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545
Telephone: 949.622.2700
Facsimile: 949.622.2739

Attorneys for Defendants SMART KING LTD. and Defendant and Counterclaimant FARADAY&FUTURE INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HONG LIU,<br><br>    Plaintiff,<br><br>v.<br><br>FARADAY&FUTURE INC., SMART KING LTD., JIAWEI WANG, and CHAOYING DENG,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. 2:20-cv-08035-SVW-JPR<br><br>Honorable Stephen V. Wilson<br><br>**FARADAY & FUTURE, INC. AND SMART KING LTD.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT, OF PLAINTIFF HONG LIU'S COMPLAINT**<br><br>Date:  May 24, 2021<br>Time:  1:30 p.m.<br>Place:  Courtroom 10A |

114745200

FARADAY & FUTURE, INC. AND SMART KING LTD.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on May 24, 2021 at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 10A of the United States District Court for the Central District of California – Western Division, located at the First Street Courthouse, 350 West 1st Street, 10th Floor, Los Angeles, California 90021, the Honorable Stephen V. Wilson presiding, Defendant Smart King Ltd. and Defendant and Counterclaimant Faraday&Future Inc. (collectively, "**FF**"), will and hereby do move, pursuant to Federal Rule of Civil Procedure 56, for an Order granting summary judgment, or, in the alternative, partial summary judgment, in favor of FF, and against Plaintiff Hong Liu ("**Liu**"), on the First, Fourth and Seventh Causes of Action alleged in Liu's Complaint for Breach of Contract, Wrongful Termination in Violation of Public Policy, and Declaratory Judgment, respectively.  Each of the other causes of action previously alleged in the Complaint have been dismissed, with prejudice.  (Dkt. No. 123).

This Motion is made on the grounds that there is no genuine issue of material fact with respect to the Complaint's remaining causes of action, and that FF is entitled to judgment on each of those causes of action as a matter of law.

This Motion is based upon this Notice of Motion and Motion, the attached Memorandum of Points and Authorities, the concurrently filed Statement of Uncontroverted Material Facts, and Declarations of Jiawei Wang, Chaoying Deng, and Lauren E. Grochow and the exhibits respectively attached thereto, the pleadings, papers and records on file in this action, and upon such other and further documents, evidence and argument as may be presented at or before the hearing on this Motion.

This Motion is made following the conference of counsel for FF and Liu pursuant to Local Rule 7-3, which took place on April 9, 2021, as confirmed by the email between counsel sent later that day.

Dated: April 26, 2021

Respectfully submitted,

TROUTMAN PEPPER HAMILTON SANDERS LLP

By: /s/ Lauren E. Grochow
Lauren E. Grochow

Attorneys for Defendant
SMART KING LTD Defendant and Counterclaimant
FARADAY&FUTURE INC.