Kevin D. Hughes (Bar No. 188749)
FOUNDATION LAW GROUP LLP
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Tel: 424.253.1266
Email: kevin@foundationlaw.com

Amiad Kushner (*pro hac vice*)
Akushner@seidenlawgroup.com
Jake Nachmani (*pro hac vice*)
Jnachmani@seidenlawgroup.com
Seiden Law Group LLP
322 Eighth Avenue, Suite 1704
New York, NY 10001

Telephone: (646) 766-1914
Facsimile: (646) 304-5277

*Attorneys for Plaintiff/Counter-Defendant, Hong Liu*

# UNITED STATES DISTRICT COURT FOR
# THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| HONG LIU,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FARADAY&FUTURE INC., SMART KING LTD., JIAWEI WANG, and CHAOYING DENG<br><br>　　　　Defendants.<br><br>―――――――――――<br>FARADAY&FUTURE INC.,<br><br>　　　　Counterclaimant,<br><br>　　v.<br>HONG LIU,<br>　　　　Counter-Defendant. | **Case No:** 2:20-cv-08035-SVW-JPR<br><br>**DECLARATION OF JAKE NACHMANI IN SUPPORT PLAINTIFF HONG LIU'S *EX PARTE* APPLICATION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANTS FARADAY&FUTURE, INC. AND SMART KING LTD.'S MOTION FOR SUMMARY JUDGMENT** |

I, Jake Nachmani, declare as follows:

1. I am Counsel at the law firm of Seiden Law Group LLP, which is counsel of record for Plaintiff/Counter-Defendant Hong Liu ("Plaintiff" or "Liu") in the above-captioned matter. I am admitted to practice before the courts of the State of New York, and I am admitted *pro hac vice* in this matter.

2. I make this declaration pursuant to Local Rule 7-19 in support of Plaintiff's *ex parte* application ("Application") for an extension of time to file Plaintiff's opposition to defendants Faraday&Future Inc.'s ("FF") and FF Intelligent Mobility Global Holdings Ltd.'s (f/k/a Smart King Ltd. ("Smart King") and collectively with FF, "Defendants") motion for summary judgment, filed pursuant to Rule 56 of the Federal Rules of Civil Procedure (ECF 131) (the "Motion").

3. I make this declaration based on my own personal knowledge, and, if called upon to do so, could and would testify competently thereto.

4. On April 27, 2021, pursuant to Local Rule 7-19, I emailed counsel for Defendants and informed them of the fact that Plaintiff would be filing the Application today and informed them of the basis for this Application. I also advised Defendants' counsel of the operative deadline by which Defendants had to file their objection to this this Application.

5. Counsel for Defendants represented that they opposed this Application and would be filing an objection.

6. Attached as exhibits are true and correct copies of the following document:

    Exhibit A:    An email dated April 26, 2021 from Defendants' counsel to the Court, by which Defendants request a hearing concerning a modification of the April 26, 2021 Order (ECF 128).

Exhibit B: An email dated April 27, 2021 from Plaintiff's counsel to counsel for Defendants, by which Plaintiff requests that the parties enter into a joint stipulation concerning an extension of time for Plaintiff to respond to Defendants' Motion for Summary Judgment.

Exhibit C: An email dated April 27, 2021 from Defendants' counsel to Plaintiff's counsel, by which Defendants refused to enter into a stipulation with Plaintiffs concerning an extension of time for Plaintiff's to respond to Defendants' Motion for Summary Judgment.

Exhibit D: An email dated April 27, 2021 from Plaintiff's counsel to Defendants' counsel, by which Plaintiff provided notice to Defendants of this Application pursuant to Local Rule 7-19.

I declare under penalty of perjury that the foregoing is, to the best of my knowledge and belief, true and correct.

**Dated:**   New York, New York
April 27, 2021

SEIDEN LAW GROUP LLP

/s/ Jake Nachmani
Jake Nachmani
469 Seventh Avenue, Fifth Fl.
New York, NY 10018
jnachmani@seidenlawgroup.com
(646) 766-1723

*Counsel for Plaintiff/Counter-Defendant Hong Liu*