UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HONG LIU,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FARADAY&FUTURE INC., SMART KING LTD., JIAWEI WANG, and CHAOYING DENG,<br><br>　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. 2:20-cv-08035-SVW-JPR<br><br>Honorable Stephen V. Wilson<br><br>**ORDER GRANTING AND APPROVING STIPULATION FOR DISMISSAL WITH PREJUDICE OF CERTAIN COUNTERCLAIMS** |

The Stipulation for Dismissal with Prejudice of Defendant Faraday&Future Inc.'s counterclaims for, breach of fiduciary duty (Fifth Counterclaim), breach of employment agreement (Sixth Counterclaim), and declaratory judgment (Eighth Counterclaim), but only to the extent it seeks declaratory relief based upon the Fifth Counterclaim and the Sixth Counterclaim, as alleged in FF's Second Amended Counterclaim, is approved and granted. The Fifth and Sixth Counterclaims are dismissed with prejudice, and the Eighth Counterclaim is dismissed with prejudice to the extent it seeks declaratory relief based upon the Fifth Counterclaim and the Sixth Counterclaim, with each party to bear its own fees and costs.

IT IS SO ORDERED:

Dated: April 28, 2021

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE