UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV20-08035-SVW (JPRx) | Date | April 29, 2021 |
|---|---|---|---|
| Title | Hong Liu v. Faraday & Future Inc. et al. | | |

| Present: The Honorable | Jean P. Rosenbluth, United States Magistrate Judge |
|---|---|

| Bea Martinez | AT&T |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| Jacob Nachmani<br>Kevin D. Hughes<br>Amiad M. Kushner | Jeffrey M. Goldman<br>Kevin A. Crisp<br>Lauren E. Grochow<br>Alan J. Kessel |

**Proceedings:** (IN COURT): Telephonic Conference re Plaintiff's Motion to Compel Production of Documents and Determine Urgent Privilege

Case is called.  Counsel make their appearances. Court addresses parties. Argument heard.

For the reasons stated on the record at the hearing, the Court finds that Plaintiff has forfeited any argument that Defendants' affirmative defenses broadly waive any privilege concerning Plaintiff's employment by failing to raise that argument in his April 16, 2021 Motion to Compel Production of Documents and Determine Urgent Privilege Issue.

In light of Defendants' stipulated dismissal of certain counterclaims on April 26, 2021, the Court finds that reconsideration of the portion of its order earlier that day that Defendants had broadly waived the privilege by asserting those counterclaims is appropriate.  The Court takes the matter under submission after hearing argument; written order to follow.

cc: Judge Wilson

| | : | 48 |
|---|---|---|
| | Initials of Preparer | bm |