# EXHIBIT 2

Saved Photo

# Termination Meeting

Monday, February 11, 2019 11:05 AM

Bob
Meredith
Henry
YT (no translator)

Bob gave pre-written message. HL and YT had spoken previous to Meredith, Bob and I entered the room

Bob spoke in English and then communicated with HL in Chinese. Not translated.

YT left the room.

HL protests and denies everything. He strongly protests the decision and it was groundless. He reserves his rights. Other facts may not be available.

HL discussed his employment agreement and believes that he has another arrangement with the company.



HLIU002981