# EXHIBIT 3

| From: | Jerry Wang (FF China) [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A13EE35D36764DFDACED9FB3DBFE2A11-JERRY] |
|---|---|
| Sent: | 1/26/2018 6:35:53 PM |
| To: | Bian, Feifei [fbian@sidley.com] |
| CC: | Sekhon, Vijay S. [vsekhon@sidley.com] |
| Subject: | RE: [EXTERNAL]▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |

Feifei,

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Also he will sign our standard offer letter so that should be fine to cover some basic terms in there.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Thanks,
Jerry

_____

**Faraday Future**

**Jerry Wang**

General Manager | Global Capital and Investment Banking

e    jerry.wang@ff.com

c    +1 201-354-7734 / +86 151-1690-3389

a    18455 S Figueroa St, Gardena, CA 90248

w    www.ff.com

FF Inc. email may include content, whether in the body of an email or in an attachment, that is intended to be privileged and confidential. Delivery of confidential material by email not does not diminish the confidential nature of such material. All persons who believe that they have erroneously received any FF Inc. email are requested to delete such email, including any attachments. Any non-business, personal use of FF Inc. email system is solely the responsibility of the sender, and none of the content of any such email is to be attributed to FF Inc. No one who receives an email purportedly from FF Inc. should rely on the authenticity or completeness of that email, unless it is received directly from FF Inc. No person is entitled to copy, forward or otherwise re-use any material contained in any FF Inc. email, without FF Inc.'s express written permission.

*All we do is for our earth, please consider the environment before printing out this email.*

**From:** Bian, Feifei [mailto:fbian@sidley.com]
**Sent:** Friday, January 26, 2018 3:31 PM
**To:** Jerry Wang (FF China) <Jerry.Wang@ff.com>
**Cc:** Sekhon, Vijay S. <vsekhon@sidley.com>
**Subject:** RE: [EXTERNAL] ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮ As to the employment agreement, we noticed that there appears to be missing many standard provisions we would usually see in a similar employment agreement. We are wondering if you'd like our employee benefits specialists to take a look?

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

CONFIDENTIAL

FF00005188

… …

**FEIFEI BIAN**
Associate

**SIDLEY AUSTIN LLP**

CONFIDENTIAL                                                                                          FF00005189

+1 310 595 9478
fbian@sidley.com

---

**From:** Jerry Wang (FF China) [mailto:Jerry.Wang@ff.com]
**Sent:** Friday, January 26, 2018 3:16 PM
**To:** Bian, Feifei <fbian@sidley.com>
**Cc:** Sekhon, Vijay S. <vsekhon@sidley.com>
**Subject:** RE: [EXTERNAL] ███████████████

███████████████████████████████

Jerry

_____

**Faraday Future**

**Jerry Wang**

General Manager | Global Capital and Investment Banking

e   jerry.wang@ff.com
c   +1 201-354-7734 / +86 151-1680-3389
a   18455 S Figueroa St, Gardena, CA 90248
w   www.ff.com

FF Inc. email may include content, whether in the body of an email or in an attachment, that is intended to be privileged and confidential. Delivery of confidential material by email not does not diminish the confidential nature of such material. All persons who believe that they have erroneously received any FF Inc. email are requested to delete such email, including any attachments. Any non-business, personal use of FF Inc. email system is solely the responsibility of the sender, and none of the content of any such email is to be attributed to FF Inc. No one who receives an email purportedly from FF Inc. should rely on the authenticity or completeness of that email, unless it is received directly from FF Inc.. No person is entitled to copy, forward or otherwise re-use any material contained in any FF Inc. email, without FF Inc.'s express written permission.

_All we do is for our earth, please consider the environment before printing out this email._

---

**From:** Bian, Feifei [mailto:fbian@sidley.com]
**Sent:** Friday, January 26, 2018 12:50 PM
**To:** Jerry Wang (FF China) <Jerry.Wang@ff.com>
**Cc:** Sekhon, Vijay S. <vsekhon@sidley.com>
**Subject:** [EXTERNAL] ███████████████

███████████████████████████████

Feifei

**FEIFEI BIAN**
Associate

**SIDLEY AUSTIN LLP**
1999 Avenue of the Stars
17th Floor
Los Angeles, CA 90067
+1 310 595 9478
fbian@sidley.com
www.sidley.com

FF00005190

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us
immediately.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFIDENTIAL

FF00005191