Kevin D. Hughes (Bar No. 188749)
FOUNDATION LAW GROUP LLP
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Tel: 424.253.1266
Email: kevin@foundationlaw.com

Amiad Kushner (*pro hac vice*)
Akushner@seidenlawgroup.com
Jake Nachmani (*pro hac vice*)
Jnachmani@seidenlawgroup.com
Seiden Law Group LLP Law Group LLP
322 Eighth Avenue, Suite 1704
New York, NY 10001
Telephone:  (646) 766-1914
Facsimile:   (646) 304-5277
Facsimile:   (646) 304 – 5277

*Attorneys for Plaintiff/Counter-Defendant, Hong Liu*

# UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

**Case No:** 2:20-cv-08035-SVW-JPR

**[PROPOSED] ORDER ON PLAINTIFF HONG LIU'S *EX PARTE* APPLICATION FOR CLARIFICATION OF THE COURT'S MAY 3, 2021 ORDER AND RELATED RELIEF**

Complaint filed on: January 3, 2020

Application filed on: May 6, 2021

Judge:       Hon. Stephen V. Wilson
Mag. Judge: Hon. Jean P. Rosenbluth

Trial Date:   June 8, 2021

HONG LIU,
   Plaintiff,

v.

FARADAY&FUTURE INC., SMART KING LTD., JIAWEI WANG, and CHAOYING DENG

   Defendants.

| | |
|---|---|
| FARADAY&FUTURE INC., | |
| Counterclaimant, | |
| v. | |
| HONG LIU, | |
| Counter-Defendant. | |

### [PROPOSED] ORDER

Plaintiff/Counter-Defendant Hong Liu's ("Plaintiff" or "Liu") *ex parte* application for clarification of the Court's May 3, 2021 Order (ECF 146) came before the Court on May 6, 2021.

Having considered the application and opposition papers, arguments, and all other matters presented to the Court, the Court finds that FF's *ex parte* application is granted.

IT IS HEREBY ORDERED that Defendants shall immediately produce all documents previously ordered to be produced pursuant to the Court's April 26, 2021 Order (ECF 128) and May 3, 2021 Orders but which Defendants have continued to withhold on the basis of privilege.

IT IS ALSO HEREBY ORDERED that the Court will conduct an *in camera* review of Defendants' privilege log to ascertain whether Defendants have complied with the Court's April 26 and May 3, 2021 Orders.

Dated:_____          _____

Hon. Jean P. Rosenbluth
Magistrate Judge, United States District Court