# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV20-08035-SVW (JPRx) | Date | May 12, 2021 |
|---|---|---|---|
| Title | Hong Liu v. Faraday & Future Inc. et al. | | |

| Present: The Honorable | Jean P. Rosenbluth, United States Magistrate Judge |
|---|---|

| Bea Martinez | CS 5/12/2021 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| Amiad M. Kushner | Jeffrey M. Goldman |
| | Kevin A. Crisp |
| | Lauren E. Grochow |
| | Alan J. Kessel |
| | Paul B. George |

**Proceedings:** (IN COURT): Telephonic Conference re Plaintiff's Ex Parte Application to Clarify Court's May 3, 2021 Order

Case is called. Counsel make their appearances. Court addresses parties. Argument heard.

For the reasons stated on the record at the hearing, Plaintiff's May 7, 2021 ex parte application for clarification of the Court's May 3 order is DENIED except that Defendants must produce to Plaintiff no later than May 19 a declaration stating that the email accounts of Bob Ye and Sheryl Skibee have been searched and that no documents concerning Plaintiff's termination have been located or, if such documents do exist, that they are simultaneously being produced to Plaintiff.

cc: Judge Wilson

| | 1 | : | 06 |
|---|---|---|---|
| Initials of Preparer | | bm | |