ALAN J. KESSEL, Bar No. 130707
alan.kessel@troutman.com
JEFFREY M. GOLDMAN, Bar No. 233840
jeffrey.goldman@troutman.com
KEVIN A. CRISP, Bar No. 261023
kevin.crisp@troutman.com
LAUREN E. GROCHOW, Bar No. 293601
lauren.grochow@troutman.com
TROUTMAN PEPPER HAMILTON SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545
Telephone: 949.622.2700
Facsimile: 949.622.2739

Attorneys for Defendants
SMART KING LTD. and Defendant and
Counterclaimant FARADAY&FUTURE INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HONG LIU,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FARADAY&FUTURE INC., SMART KING LTD., JIAWEI WANG, and CHAOYING DENG,<br><br>　　　　Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. 2:20-cv-08035-SVW-JPR<br><br>The Honorable Stephen V. Wilson<br><br>**JOINT STIPULATION RE DISCOVERY AND PRE-TRIAL DATES** |

#116024714v1

Pursuant to the Court's Civil Trial Preparation Order dated February 25, 2021 [Dkt. No. 87] (the "**Trial Preparation Order**"), Defendants Faraday&Future Inc., and Smart King Ltd. and Plaintiff Henry Liu (collectively, the "**Parties**"), hereby submit the following stipulation regarding certain discovery and pre-trial dates:

WHEREAS, the Trial Preparation Order vacated a previously scheduled status conference and serves as this case's scheduling order under Rule16(b) of the Federal Rules of Civil Procedure ("**Federal Rules**");

WHEREAS, the Trial Preparation Order was entered on February 25, 2021 and set trial for June 8, 2021;

WHEREAS, the Trial Preparation Order ordered the parties to begin discovery following that order's issuance and to conduct discovery in accord with the Federal Rules to the fullest extent possible;

WHEREAS, the Trial Preparation Order invited the parties to file a stipulation to adjust discovery deadlines as necessary;

WHEREAS, the Parties previously agreed that certain discovery deadlines set by the Federal Rules required adjustment; and

WHEREAS, the Parties, through their respective attorneys of record, previously stipulated and agreed to the continuance of certain dates which were entered as an Order of the Court [Dkt. No. 96];

WHEREAS, on April 26, 2021, Defendants filed their Notice of Motion and Motion for Summary Judgment, or, In the Alternative, Partial Summary Judgment, of Plaintiff Hong Liu's Complaint [Dkt. No. 131] (**"Defendants' Summary Judgment Motion"**) and a hearing thereon was set for May 24, 2021;

WHEREAS, on April 29, 2021, the Court ordered that Plaintiff's opposition to Defendants Summary Judgment Motion be filed and served no later than May 12, 2021, and that Defendants' reply in support of that motion be filed and served no later than May 19, 2021 [Dkt. No. 141];

WHEREAS, on May 7, 2021, Plaintiff filed an *Ex Parte* Application to Clarify the Court's May 3, 2021 Order and Related Relief [Dkt. No. 147];

WHEREAS, on May 7, 2021, the Court ordered that depositions be continued by one week and extended all deadlines in the case by one week until Judge Rosenbluth had an opportunity to rule on Plaintiff's May 7, 2021 *Ex Parte* Application or indicated that more time was required to consider the issues, including the deadlines for briefing and hearing of Defendants' Summary Judgment Motion and the trial date [Dkt. No. 148];

WHEREAS, on May 10, 2021, the Court, on its own motion, continued trial to July 27, 2021 and set a Pretrial Conference for July 19, 2021 [Dkt. No. 150];

WHEREAS, on May 10, 2021, the Court further ordered that the hearing on Defendants' Summary Judgment Motion be heard on June 1, 2021 at 1:30 p.m. [Dkt. No. 151];

WHEREAS, on May 12, 2021, Judge Rosenbluth entered an Order denying Plaintiff's May 7, 2021 *Ex Parte* Application but ordering Defendants to provide Plaintiff no later than May 19, 2021 with a declaration stating that the email accounts of Bob Ye and Sheryl Skibbe have been searched and that no documents concerning Plaintiff's termination have been located or, if such documents do exist, that they are simultaneously being produced to Plaintiff [Dkt. No. 153];

WHEREAS, the Parties now agree that certain previously agreed-upon discovery deadlines require adjustment (the **"Party Discovery Dates"**);

WHEREAS, the Parties further agree to abide by the Party Discovery Dates set forth below and agree to waive any objection based on timeliness, including but not limited to, with respect to admissibility, to any Party discovery taken in accordance with the Party Discovery Dates set forth below;

WHEREAS, the current motion cutoff ordered by the Court is May 18, 2021;

WHEREAS, Plaintiff has notified Defendant that he will be filing a Cross

Motion for Summary Judgment;

WHEREAS, due to the May 31, 2021 Memorial Day holiday, as well as at least six depositions currently expected to take place between May 24-28, 2021, the Parties agree to the deadlines set forth below with respect to Plaintiff's Cross Motion for Summary Judgment (the **"Motion Dates"**) and respectfully request that the Court enter an order thereon;

THEREFORE, the Parties stipulate and agree to abide by the following Party Discovery Dates:

| Event | Deadline |
|---|---|
| Fact Discovery Cut-Off | May 28, 2021 |
| Last Day to Serve Initial Expert Reports | June 4, 2021 |
| Last Day to Serve Rebuttal Expert Reports | June 11, 2021 |
| Expert Discovery Cut-Off | June 25, 2021 |

FURTHERMORE, the Parties stipulate and agree to the following Motion Dates:

| Event | Deadline |
|---|---|
| Last Day to File and Serve Plaintiff's Cross Motion for Summary Judgment | May 19, 2021 |
| Last Day to File and Serve Defendants' Opposition to Cross Motion for Summary Judgment | June 3, 2021 |
| Last Day to File and Serve Plaintiff's Reply in Support of Cross Motion for Summary Judgment | June 10, 2021 |
| Hearing on Plaintiff's Cross Motion for Summary Judgment | June 21, 2021 |
| Daubert and in limine motion deadline | June 28, 2021 |

All other dates and deadlines previously ordered or otherwise set shall remain unchanged by this Stipulation and/or any Order thereon.

| | | |
|---|---|---|
| 1 | Dated: May 17, 2021 | TROUTMAN PEPPER HAMILTON SANDERS LLP |
| 2 | | |
| 3 | | |
| 4 | | By /s/ Kevin A. Crisp<br>Kevin A. Crisp |
| 5 | | Attorneys for Defendants SMART KING LTD.and Defendant and Counterclaimant FARADAY&FUTURE INC. |
| 6 | | |
| 7 | | |
| 8 | Dated: May 17, 2021 | SEIDEN LAW GROUP LLP |
| 9 | | By: /s/ Jake Nachmani<br>Jake Nachmani |
| 10 | | |
| 11 | | Attorneys for Plaintiff HONG LIU |

## **ATTESTATION**

Pursuant to L.R. 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ Kevin A. Crisp
Kevin A. Crisp

#116024714v1

- 4 -

JOINT STIPULATION RE DISCOVERY AND PRE-TRIAL DATES