ALAN J. KESSEL, Bar No. 130707
alan.kessel@troutman.com
JEFFREY M. GOLDMAN, Bar No. 233840
jeffrey.goldman@troutman.com
KEVIN A. CRISP, Bar No. 261023
kevin.crisp@troutman.com
LAUREN E. GROCHOW, Bar No. 293601
lauren.grochow@troutman.com
TROUTMAN PEPPER HAMILTON SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545
Telephone: 949.622.2700
Facsimile:  949.622.2739

Attorneys for Defendants
SMART KING LTD. and Defendant and
Counterclaimant FARADAY&FUTURE INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HONG LIU,<br><br>               Plaintiff,<br><br>       v.<br><br>FARADAY&FUTURE INC., SMART KING LTD., JIAWEI WANG, and CHAOYING DENG,<br><br>               Defendants. | Case No.  2:20-cv-08035-SVW-JPR<br><br>The Honorable Stephen V. Wilson<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION RE DISCOVERY AND PRE-TRIAL DATES** |
| AND RELATED COUNTERCLAIM | |

Pursuant to the parties' Stipulation, and good cause shown, the Court grants the Stipulation and sets the following dates:

| Event | Deadline |
|---|---|
| Last Day to File and Serve Plaintiff's Cross Motion for Summary Judgment | May 19, 2021 |
| Last Day to File and Serve Defendants' Opposition to Cross Motion for Summary Judgment | June 3, 2021 |
| Last Day to File and Serve Plaintiff's Reply in Support of Cross Motion for Summary Judgment | June 10, 2021 |
| Hearing on Plaintiff's Cross Motion for Summary Judgment | June 21, 2021 |
| Daubert and in limine motion deadline | June 28, 2021 |

**IT IS SO ORDERED.**

Dated: _____

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE