Kevin D. Hughes (Bar No. 188749)
FOUNDATION LAW GROUP LLP
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Tel: 424.253.1266
Email:  kevin@foundationlaw.com

Amiad Kushner (*pro hac vice*)
Akushner@seidenlawgroup.com
Jake Nachmani (*pro hac vice*)
Jnachmani@seidenlawgroup.com
Seiden Law Group LLP
469 Seventh Avenue, 5th Fl.
New York, NY 10018
Telephone:   (646) 766-1914
Facsimile:   (646) 304-5277

*Attorneys for Plaintiff/Counter-Defendant,
Hong Liu*

## UNITED STATES DISTRICT COURT FOR
## THE CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| HONG LIU,<br><br>                    Plaintiff,<br><br><br>            v.<br><br>FARADAY&FUTURE INC., SMART KINGLTD., JIAWEI WANG, and CHAOYING DENG<br><br>            Defendants. | **Case No:** 2:20-cv-08035-SVW-JPR<br><br>**NOTICE OF MOTION AND CROSS-MOTION OF PLAINTIFF FOR SUMMARY JUDGMENT ON DEFENDANT FARADAY&FUTURE INC.'S SECOND AMENDED COUNTERCLAIM AND DEFENDANT FARADAY&FUTURE INC.'S AND DEFENDANT SMART KING LTD.'S AFFIRMATIVE DEFENSES AND PARTIAL SUMMARY JUDGMENT ON PLAINTIFF'S BREACH OF CONTRACT CLAIM** |
| FARADAY&FUTURE INC.,<br><br>            Counterclaimant,<br><br>            v.<br><br>HONG LIU,<br>                Counter-Defendant. | **JUDGE:   Hon. Stephen V. Wilson<br>DATE:       June 21, 2021<br>TIME:        1:30 p.m.<br>CTRM:      10A** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on June 21 2021 at 1:30 P.M. or as soon thereafter as this matter can be heard before the Honorable Stephen V. Wilson of the United States District Court for the Central District of California, in Courtroom 10A of the above-entitled Court, located at First Street Courthouse, 350 W. 1st Street, Los Angeles, California 90012, Plaintiff/Counter-Defendant Hong Liu ("Plaintiff") will and hereby does move the Court pursuant to Federal Rule of Civil Procedure 56 for: (i) summary judgment on Defendant/Counterclaimant Faraday&Future Inc.'s ("FF") Second Amended Counterclaim (ECF 95); (ii) summary judgment on FF and defendant FF Intelligent Mobility Global Holdings Ltd.'s (f/k/a Smart King Ltd. ("Smart King")) affirmative defenses in FF and Smart King's Second Amended Answers (ECF 93 & 94, respectively); and (iii) partial summary judgment on Count I of Plaintiff's Complaint.

This motion is made following the conferences of counsel for Plaintiff and defendants FF and Smart King pursuant to L.R. 7-3, which took place on May 11, 2021.

This Motion is based on this Notice; the supporting Memorandum of Points and Authorities filed and served herewith; the Declarations of Hong Liu and Amiad Kushner and the exhibits attached thereto to each; the papers on file with the Court in this matter; and upon such further evidence and argument as may be presented to this Court prior to or at the hearing on this motion. Plaintiff also serves and lodges along with this motion a proposed order pursuant to L.R. 7-20.

**Dated:**     Los Angeles, California
              May 18, 2021

                                      **Respectfully Submitted,**

                                      FOUNDATION LAW GROUP LLP


                                      By:/s/ Kevin D. Hughes
                                      KEVIN D. HUGHES
                                      1999 Avenue of the Stars, Suite 1100
                                      Los Angeles, CA 90067
                                      Tel: 424.253.1266
                                      Email:  kevin@foundationlaw.com

                                      *Attorneys for Plaintiff/Counter-Defendant*
                                      *HONG LIU*