# Exhibit 8

**Liu, Hong (Henry)**

| | |
|---|---|
| **From:** | Liu, Hong (Henry) |
| **Sent:** | Friday, December 22, 2017 3:43 PM |
| **To:** | Recht, Philip R. |
| **Subject:** | RE: [EXTERNAL] Outstanding invoices |

Phil: You have been a great partner and friend. Let's move forward on this existing project. With all best holiday wishes. henry

---

**From:** Recht, Philip R.
**Sent:** Friday, December 22, 2017 3:32 PM
**To:** Liu, Hong (Henry)
**Subject:** Re: [EXTERNAL] Outstanding invoices

Great and great job in reviving this relationship. Looking forward to lots of interesting work going forward. Happy holidays.

Sent from my iPhone

On Dec 22, 2017, at 12:09 PM, Liu, Hong (Henry) <HLiu@mayerbrown.com> wrote:

> Excellent. Moving forward as planned. I will execute it and send back to the top management cc you and our team. All the best. Henry
>
> On Dec 22, 2017, at 21:06, Recht, Philip R. <PRecht@mayerbrown.com> wrote:
>
>> FYI.
>> Sent from my iPhone
>>
>> Begin forwarded message:
>>
>>> **From:** Amanda Walker <Amanda.Walker@ff.com>
>>> **Date:** December 22, 2017 at 11:57:29 AM PST
>>> **To:** "Recht, Philip R." <PRecht@mayerbrown.com>
>>> **Cc:** Lillian Xu <Lillian.Xu@ff.com>, "Jerry Wang (FF China)" <Jerry.Wang@ff.com>
>>> **Subject: RE: [EXTERNAL] Outstanding invoices**
>>>
>>> Great, thank you Philip. Attached please also find the supplemental engagement letter that one of your colleagues had requested back in October to reinitiate the engagement.
>>>
>>> Best,
>>> Amanda
>>>
>>> ---
>>>
>>> **From:** Recht, Philip R. [mailto:PRecht@mayerbrown.com]
>>> **Sent:** Friday, December 22, 2017 11:16 AM
>>> **To:** Amanda Walker <Amanda.Walker@ff.com>
>>> **Cc:** Lillian Xu <Lillian.Xu@ff.com>
>>> **Subject:** Re: [EXTERNAL] Outstanding invoices

1

Amanda—good news. I'll be gone all next week but will see if we can get started on the work in my absence. Will let you know shortly. Phil.

Sent from my iPhone

On Dec 22, 2017, at 11:05 AM, Amanda Walker <Amanda.Walker@ff.com> wrote:

> Hi Phil – We received approval to wire the $197,268, and I am working with the accounting crew we have left in the office to have that wire out today. Our accounting team is also entering that previously uninvoiced $19K in the system, so that additional payment may not go out until after the holiday but I am told it is on their radar and will be paid as well.
>
> Attached is a spreadsheet I started with the different preliminary categories of information that we are trying to obtain regarding these 10 states, and my initial research. As we briefly discussed during our call, the main questions that we initially have are:
>
> - Can we operate a direct sales model in these 10 states?
> - As an alternative, what are the key dealer franchise model pros/cons in these 10 states? (I know this is a very broad question but we are really just looking for a high level overview).
> - Can we mix and match a direct sales and dealer franchise model within state borders, i.e. can we open flagship FF direct sales stores in LA and SF, while still offering dealer franchises for sale in California?
> - Can we offer an equity stake in Faraday to a franchisee as an additional incentive to purchase a Faraday franchise?
> - Can we offer franchisees a web platform as an additional sales tool (that links to our main FF website)? An overview of any key auto internet sales laws in these states would also be very helpful.
>
> Please let me know if you have any further questions about these initial inquiries. We were hoping to get some preliminary information during the week of Jan. 2, but please let us know if you have any concerns in light of the holiday.
>
> Best,
> Amanda
> _____

2

**Faraday Future**

Amanda Walker
Corporate Counsel, Legal
+1 858 736 6978

18455 S Figueroa St,
Gardena, CA 90248

FF.com

---

**From:** Recht, Philip R. [mailto:PRecht@mayerbrown.com]
**Sent:** Thursday, December 21, 2017 2:52 PM
**To:** Amanda Walker <Amanda.Walker@ff.com>
**Subject:** RE: [EXTERNAL] Outstanding invoices

Amanda—The wire instructions are attached above. As I mentioned, I'll be out of town starting tomorrow. But, you can reach me by email and cell phone while I'm away. So, don't hesitate to get in touch if you have additional questions, etc. I hope this all works out so we can resume our work together. Thanks. Phil.

---

**From:** Amanda Walker [mailto:Amanda.Walker@ff.com]
**Sent:** Thursday, December 21, 2017 2:12 PM
**To:** Recht, Philip R.
**Subject:** RE: [EXTERNAL] Outstanding invoices

Hi Phil – Sorry I missed your call. I am still working on getting the necessary internal sign offs before these payments can be issued but I should have more information shortly. That would be great if you could send me wire instructions in the meantime.

Best,
Amanda

---

**From:** Recht, Philip R. [mailto:PRecht@mayerbrown.com]
**Sent:** Wednesday, December 20, 2017 12:21 PM
**To:** Amanda Walker <Amanda.Walker@ff.com>
**Subject:** [EXTERNAL] Outstanding invoices

Amanda—Very good to meet by phone this morning. I look forward to resuming our work for Faraday. As we discussed, however, there are a number of outstanding invoices from our firm that must be paid before the firm will allow us to

3

recommence.  I've attached the invoices above.  As you will see, the invoices represent two separate lines of work, as follows:

1. Regulatory work—This is the work that I was involved in and that we discussed this morning.  As you will see, there are two bills.  The first is for $52,500, which represents our work on the first phase of the project.  The second is for $19,914, which represents our work on the second, but as yet unfinished, phase of the project. (Your predecessor attorneys had asked us to hold off sending Faraday the bill for our time on the second phase until the first bill was paid.  So, we had not previously sent this bill to Faraday.)  Together, the bills add up to $72,414.

2. Employment work—There are three invoices for this work, which was overseen by Maureen Gorman, a labor and employment partner in our Palo Alto office.  I have only a rudimentary understanding of the nature of the project.  So, if you wish to know more about its origins and content, you may wish to contact Maureen directly.  The three invoices amount to $154,768 in total.  However, we have a $10,000 security deposit retainer from Faraday that could be applied, thus reducing the amount owing to $144,768.

Should you have any questions about these invoices, please don't hesitate to get in touch.  Thanks.  Phil.

Philip R. Recht
Mayer Brown LLP
350 S. Grand Avenue, 25th Floor
Los Angeles, CA  90071
Direct:  213 229-9512
Main:  213 229-9500
Mobile: 310 493-9781
Fax:  213 625-0248
PRecht@mayerbrown.com

_____
_____
4

This email and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.

<DS_FFPar State Comparison.xlsx>

<Mayer Brown_FF Supplemental Engagement (12.22.17).pdf>

5

HLIU003711