# Exhibit 14

## DECLARATION AND CERTIFICATION

We, <u>Ko & Martin - Certified Interpreters and Translators</u>, declare that we are

( ✓ )   Certified Court Interpreters as described in GC68565

We are certified to interpret and translate <u>from the Chinese language to the English language and from the English language to the Chinese language.</u>

We further declare that we have translated the attached document <u>from the Chinese language to the English language.</u>

We declare to the best of our abilities and belief, that this is a true and accurate translation of the Chinese language text of **<u>Email from hliusunshine@gmail.com dated 04/15/2021 with subject</u>** *<u>Chat history for group "Jiawei Wang Jerry, Yueting Jia nephew and the finance and human resource manager N, Wentao Huang FF Legal Counsel Hainan economy and trade…"</u>*

### Specific Description of the Document

**<u>Email from hliusunshine@gmail.com dated 04/15/2021 with subject</u>** *<u>Chat history for group "Jiawei Wang Jerry, Yueting Jia nephew and the finance and human resource manager N, Wentao Huang FF Legal Counsel Hainan economy and trade…"</u>*

We declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

This declaration is signed this <u>18th of May 2021</u> in <u>Los Angeles</u>, California.


<u>Lingling Men Martin</u>
President
Ko & Martin - Certified Interpreters and Translators

*[signature]*
_____
Signature

KO & MARTIN – Certified Interpreters and Translators
www.komartin.com
Email: chinese.division@komartin.com



**Chat history for group "Jiawei Wang Jerry, Yueting Jia nephew and the finance and human resource manager N, Wentao Huang FF Legal Counsel Hainan economy and trade…"**



The text and image message history of the WeChat group "Jiawei Wang Jerry, Yueting Jia nephew and the finance and human resource manager N, Wentao Huang FF Legal Counsel Hainan economy and trade…" is as follows.

——— 2018-1-26 ———

**Jiawei Wang Jerry at 22:02**

Mr. Liu and Mr. Huang, a WeChat group has been created for communication. [Shake][Shake]

**Jiawei Wang Jerry at 22:02**

Many thanks to Mr. Huang for your coordination for the term(s) of the employment contract(s). [Fight][Fight]

**Wentao Huang at 22:10**

@Henry Liu welcome you to join our company. You will be a great help to YT and to the company's operation and rapid development in the future. Perhaps we talk on the phone when you have time to share information and some personnel arrangement need to be discussed in advance. I'm currently in China.

**Henry Liu at 22:23**

Thanks, Jerry. Hello Wentao. Thanks for your strong support. Feel free to call at any time. Best regards.

**Wentao Huang at 22:25**

Are you in New York? I'm in Shanghai. We can call via Wechat when you have time.

**Henry Liu at 22:25**

Sounds good. I'm in New York. Feel free to call via WeChat at any time.

**HLIU007670**



H Liu <hliusunshine@gmail.com>

---

## Chat history for group "王佳伟Jerry贾跃亭外甥管融资人事N, 黄文涛FFLegal Counsel 海南经贸..."

**H Liu** <hliusunshine@gmail.com>　　　　　　　　　　　　　　　　　　　　　Thu, Apr 15, 2021 at 5:32 PM
To: H Liu Sunshine Legal Matter Email <HLiuSunshine@gmail.com>

Dear:

　　The text and image message history of the WeChat group "王佳伟Jerry贾跃亭外甥管融资人事N, 黄文涛FFLegal Counsel 海南经贸..." is as follows.

──────── 2018-1-26 ────────

### 王佳伟Jerry 22:02
拉个群对接下刘总和黄总[Shake][Shake]

### 王佳伟Jerry 22:02
感谢黄总对雇佣合同条款的协调[Fight][Fight]

### 黄文涛 22:10
@Henry Liu 热烈欢迎您加入公司，对YT及公司今后运营及快速发展会起到极大帮助。您方便时咱们通个电话，分享信息，一些人事安排也想提前商量一下，我现在在国内。

### Henry Liu 22:23
感谢Jerry. 文涛好。感谢你的大力支持。方便时请随时通话。祝好。

### 黄文涛 22:25
您在纽约吗？我在上海，方便时咱们可以微信电话

### Henry Liu 22:25
好的。在纽约。请随时微信通话。

HLIU007670