# Exhibit 26

| Employee ID | Last Name | Grant Name | Quantity Granted | Vesting Schedule (See Above) | Expire Date | Alternative Vest Base Date (Vest Commencement Date) | Allow early Exercise |
|---|---|---|---|---|---|---|---|
| RBC0P7449 | Liu | 10/24/2018 - $0.36 US - ISO | 8,000,000 | 25% @ 1 year, monthly thereafter for 3 years | 24-Oct-2028 | 15-Feb-2018 | FALSE |
| RBC0P7449 | Liu | 10/24/2018 - $0.36 US - ISO | 4,000,000 | 1/48th Monthly for 4 Years | 15-Feb-2029 | 15-Feb-2019 | FALSE |
| RBC0P7449 | Liu | 10/24/2018 - $0.36 US - ISO | 4,000,000 | 1/48th Monthly for 4 Years | 15-Feb-2030 | 15-Feb-2020 | FALSE |
| RBC0P7449 | Liu | 10/24/2018 - $0.36 US - ISO | 4,000,000 | 1/48th Monthly for 4 Years | 15-Feb-2031 | 15-Feb-2021 | FALSE |
| JBIARVDMR | Eisner | 10/24/2018 - $0.36 US - ISO | 90,000 | 25% @ 1 year, monthly thereafter for 3 years | 24-Oct-2028 | 21-May-2018 | FALSE |
| JBIARVDMR | Eisner | 10/24/2018 - $0.36 US - ISO | 30,000 | 1/48th Monthly for 4 Years | 21-May-2029 | 21-May-2019 | FALSE |
| JBIARVDMR | Eisner | 10/24/2018 - $0.36 US - ISO | 15,000 | 1/48th Monthly for 4 Years | 21-May-2030 | 21-May-2020 | FALSE |
| JBIARVDMR | Eisner | 10/24/2018 - $0.36 US - ISO | 15,000 | 1/48th Monthly for 4 Years | 21-May-2031 | 21-May-2021 | FALSE |
| NNGRPX9JE | Johnson | 10/24/2018 - $0.36 US - ISO | 90,000 | 25% @ 1 year, monthly thereafter for 3 years | 24-Oct-2028 | 21-May-2018 | FALSE |
| NNGRPX9JE | Johnson | 10/24/2018 - $0.36 US - ISO | 30,000 | 1/48th Monthly for 4 Years | 21-May-2029 | 21-May-2019 | FALSE |
| NNGRPX9JE | Johnson | 10/24/2018 - $0.36 US - ISO | 15,000 | 1/48th Monthly for 4 Years | 21-May-2030 | 21-May-2020 | FALSE |
| NNGRPX9JE | Johnson | 10/24/2018 - $0.36 US - ISO | 15,000 | 1/48th Monthly for 4 Years | 21-May-2031 | 21-May-2021 | FALSE |
| Y4VXO2127 | Skibbe | 10/24/2018 - $0.36 US - ISO | 90,000 | 25% @ 1 year, monthly thereafter for 3 years | 24-Oct-2028 | 21-May-2018 | FALSE |
| Y4VXO2127 | Skibbe | 10/24/2018 - $0.36 US - ISO | 30,000 | 1/48th Monthly for 4 Years | 21-May-2029 | 21-May-2019 | FALSE |
| Y4VXO2127 | Skibbe | 10/24/2018 - $0.36 US - ISO | 15,000 | 1/48th Monthly for 4 Years | 21-May-2030 | 21-May-2020 | FALSE |
| Y4VXO2127 | Skibbe | 10/24/2018 - $0.36 US - ISO | 15,000 | 1/48th Monthly for 4 Years | 21-May-2031 | 21-May-2021 | FALSE |
| 5HJOTJK8M | Fritz | 10/24/2018 - $0.36 US - ISO | 100,000 | 25% @ 1 year, monthly thereafter for 3 years | 24-Oct-2028 | 29-Jan-2018 | FALSE |
