# Exhibit 27

Tue, October 30, 2018 at 10:48:22 AM Pacific Daylight Time

**Subject:** Fwd: Smart King Board Meeting Minutes
**Date:** Saturday, October 27, 2018 at 13:33:02 Pacific Daylight Time
**From:** Jarret Johnson
**To:** Henry Liu
**Attachments:** Minutes of Board Meeting of Smart King Ltd. (09.21.2018).pdf

Here are the minutes that contain the language you asked for about WARN.

Get Outlook for iOS

---------- Forwarded message ----------
From: "**Jarret Johnson**" <jarret.johnson@ff.com>
Date: Tue, Oct 9, 2018 at 2:04 PM -0700
Subject: Smart King Board Meeting Minutes
To: "Jerry Wang" <Jerry.Wang@ff.com>, "Henry Liu" <henry.liu@ff.com>, "Chaoying Deng" <Chaoying.Deng@ff.com>, "Nick Sampson" <Nick@ff.com>, "Ruokun Jia" <Ruokun.Jia@ff.com>, "jamesxia@evergrande.com" <jamesxia@evergrande.com>, "Jianjun Peng(FF China)" <jianjun.peng@ff.com>

Dear Members of the Board of Directors of Smart King Ltd.:

Attached please find a copy of the Minutes of the Meeting of the Board of Directors of Smart King Ltd. held on 9/21/2018.

Regards,

**Jarret Johnson**
Assistant General Counsel, Transactions & Financial Services
Faraday Future
18455 S. Figueroa Street, Gardena, CA 90248
jarret.johnson@ff.com
(310) 503-1850

HLIU008363