# Exhibit 28

| | |
|---|---|
| From: | Henry Liu [henry.liu@ff.com] |
| Sent: | 7/30/2018 9:26:16 PM |
| To: | Ian Eisner [ian.eisner@ff.com]; Scott Wang [Yining.Wang@ff.com]; Harvey Karlovac [harvey.karlovac@ff.com] |
| CC: | Brian Fritz [Brian.Fritz@ff.com] |
| Subject: | Re: meeting recording |

I would agree with Ian and that it would be in the company as well as everyone's best interest to follow the applicable laws and rules.

---

**From:** Ian Eisner <ian.eisner@ff.com>
**Date:** Monday, July 30, 2018 at 18:20
**To:** Scott Wang <Scott.Wang@ff.com>, Harvey Karlovac <harvey.karlovac@ff.com>
**Cc:** Henry Liu <henry.liu@ff.com>, Brian Fritz <Brian.Fritz@ff.com>
**Subject:** Re: meeting recording

Hi Scott,

Subject to any thoughts Henry might have, from a litigation perspective, it's our strong recommendation not to record ExComm meetings. Any such recordings would potentially be discoverable in litigation involving the company (for example, ExComm meetings have been the subject of discovery in the EVelozcity litigation). We'd risk our litigation opponents taking statements made during ExComm meetings out of context to damage the company. The fact is that there have been statements made at ExComm meetings that, while well intentioned, would potentially damage the company if they had been recorded and produced in the context of litigation (or leaked to the media). Further, recording the meetings may have a chilling effect on what participants are willing to contribute at meetings. (Note that it's my understanding that, under CA, the attendees would need to be informed that they are being recorded.)

Happy to discuss further,
Ian


Get Outlook for iOS


On Mon, Jul 30, 2018 at 5:06 PM -0700, "Scott Wang" <Scott.Wang@ff.com> wrote:

> Ian, pls provide your perspective
>
> Best Regards,
> _____
>
> **Faraday Future**
>
> Scott Wang
>
> CEO Office Operation
> & UP2U Business Partner
> +1 919 621 1211
>
> 18455 S Figueroa St,
> Gardena, CA 90248
>
> FF.com

CONFIDENTIAL

FF00001244

FF, inc. email may include content, whether in the body of an email or in an attachment, that is intended to be confidential. Delivery of confidential material by email not does not diminish the confidential nature of such material. All persons who believe that they have erroneously received any FF, inc. email are requested to delete such email, including any attachments. Any non-business, personal use of FF, inc. email system is solely the responsibility of the sender, and none of the content of any such email is to be attributed to FF, inc. No one who receives an email purportedly from FF, inc. should rely on the authenticity or completeness of that email, unless it is received directly from FF, inc.. No person is entitled to copy, forward or otherwise re-use any material contained in any FF, inc. email, without FF, inc.'s express written permission.

**From:** Harvey Karlovac
**Sent:** Monday, July 30, 2018 5:04 PM
**To:** Scott Wang <Scott.Wang@ff.com>
**Cc:** Ian Eisner <ian.eisner@ff.com>
**Subject:** RE: meeting recording

Scott, as a further thought on this prospective course of action, may I connect you here with litigation guru, as in FF may not necessarily want to be documenting all discussions… Thanks-

**Harvey Karlovac**
Senior Legal Counsel, Trade Compliance
Faraday Future
18455 S. Figueroa St.
Gardena, CA 90248 USA
Mobile 310.874.8732
www.ff.com

---

**From:** Harvey Karlovac
**Sent:** Friday, July 27, 2018 1:17 PM
**To:** Sheryl Skibbe <sheryl.skibbe@ff.com>
**Cc:** XiaoOu Ma <XiaoOu.Ma@ff.com>; Scott Wang <Scott.Wang@ff.com>
**Subject:** RE: meeting recording

Hi Sherry, I was passing by Scott's desk and shared my ideas when he asked, but we defer to you as the SME!

**Harvey Karlovac**
Senior Legal Counsel, Trade Compliance
Faraday Future
18455 S. Figueroa St.
Gardena, CA 90248 USA
Mobile 310.874.8732
www.ff.com

---

**From:** Scott Wang
**Sent:** Friday, July 27, 2018 1:03 PM
**To:** Sheryl Skibbe <sheryl.skibbe@ff.com>; Harvey Karlovac <harvey.karlovac@ff.com>
**Cc:** XiaoOu Ma <Xiaoou.Ma@ff.com>
**Subject:** meeting recording

Sheryl and Harvey,
YT requested to record all the key meetings so that we
1. Have a track record of the meetings
2. Can leverage these footage for future documentaries

Need your help to assign a layer and guide us on how to do this within the confines of CA law.

I was told that the recording needs to get all the consent of the attendees if the meeting is more than 3 people.
Pls help me with the exact requirements and restrictions. E.g.
What verbiage should we include in the meeting invite?

CONFIDENTIAL                                                                                                                                                   FF00001245

What announcement we need to make at the beginning of the meeting or each new guest speaker enters the room? Etc.

Best Regards,
_____

**Faraday Future**

Scott Wang

CEO Office Operation
& UP2U Business Partner
+1 919 621 1211

18455 S Figueroa St,
Gardena, CA 90248

FF.com

---

FF, inc. email may include content, whether in the body of an email or in an attachment, that is intended to be confidential. Delivery of confidential material by email not does not diminish the confidential nature of such material. All persons who believe that they have erroneously received any FF, inc. email are requested to delete such email, including any attachments. Any non-business, personal use of FF, inc. email system is solely the responsibility of the sender, and none of the content of any such email is to be attributed to FF, inc. No one who receives an email purportedly from FF, inc. should rely on the authenticity or completeness of that email, unless it is received directly from FF, inc.. No person is entitled to copy, forward or otherwise re-use any material contained in any FF, inc. email, without FF, inc.'s express written permission.