TROUTMAN PEPPER HAMILTON SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| HONG LIU, | Case No.  2:20-cv-08035-SVW-JPR |
| Plaintiff, | The Honorable Stephen V. Wilson |
| v. | **ORDER GRANTING JOINT STIPULATION RE DISCOVERY AND PRE-TRIAL DATES** |
| FARADAY&FUTURE INC., SMART KING LTD., JIAWEI WANG, and CHAOYING DENG, | |
| Defendants. | |
| AND RELATED COUNTERCLAIM | |

Pursuant to the parties' Stipulation, and good cause shown, the Court grants the Stipulation and sets the following dates:

| Event | Deadline |
|---|---|
| Last Day to File and Serve Plaintiff's Cross Motion for Summary Judgment | May 19, 2021 |
| Last Day to File and Serve Defendants' Opposition to Cross Motion for Summary Judgment | June 3, 2021 |
| Last Day to File and Serve Plaintiff's Reply in Support of Cross Motion for Summary Judgment | June 10, 2021 |
| Hearing on Plaintiff's Cross Motion for Summary Judgment | June 21, 2021 at 1:30 p.m |
| Daubert and in limine motion deadline | June 28, 2021 |

**IT IS SO ORDERED.**

Dated: May 20, 2021

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE