# EXHIBIT A

**Grochow, Lauren**

| | |
|---|---|
| **From:** | Grochow, Lauren |
| **Sent:** | Thursday, May 20, 2021 1:39 PM |
| **To:** | Crisp, Kevin; 'Jake Nachmani'; Amiad Kushner; Michael Stolper; Andrew Sklar; Kevin Hughes |
| **Cc:** | Kessel, Alan J.; George, Paul B. (GeorgeP@LanePowell.com); Goldman, Jeffrey M.; Ladner, Matthew |
| **Subject:** | RE: Liu v. Faraday&Future Inc. et al., 2:20-cv-08035-SVW-JPR (C.D. Cal.) |

Kevin, Jake, and Andrew,

Thanks for taking the time to discuss the sealing issue detailed below. I am glad that we could agree to file a joint application to seal the documents and select portions of Plaintiff's declaration. Please let us know as soon as you have contacted out to the Courtroom Deputy and Help Desk to let them know that the application to seal will be forthcoming. We will get a draft of that application and the supporting documents to you as soon as possible.

Best,
Lauren

**Lauren E. Grochow**
Associate
**troutman pepper**
Direct: 949.622.2746 | Internal: 18-2746
lauren.grochow@troutman.com

---

**From:** Crisp, Kevin <Kevin.Crisp@Troutman.com>
**Sent:** Thursday, May 20, 2021 11:28 AM
**To:** 'Jake Nachmani' <jnachmani@seidenlawgroup.com>; Amiad Kushner <akushner@seidenlawgroup.com>; Michael Stolper <mstolper@seidenlawgroup.com>; Andrew Sklar <asklar@seidenlawgroup.com>; Kevin Hughes <kevin@foundationlaw.com>
**Cc:** Kessel, Alan J. <Alan.Kessel@troutman.com>; George, Paul B. (GeorgeP@LanePowell.com) <GeorgeP@LanePowell.com>; Goldman, Jeffrey M. <Jeffrey.Goldman@troutman.com>; Grochow, Lauren <Lauren.Grochow@troutman.com>; Ladner, Matthew <Matthew.Ladner@troutman.com>
**Subject:** RE: Liu v. Faraday&Future Inc. et al., 2:20-cv-08035-SVW-JPR (C.D. Cal.)

Jake,

While we believe that you have had more than sufficient notice—especially given you apparently had enough notice to provide an express written response below setting forth your blanket disagreement that any of these documents and information are confidential and need to be sealed, at the very least—we will postpone the call that you requested to hold until 1 pm PT today. Please use the same dial-in and password circulated below. Please also note, again, that if we are unable to resolve this issue, we will be forced to file an ex parte application to have the documents sealed, as well as to seek all appropriate remedies under, *inter alia*, Section 14 of the Protective Order, in response to Plaintiff's public exposure of FF's confidential and privileged information.

Regards,

1

Kevin

---

**From:** Jake Nachmani <jnachmani@seidenlawgroup.com>
**Sent:** Thursday, May 20, 2021 11:17 AM
**To:** Crisp, Kevin <Kevin.Crisp@Troutman.com>; Amiad Kushner <akushner@seidenlawgroup.com>; Michael Stolper <mstolper@seidenlawgroup.com>; Andrew Sklar <asklar@seidenlawgroup.com>; Kevin Hughes <kevin@foundationlaw.com>
**Cc:** Kessel, Alan J. <Alan.Kessel@Troutman.com>; George, Paul B. (GeorgeP@LanePowell.com) <GeorgeP@LanePowell.com>; Goldman, Jeffrey M. <Jeffrey.Goldman@Troutman.com>; Grochow, Lauren <Lauren.Grochow@Troutman.com>; Ladner, Matthew <Matthew.Ladner@Troutman.com>
**Subject:** RE: Liu v. Faraday&Future Inc. et al., 2:20-cv-08035-SVW-JPR (C.D. Cal.)

**EXTERNAL SENDER**

Kevin,

We need more than 75 seconds notice in order to coordinate on our end. We are available later in the afternoon.

We are free at 4PM EST and after.

---

**From:** Crisp, Kevin <Kevin.Crisp@Troutman.com>
**Sent:** Thursday, May 20, 2021 2:13 PM
**To:** Jake Nachmani <jnachmani@seidenlawgroup.com>; Amiad Kushner <akushner@seidenlawgroup.com>; Michael Stolper <mstolper@seidenlawgroup.com>; Andrew Sklar <asklar@seidenlawgroup.com>; Kevin Hughes <kevin@foundationlaw.com>
**Cc:** Kessel, Alan J. <Alan.Kessel@Troutman.com>; George, Paul B. (GeorgeP@LanePowell.com) <GeorgeP@LanePowell.com>; Goldman, Jeffrey M. <Jeffrey.Goldman@Troutman.com>; Grochow, Lauren <Lauren.Grochow@Troutman.com>; Ladner, Matthew <Matthew.Ladner@Troutman.com>
**Subject:** RE: Liu v. Faraday&Future Inc. et al., 2:20-cv-08035-SVW-JPR (C.D. Cal.)

