# EXHIBIT C

**Grochow, Lauren**

| | |
|---|---|
| **From:** | Grochow, Lauren |
| **Sent:** | Friday, May 21, 2021 1:19 PM |
| **To:** | Kevin Hughes |
| **Cc:** | 'Jake Nachmani'; Andrew Sklar; Crisp, Kevin; Kessel, Alan J.; Lybarger, Felisa H.; Goldman, Jeffrey M.; Amiad Kushner; Michael Stolper |
| **Subject:** | RE: Hong Liu v. Faraday&Future Inc., et al., Case No. 2:20-cv-08035 |

Kevin – That is unfortunate. Per our prior conversation and the messages that I just left on yours and Jake's voicemails, FF is going to file an *ex parte* application to seal. Please let us know if Liu intends to oppose that application.

Regards,
Lauren

**Lauren E. Grochow**
Associate
**troutman pepper**
Direct: 949.622.2746 | Internal: 18-2746
lauren.grochow@troutman.com

---

**From:** Kevin Hughes <kevin@foundationlaw.com>
**Sent:** Friday, May 21, 2021 12:31 PM
**To:** Grochow, Lauren <Lauren.Grochow@troutman.com>
**Cc:** 'Jake Nachmani' <jnachmani@seidenlawgroup.com>; Andrew Sklar <asklar@seidenlawgroup.com>; Crisp, Kevin <Kevin.Crisp@troutman.com>; Kessel, Alan J. <Alan.Kessel@troutman.com>; Lybarger, Felisa H. <Felisa.Lybarger@troutman.com>; Goldman, Jeffrey M. <Jeffrey.Goldman@troutman.com>; Amiad Kushner <akushner@seidenlawgroup.com>; Michael Stolper <mstolper@seidenlawgroup.com>; Kevin Hughes <kevin@foundationlaw.com>
**Subject:** RE: Hong Liu v. Faraday&Future Inc., et al., Case No. 2:20-cv-08035

**EXTERNAL SENDER**

Hi Lauren,

To confirm for the record, Judge Wilson's clerk advised us this morning that he was not agreeable to temporarily sealing the documents while the parties prepared the application.

I appreciate you taking the time to engage in additional meet and confer after our discussion with the clerk. I then went back and conferred with my team.

Unfortunately, we cannot co-sponsor or endorse the application and declaration you drafted. In our meet and confer yesterday, both sides agreed to a simple document that would focus only on confidentiality and would leave out any assertions or argument about privilege. As I memorialized in my email after the call, the contemplated joint application was not intended as an acknowledgment or agreement that any documents or information were privileged, or

1

confidential, just that Defendants wished to designate them as such and Plaintiff agreed to cooperate in protecting from public disclosure such information that Defendants wished to protect. The documents you propose are not consistent with this understanding. Instead, they are argumentative, mischaracterize the record, and in certain respects, they make statements that we believe to be false or misleading.

You advised me on our call earlier that you needed to hear from me by noon. I am sorry we could not come to an agreement.

Best,
Kevin
Ofc: 424.253.1266
Cell: 310.704.6904

**From:** Kevin Hughes <kevin@foundationlaw.com>
**Sent:** Friday, May 21, 2021 9:50 AM
**To:** Grochow, Lauren <Lauren.Grochow@troutman.com>
**Cc:** 'Jake Nachmani' <jnachmani@seidenlawgroup.com>; Andrew Sklar <asklar@seidenlawgroup.com>; Crisp, Kevin <Kevin.Crisp@troutman.com>; Kessel, Alan J. <Alan.Kessel@troutman.com>; Lybarger, Felisa H. <Felisa.Lybarger@troutman.com>; Goldman, Jeffrey M. <Jeffrey.Goldman@troutman.com>; Amiad Kushner <akushner@seidenlawgroup.com>; Michael Stolper <mstolper@seidenlawgroup.com>; Kevin Hughes <kevin@foundationlaw.com>
**Subject:** RE: Hong Liu v. Faraday&Future Inc., et al., Case No. 2:20-cv-08035

Hi Lauren,

The clerk called my work number and left a voicemail at 9:29 am. I immediately called him back and left a voicemail with my cell number for him to reach me. I have not yet heard back.

We will have changes to the application and declaration, which we are working on getting to you as soon as possible.

Your papers diverged in material respects from our agreement by phone yesterday. And your papers were delivered to us several hours later than anticipated, and to late to turn around yesterday. The delay to this point has been FF's doing.

Best,
Kevin
Ofc: 424.253.1266
Cell: 310.704.6904

**From:** Grochow, Lauren <Lauren.Grochow@troutman.com>
**Sent:** Friday, May 21, 2021 9:41 AM
**To:** Kevin Hughes <kevin@foundationlaw.com>
**Cc:** 'Jake Nachmani' <jnachmani@seidenlawgroup.com>; Andrew Sklar <asklar@seidenlawgroup.com>; Crisp, Kevin <Kevin.Crisp@troutman.com>; Kessel, Alan J. <Alan.Kessel@troutman.com>; Lybarger, Felisa H. <Felisa.Lybarger@troutman.com>; Goldman, Jeffrey M. <Jeffrey.Goldman@troutman.com>
**Subject:** RE: Hong Liu v. Faraday&Future Inc., et al., Case No. 2:20-cv-08035

Counsel – We have yet to receive your response to this. I contacted the clerk this morning to see if the documents could be temporarily sealed while we get the application on file, but the clerk was unable to reach you to obtain your consent to do so.  Please let us know <u>immediately</u> if you have any changes to the application and proposed order or whether we have your permission to add your electronic signature and file.  We cannot emphasize enough the impropriety of you allowing FF's confidential documents to remain on the publicly accessible docket.

