ALAN J. KESSEL, Bar No. 130707
alan.kessel@troutman.com
JEFFREY M. GOLDMAN, Bar No. 233840
jeffrey.goldman@troutman.com
KEVIN A. CRISP, Bar No. 261023
kevin.crisp@troutman.com
LAUREN E. GROCHOW, Bar No. 293601
lauren.grochow@troutman.com
TROUTMAN PEPPER HAMILTON SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545
Telephone: 949.622.2700
Facsimile: 949.622.2739

Attorneys for Defendant
SMART KING LTD., and Defendant and
Counterclaimant FARADAY&FUTURE INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| HONG LIU,<br><br>    Plaintiff,<br><br>  v.<br><br>FARADAY&FUTURE INC., SMART KING LTD., JIAWEI WANG, and CHAOYING DENG,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. 2:20-cv-08035-SVW-JPR<br><br>Honorable Stephen V. Wilson<br><br>**[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION TO SEAL CERTAIN DOCUMENTS FILED IN SUPPORT OF PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT AND OPPOSITION**<br><br>Pretrial Conference:  7/19/21<br>Trial:  7/27/21 |

116128103

[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION TO SEAL CERTAIN DOCUMENTS FILED IN SUPPORT OF PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT AND OPPOSITION

Upon consideration of the Defendant Smart King Ltd. and Defendant and Counterclaimant Faraday&Future Inc.'s *Ex Parte* Application to file documents Under Seal with regard to Plaintiff and Counterdefendant Hong Liu's ("**Liu**") Cross Motion for Summary Judgment and Opposition (the "**Cross Motion**") and upon consideration of the Joint Application to Seal Certain Documents Filed in Support of the Cross Motion (the "**Ex Parte Application**"), the Declaration of Lauren E. Grochow, and the Declaration of Brian Fritz, it is hereby ordered:

(i) the Ex Parte Application is granted.

(ii) the Court clerk is directed to immediately remove the following documents from the public record, and place them under seal:

1. Exhibits 8, 26, 27, and 28 to the Liu Declaration [**Dkt. Nos. 160-5, 160-6, 160-13, 160-31, 160-32, 160-33**]; and

2. Exhibit A to the Kushner Declaration [**Dkt. No. 160-36**].

(ii) the Court clerk is directed to immediately remove the Liu Declaration from the public record and place it under seal; and immediately refile in the public record a version of the Liu Declaration, in accordance with **Exhibit 1** attached hereto, that redacts paragraph 34 at p. 10 lines 2-9, paragraph 35 at p. 10 at lines 9-14, paragraph 36 at p. 10 line 15-3, and paragraph 37 at p. 10 line 26 through p. 11 line 3 of the Liu Declaration in accordance with the Court's and Local Rules' procedures for filing redacted and sealed documents.

Dated: _____                    _____
                                       Honorable Stephen V. Wilson
                                       United States District Court Judge