**EXHIBIT A**

# Exhibit 25

# AUGUST 01, 2018

# Faraday Future Appoints Henry Liu Global Chief Administrative Officer, Global Executive VP And Global General Counsel

Posted by FF Team

arrow_back **BACK TO INDEX**

LOS ANGELES, AUGUST 1st, 2018 – Faraday Future (FF) announced today that Henry (Hong) Liu, renowned expert in international legal, banking, and regulatory affairs, and former global equity partner at international law firm Mayer Brown LLP, has assumed the positions of Global Chief Administrative Officer (CAO), Global Executive Vice President and Global General Counsel, based at the company's Gardena, Los Angeles, California main campus. Additionally, he serves as chair of FF's newly created Functional Subcommittee.

With more than 25 years of professional, business and management experience in the United States and Asia Pacific regions, Mr. Liu is a crucial asset to FF as it heads toward the launch of its luxury all-electric, connected and smart FF 91 and subsequent expansion of products and services, as well as further enhancement of the corporate governance. He will be leading legal, government affairs, administration, and capital, globally.

"I have the utmost confidence in Faraday Future's mission and talents," Liu said. "With my experience, skills and knowledge in both the US and China, I hope to bring an immediate infusion of leadership across global legal, government affairs, and finance to this excellent team, and together further advance FF's vision to create a shared intelligent mobility ecosystem."

Prior to joining FF, besides an equity partner at Mayer Brown LLP based in New York, Mr. Liu counts more than two decades of global career experience in the legal, banking, and regulatory areas. He has been partner, managing partner, and chair of China & Asia practice at several global law firms; managing director of investment banking at the global investment banks of Credit Suisse First Boston (CSFB) and Donaldson, Lufkin & Jenrette (DLJ); and has held the post of Director-General and General Counsel of the China Securities Regulatory Commission (CSRC), China's national regulator for securities and capital markets.

In 2015, Mr. Liu was honored by The National Law Journal (NLJ) in the United States as a "Regulatory & Compliance Trailblazer". Liu was twice honored with the "Stars of Asia Award" by BusinessWeek as China's national policymaker in 1998 and 1999 for his role in China's economic and legal reforms, as well as during the Asia Financial Crisis, along with Chinese and Asian national, business and financial leaders. In 1999, Liu received the "Global Leader for Tomorrow Award" from the World Economic Forum in Davos.

Liu's formal education includes Peking University, Harvard, Stanford, and Oxford. He holds doctorate in law and MBA degrees. He has been licensed to practice law in the US for more than 25 years.

ABOUT FARADAY FUTURE
Faraday Future is a clean-energy intelligent mobility company with headquarters in Southern California. Our global team leverages the talents of leading thinkers and passionate creators to break the boundaries and standard business models of the automotive, internet, new energy, AI, and technology industries to bring the first intelligent and open shared-mobility ecosystem to people worldwide.

FOLLOW FARADAY FUTURE:
www.ff.com
www.twitter.com/faradayfuture
www.facebook.com/faradayfuture
www.instagram.com/faradayfuture
www.linkedin.com/company/faradayfuture

For More Information About Faraday Future, contact: press@ff.com

Contact:
John Schilling
PR Director
john.schilling@ff.com


https://www.ff.com/us/press-room/henry-liu-announcement/