ALAN J. KESSEL, Bar No. 130707
alan.kessel@troutman.com
JEFFREY M. GOLDMAN, Bar No. 233840
jeffrey.goldman@troutman.com
KEVIN A. CRISP, Bar No. 261023
kevin.crisp@troutman.com
LAUREN E. GROCHOW, Bar No. 293601
lauren.grochow@troutman.com
TROUTMAN PEPPER HAMILTON SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, CA  92614-2545
Telephone:  949.622.2700
Facsimile:  949.622.2739

Attorneys for Defendant
SMART KING LTD., and Defendant and
Counterclaimant FARADAY&FUTURE INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HONG LIU,<br><br>  Plaintiff,<br><br>  v.<br><br>FARADAY&FUTURE INC., SMART KING LTD., JIAWEI WANG, and CHAOYING DENG,<br><br>  Defendants. | Case No.2:20-cv-08035-SVW-JPR<br><br>Honorable Stephen V. Wilson<br><br>**SUPPLEMENTAL DECLARATION OF LAUREN E. GROCHOW IN SUPPORT OF FARADAY& FUTURE INC. AND SMART KING LTD.'S MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT, OF PLAINTIFF HONG LIU'S COMPLAINT**<br><br>Date:    June 1, 2021<br>Time:    1:30 p.m.<br>Place:    Courtroom 10A |
| AND RELATED COUNTERCLAIM. | Pretrial Conference:    7/19/21<br>Trial:    7/27/21 |

TROUTMAN PEPPER HAMILTON SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

116419870

I, Lauren E. Grochow, declare as follows:

1.      I am an attorney with Troutman Pepper Hamilton Sanders LLP, counsel of record for Defendant Smart King Ltd. and Defendant and Counterclaimant Faraday&Future Inc. (collectively, "**FF**") in this action.  I have personal knowledge as to all matters set forth herein, and if called to testify as a witness, I could and would do so.  I submit this supplemental declaration in support of FF's Motion for Summary Judgment, or, in the Alternative, Partial Summary Judgment.

2.      Attached to this Declaration as **Exhibit 6** are true and correct copies of excerpts of the court reporter's transcript of the May 12, 2021 hearing in this action before the Honorable Jean P. Rosenbluth.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 26, 2021 at Laguna Hills, California.

/s/ Lauren E. Grochow
Lauren E. Grochow

SUPPLEMENTAL DECLARATION OF LAUREN E. GROCHOW