| XPNLVE414 | Hsu | 10/24/2018 - $0.36 US - ISO | 80,000 | 25% @ 1 year, monthly thereafter for 3 years | 24-Oct-2028 | 30-Apr-2018 | FALSE |
| ZG2GI4RC0 | Chen | 10/24/2018 - $0.36 US - ISO | 50,000 | 25% @ 1 year, monthly thereafter for 3 years | 24-Oct-2028 | 29-May-2018 | FALSE |
| S1W28P0V1 | Guthi | 10/24/2018 - $0.36 US - ISO | 30,000 | 25% @ 1 year, monthly thereafter for 3 years | 24-Oct-2028 | 25-Jun-2018 | FALSE |
| UDHJPYKHG | Bullock | 10/24/2018 - $0.36 US - ISO | 25,000 | 25% @ 1 year, monthly thereafter for 3 years | 24-Oct-2028 | 7-May-2018 | FALSE |
| ZPBMOVFTI | Gilliam | 10/24/2018 - $0.36 US - ISO | 15,000 | 25% @ 1 year, monthly thereafter for 3 years | 24-Oct-2028 | 1-Jan-2018 | FALSE |
| 8800Y2R6W | Hsieh | 10/24/2018 - $0.36 US - ISO | 30,000 | 25% @ 1 year, monthly thereafter for 3 years | 24-Oct-2028 | 1-Jan-2018 | FALSE |
| RZZMVKPMZ | Southammavong | 10/24/2018 - $0.36 US - ISO | 35,000 | 25% @ 1 year, monthly thereafter for 3 years | 24-Oct-2028 | 1-Jan-2018 | FALSE |
| 6H2O358OM | Gonzales | 10/24/2018 - $0.36 US - ISO | 5,000 | 25% @ 1 year, monthly thereafter for 3 years | 24-Oct-2028 | 12-Mar-2018 | FALSE |
| NF4H1WGJ1 | Liu | 10/24/2018 - $0.36 US - ISO | 6,000 | 25% @ 1 year, monthly thereafter for 3 years | 24-Oct-2028 | 19-Mar-2018 | FALSE |
| W6W7HI7J0 | Wong | 10/24/2018 - $0.36 US - ISO | 5,000 | 25% @ 1 year, monthly thereafter for 3 years | 24-Oct-2028 | 1-Apr-2018 | FALSE |
| NCDXF6V1D | Bobadilla | 10/24/2018 - $0.36 US - ISO | 10,000 | 25% @ 1 year, monthly thereafter for 3 years | 24-Oct-2028 | 16-Apr-2018 | FALSE |
| 2UEAMQSM6 | Banuelos | 10/24/2018 - $0.36 US - ISO | 20,000 | 25% @ 1 year, monthly thereafter for 3 years | 24-Oct-2028 | 20-Feb-2018 | FALSE |
| JRMNRX0A9 | Kim | 10/24/2018 - $0.36 US - ISO | 5,000 | 25% @ 1 year, monthly thereafter for 3 years | 24-Oct-2028 | 1-Jan-2018 | FALSE |
| KFFMXAQDR | Lund | 10/24/2018 - $0.36 US - ISO | 20,000 | 25% @ 1 year, monthly thereafter for 3 years | 24-Oct-2028 | 1-Jan-2018 | FALSE |
| U01FNIQDM | Chiu | 10/24/2018 - $0.36 US - ISO | 5,000 | 25% @ 1 year, monthly thereafter for 3 years | 24-Oct-2028 | 30-Jul-2018 | FALSE |

Thai Tran

Privacy

10/25/2018

Solium

shareworks.solium.com

**Jannet Calix**
Director, Private Market Operations

+1 480.308.8173   t
jannet.calix@solium.com

Solium

222 S. Mill Avenue
Suite 424
Tempe, AZ 85281
United States

HLIU006844