We are available at 11:15 a.m. PT. Please use the following:

Dial: 866-499-5343
Pass: 949-567-3537

---

**From:** Jake Nachmani <jnachmani@seidenlawgroup.com>
**Sent:** Thursday, May 20, 2021 10:53 AM
**To:** Crisp, Kevin <Kevin.Crisp@Troutman.com>; Amiad Kushner <akushner@seidenlawgroup.com>; Michael Stolper <mstolper@seidenlawgroup.com>; Andrew Sklar <asklar@seidenlawgroup.com>; Kevin Hughes <kevin@foundationlaw.com>
**Cc:** Kessel, Alan J. <Alan.Kessel@Troutman.com>; George, Paul B. (GeorgeP@LanePowell.com) <GeorgeP@LanePowell.com>; Goldman, Jeffrey M. <Jeffrey.Goldman@Troutman.com>; Grochow, Lauren <Lauren.Grochow@Troutman.com>; Ladner, Matthew <Matthew.Ladner@Troutman.com>
**Subject:** RE: Liu v. Faraday&Future Inc. et al., 2:20-cv-08035-SVW-JPR (C.D. Cal.)

**EXTERNAL SENDER**

Kevin,

We disagree with your below emails. We request a meet and confer with you.

What is your availability today?

Regards,

-Jake

---

**From:** Crisp, Kevin <Kevin.Crisp@Troutman.com>
**Sent:** Thursday, May 20, 2021 1:34 PM
**To:** Amiad Kushner <akushner@seidenlawgroup.com>; Michael Stolper <mstolper@seidenlawgroup.com>; Jake Nachmani <jnachmani@seidenlawgroup.com>; Andrew Sklar <asklar@seidenlawgroup.com>; Kevin Hughes <kevin@foundationlaw.com>
**Cc:** Kessel, Alan J. <Alan.Kessel@Troutman.com>; George, Paul B. (GeorgeP@LanePowell.com) <GeorgeP@LanePowell.com>; Goldman, Jeffrey M. <Jeffrey.Goldman@Troutman.com>; Grochow, Lauren <Lauren.Grochow@Troutman.com>; Ladner, Matthew <Matthew.Ladner@Troutman.com>
**Subject:** RE: Liu v. Faraday&Future Inc. et al., 2:20-cv-08035-SVW-JPR (C.D. Cal.)

Counsel,

Following up on this, please let us know by 11:00 a.m. PT if you agree to have the documents and the declaration excerpts sealed.

Regards,

Kevin

---

**From:** Crisp, Kevin <Kevin.Crisp@Troutman.com>
**Sent:** Wednesday, May 19, 2021 7:57 PM
**To:** Amiad Kushner <akushner@seidenlawgroup.com>; Michael Stolper <mstolper@seidenlawgroup.com>; 'Jake Nachmani' <jnachmani@seidenlawgroup.com>; Andrew Sklar <asklar@seidenlawgroup.com>; Kevin Hughes <kevin@foundationlaw.com>
**Cc:** Kessel, Alan J. <Alan.Kessel@Troutman.com>; George, Paul B. (GeorgeP@LanePowell.com) <GeorgeP@LanePowell.com>; Goldman, Jeffrey M. <Jeffrey.Goldman@Troutman.com>; Grochow, Lauren <Lauren.Grochow@Troutman.com>; Ladner, Matthew <Matthew.Ladner@Troutman.com>
**Subject:** Liu v. Faraday&Future Inc. et al., 2:20-cv-08035-SVW-JPR (C.D. Cal.)

Counsel:

Exhibits 1, 2, 7, 8, 26, 27, 28, and 29 to the Liu Declaration, the attached highlighted portions of the Liu Declaration, and Exhibit A to the Kushner Declaration submitted in support of Plaintiff's Cross Motion for Summary Judgment and Opposition filed last night at 11:26 p.m., contain information that is confidential and was required to have been filed under seal pursuant to the Stipulated Protective Order entered by the Court (the "**Protective Order**" [Dkt. No. 88]), as well as privileged information that should not have been filed at all.