If we do not hear from you by 11:00 a.m. PDT, we will have no choice but to seek *ex parte* relief as well as all available relief to the fullest extent of the law.

Best,
Lauren

**Lauren E. Grochow**
Associate
**troutman pepper**
Direct: 949.622.2746 | Internal: 18-2746
lauren.grochow@troutman.com

---

**From:** Grochow, Lauren
**Sent:** Thursday, May 20, 2021 9:49 PM
**To:** Kevin Hughes <kevin@foundationlaw.com>
**Cc:** 'Jake Nachmani' <jnachmani@seidenlawgroup.com>; Andrew Sklar <asklar@seidenlawgroup.com>; Crisp, Kevin <Kevin.Crisp@troutman.com>; Kessel, Alan J. <Alan.Kessel@troutman.com>; Lybarger, Felisa H. <Felisa.Lybarger@troutman.com>; Goldman, Jeffrey M. <Jeffrey.Goldman@troutman.com>
**Subject:** RE: Hong Liu v. Faraday&Future Inc., et al., Case No. 2:20-cv-08035

Kevin –

There is no need to delay until tomorrow. Plaintiff placed confidential documents into the public record, which is why, as expressed in our prior correspondence and during today's meet and confer call, we made it very clear that we need to get the application on file today. In addition, while the word version of the declaration is attached, FF's declaration in support of why it contends that the subject documents should be sealed is not a document that Plaintiff may edit. The application already states that FF is the party that contends that the subject documents need to be sealed.

Please let us know immediately if you have changes to the application to seal or proposed order.

The longer Plaintiff delays, the more *additional* prejudice FF will incur from Plaintiff's flagrant violation of the Court entered protective order and his ethical duty to FF to have maintained the confidentiality of the documents and information at issue.  FF reserves all rights and remedies.

Lauren

**Lauren E. Grochow**
Associate
**troutman pepper**
Direct: 949.622.2746 | Internal: 18-2746
lauren.grochow@troutman.com

**From:** Kevin Hughes <kevin@foundationlaw.com>
**Sent:** Thursday, May 20, 2021 9:15 PM
**To:** Grochow, Lauren <Lauren.Grochow@troutman.com>
**Cc:** 'Jake Nachmani' <jnachmani@seidenlawgroup.com>; Andrew Sklar <asklar@seidenlawgroup.com>; Crisp, Kevin <Kevin.Crisp@troutman.com>; Kessel, Alan J. <Alan.Kessel@troutman.com>; Lybarger, Felisa H. <Felisa.Lybarger@troutman.com>; Kevin Hughes <kevin@foundationlaw.com>
**Subject:** RE: Hong Liu v. Faraday&Future Inc., et al., Case No. 2:20-cv-08035

**EXTERNAL SENDER**

Lauren,

Can you please forward the declaration in Word format? That will speed the process along as we will have proposed tweaks. Thanks.

Best,
Kevin
Ofc: 424.253.1266
Cell: 310.704.6904

**From:** Grochow, Lauren <Lauren.Grochow@troutman.com>
**Sent:** Thursday, May 20, 2021 8:23 PM
**To:** Kevin Hughes <kevin@foundationlaw.com>
**Cc:** 'Jake Nachmani' <jnachmani@seidenlawgroup.com>; Andrew Sklar <asklar@seidenlawgroup.com>; Crisp, Kevin <Kevin.Crisp@troutman.com>; Kessel, Alan J. <Alan.Kessel@troutman.com>; Lybarger, Felisa H. <Felisa.Lybarger@troutman.com>
**Subject:** RE: Hong Liu v. Faraday&Future Inc., et al., Case No. 2:20-cv-08035

Kevin – Attached is our supporting declaration and Exhibit 1 to the Application. Based on the Court's electronic filing procedures, the declaration and the exhibits will be filed under seal, but the Application will be filed publicly. The exhibit numbers in the declaration correspond with the exhibits that we are seeking to seal, and Exhibit X to the declaration is the copy of Liu's declaration that we previously sent you highlighting the lines that we want sealed.

Please let me know as soon as possible if you have any changes to the application or proposed order or whether we have your permission to add your electronic signature and file. Given that FF's confidential information remains publicly accessible on the docket, we need to get this filed tonight.

Thanks.