Specifically:

- Exhibits 1 and 2 to the Liu Declaration disclose the confidential subject matter of FF's engagement of Mayer Brown and the confidential financial terms of that engagement. *See Moussouris v. Microsoft Corp.*, No. 15-CV-1483 JLR, 2018 WL 2124162, at *2 (W.D. Wash. Apr. 25, 2018) (sealing confidential information in engagement letters); *Evans v. DSW, Inc.*, No. 216CV03791JGBSPX, 2018 WL 6920674, at *5 (C.D. Cal. Aug. 17, 2018) (sealing documents relating to confidential financial information and business strategies); *see also* Cal. Bus. & Prof. Code § 6149 ("A written fee contract

shall be deemed to be a confidential communication within the meaning of subdivision (e) of Section 6068 and of Section 952 of the Evidence Code);

- Exhibit 8 to the Liu Declaration discloses privileged communications from FF's in house counsel regarding the topics on which FF was seeking legal advice from outside counsel at Mayer Brown;

- Exhibit 26 to the Liu Declaration discloses the confidential financial information of other FF employees. *See, e.g., Digital Reg of Texas, LLC v. Adobe Sys., Inc.*, No. C 12-1971 CW, 2014 WL 4246158, at *3 (N.D. Cal. Aug. 27, 2014) (granting motion to seal documents that reference confidential financial information of the movant and third parties);

- Exhibit 27 to the Liu Declaration is a privileged document that falls outside the limited scope of the privilege waiver delineated and reconfirmed by Judge Rosenbluth in her respective May 3 and May 12, 2021 Orders;

- Exhibit 28 to the Liu Declaration and Exhibit A to the Kushner Declaration, are both documents that were produced by FF, as they include attorney-client communications that seek or identify sensitive aspects of FF's business operations or strategies. *See, e.g., Specialty Surplus Ins. Co. v. Lexington Ins. Co.*, No. C06-5246 RJB, 2007 WL 2404703, at *18 (W.D. Wash. Aug. 17, 2007) (sealing document designated as "CONFIDENTIAL AND PRIVILEGED ATTORNEY WORK PRODUCT"); and

- The attached highlighted portions of Liu's declaration further reflect privileged communications he purportedly made in his role as FF's General Counsel and that, as with Exhibit 27, fall outside of the limited privilege waiver found and reconfirmed by Judge Rosenbluth in her respective May 3 and May 12 Orders.

Under Local Rule 79-5.2.2(b), Plaintiff was required to contact FF at least 3 days prior to filing the above-referenced confidential documents to determine whether FF continued to maintain that those documents and information were confidential before filing them with the Court. Plaintiff, however, failed to do so and subsequently exposed FF's confidential documents and information in a public filing. In addition, despite the fact that none of the above-referenced privileged documents and information should have been used for any purpose under Judge Rosenbluth's Orders or under the governing law previously cited to you on multiple occasions, those documents and information further should not have been publicly exposed and, at a bare minimum, similarly were required to be filed under seal, even assuming, arguendo, they could be filed, at all.

Please let us know immediately if you agree to have the foregoing documents and the declaration excerpts sealed. If so, it will be necessary for you to contact the Court Room Deputy and Help Desk pursuant to the following instructions set out on the Court's website (LINKED HERE and excerpted below), to explain that the documents and declaration excerpts need to be sealed and that an application to seal those documents is forthcoming:

> *If you believe you have e-filed a document incorrectly, resulting in a confidential document being publicly filed, please contact both the Court Room Deputy and the Help Desk (213-894-0242 or ecf-helpdesk@cacd.uscourts.gov(link sends e-mail)), explaining the error. Then, if you have not already done so, e-file an Application for Leave to File Under Seal pursuant to Local Rule 79-5.2.2.*

We will then send you a joint application to file the above-referenced documents and declaration excerpts under seal that we will support with a declaration detailing the reasons for that action. Of course, we are doing this as a prophylactic measure in light of your public filing of Defendants' confidential and privileged information, and

(i) we do not agree that privileged information should be before the court; and (ii) nothing herein should be construed as an approval of the same.

Should Plaintiff refuse to agree to this procedure, Defendants will have no choice but to move *ex parte* to have the documents sealed, as well as to seek all appropriate remedies under, *inter alia*, Section 14 of the Protective Order, in response to Plaintiff's public exposure of FF's confidential and privileged information.

We look forward to hearing from you so that the parties can proceed accordingly and in reservation of each of their respective rights, including, without limitation, Defendants' rights to
seek any and all available legal remedies with respect to the improperly filed documents discussed above, their utilization in any form whatsoever, and with respect to any other improperly filed or utilized document or information.

Regards,

Kevin

**Kevin Crisp**
**Partner**
Direct: 949.567.3537 | Internal: 814-3537
kevin.crisp@troutman.com

**troutman pepper**
Suite 1200, 4 Park Plaza
Irvine, CA 92614-2524
troutman.com

**A HIGHER COMMITMENT TO CLIENT CARE**

Troutman Sanders and Pepper Hamilton have combined to become Troutman Pepper (Troutman Pepper Hamilton Sanders LLP). Troutman Pepper offers expanded capabilities and practice strengths while continuing to deliver powerful solutions to clients' legal and business issues with a higher commitment to client care.

This e-mail (and any attachments) from a law firm may contain legally privileged and confidential information solely for the intended recipient. If you received this message in error, please notify the sender and delete it. Any unauthorized reading, distribution, copying, or other use of this e-mail (and attachments) is strictly prohibited. We have taken precautions to minimize the risk of transmitting computer viruses, but you should scan attachments for viruses and other malicious threats; we are not liable for any loss or damage caused by viruses.