Best,
Lauren

**Lauren E. Grochow**
Associate
**troutman pepper**
Direct: 949.622.2746 | Internal: 18-2746
lauren.grochow@troutman.com

**From:** Grochow, Lauren
**Sent:** Thursday, May 20, 2021 5:44 PM
**To:** Kevin Hughes <kevin@foundationlaw.com>
**Cc:** 'Jake Nachmani' <jnachmani@seidenlawgroup.com>; Andrew Sklar <asklar@seidenlawgroup.com>; Crisp, Kevin <Kevin.Crisp@troutman.com>; Kessel, Alan J. <Alan.Kessel@troutman.com>; Lybarger, Felisa H. <Felisa.Lybarger@troutman.com>
**Subject:** RE: Hong Liu v. Faraday&Future Inc., et al., Case No. 2:20-cv-08035

Thanks, Kevin.  Attached is the draft joint application to seal and proposed order for your review.  We will send you the supporting declaration once it is finalized, but we wanted to get you the joint application itself as soon as possible.

**Lauren E. Grochow**
Associate
**troutman pepper**
Direct: 949.622.2746 | Internal: 18-2746
lauren.grochow@troutman.com

---

**From:** Kevin Hughes <kevin@foundationlaw.com>
**Sent:** Thursday, May 20, 2021 2:45 PM
**To:** Grochow, Lauren <Lauren.Grochow@troutman.com>
**Cc:** 'Jake Nachmani' <jnachmani@seidenlawgroup.com>; Andrew Sklar <asklar@seidenlawgroup.com>; Kevin Hughes <kevin@foundationlaw.com>
**Subject:** FW: Hong Liu v. Faraday&Future Inc., et al., Case No. 2:20-cv-08035

**EXTERNAL SENDER**

Hi Lauren,

I reached out to the Court Room Deputy.  See email chain below.  Maybe "Please file your ex parte application to seal" will seem more illuminating to you since you've been working on the Joint Application, or maybe we'll need additional info.

I also called the Help Desk.  The Help Desk person was a bit confused about what he was supposed to do with the info that we were planning to file this application.  He suggested that maybe our efiling should be an "Ex Parte Application" for "Leave" and then we'd manually fill in "to File Under Seal Previously Filed Documents."

Onward, I guess.  I'll look forward to seeing your draft dox.  Thanks.

Best,
Kevin
Ofc: 424.253.1266
Cell: 310.704.6904

---

**From:** Paul Cruz <Paul_Cruz@cacd.uscourts.gov>
**Sent:** Thursday, May 20, 2021 2:33 PM

**To:** Kevin Hughes <kevin@foundationlaw.com>
**Subject:** RE: Hong Liu v. Faraday&Future Inc., et al., Case No. 2:20-cv-08035

Please file your ex parte application to seal.



PAUL M. CRUZ
COURTROOM DEPUTY
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
350 West 1st Street STE 4311 Room 4176
Los Angeles CA, 90012-4565
Office: 213-894-2881
Email: paul_cruz@cacd.uscourts.gov

**From:** Kevin Hughes <kevin@foundationlaw.com>
**Sent:** Thursday, May 20, 2021 2:18 PM
**To:** Paul Cruz <Paul_Cruz@cacd.uscourts.gov>
**Cc:** Kevin Hughes <kevin@foundationlaw.com>
**Subject:** Hong Liu v. Faraday&Future Inc., et al., Case No. 2:20-cv-08035

**CAUTION - EXTERNAL:**

Hello Mr. Cruz,

On behalf of Plaintiff in the above-referenced matter, I e-filed a Cross-Motion for Summary Judgment on Tuesday (Dkt. 160). On Wednesday, I filed a Notice of Errata (Dkt. 161) alerting the Court and the parties that the table of contents and table of authorities in the Memorandum of Law contained errors. I attached a copy of the Cross-Motion with corrected tables of contents and authorities.

Last night, Defendants brought to our attention that they deem certain evidence supporting our Cross-Motion to be confidential and they ask us to join them in applying to the Court for Leave to File Under Seal pursuant to Local Rule 79-5.2.2. Our application would seek to seal materials that appear in both Dkt. 160 and Dkt. 161.

The Court's website requests that I contact both the Court Room Deputy and the Help Desk to explain the matter and give notice of the parties' intention to e-file an Application for Leave to File Under Seal. This is the purpose of my email.

Please let me know if you have any requests in terms of how the parties proceed in this regard. We do not wish to inadvertently create confusion. Thank you.

Best,
Kevin

**KEVIN D. HUGHES, ESQ.**

**Foundation Law Group LLP**
1999 Avenue of the Stars
Suite 1100
Los Angeles, CA 90067

📞 424.253.1266
📠 424.253.1101
Ⓢ khughes_141
✉ kevin@foundationlaw.com
www.foundationlaw.com

vCard | Bio | Twitter



This message and any attached documents contain information from Foundation Law Group LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

This e-mail (and any attachments) from a law firm may contain legally privileged and confidential information solely for the intended recipient. If you received this message in error, please notify the sender and delete it. Any unauthorized reading, distribution, copying, or other use of this e-mail (and attachments) is strictly prohibited. We have taken precautions to minimize the risk of transmitting computer viruses, but you should scan attachments for viruses and other malicious threats; we are not liable for any loss or damage caused by viruses.