ALAN J. KESSEL, Bar No. 130707
alan.kessel@troutman.com
JEFFREY M. GOLDMAN, Bar No. 233840
jeffrey.goldman@troutman.com
KEVIN A. CRISP, Bar No. 261023
kevin.crisp@troutman.com
LAUREN E. GROCHOW, Bar No. 293601
lauren.grochow@troutman.com
TROUTMAN PEPPER HAMILTON SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545
Telephone: 949.622.2700
Facsimile: 949.622.2739

Attorneys for Defendant
SMART KING LTD. and Defendant and
Counterclaimant FARADAY&FUTURE INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HONG LIU,<br><br>    Plaintiff,<br><br>v.<br><br>FARADAY&FUTURE INC., SMART KING LTD., JIAWEI WANG, and CHAOYING DENG,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. 2:20-cv-08035-SVW-JPR<br><br>Honorable Stephen V. Wilson<br><br>**DECLARATION OF VIJAY S. SEKHON IN SUPPORT OF FARADAY & FUTURE, INC. AND SMART KING LTD.'S MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT, OF PLAINTIFF HONG LIU'S COMPLAINT**<br><br>Date:    June 1, 2021<br>Time:    1:30 p.m.<br>Place:   Courtroom 10A<br><br>Pretrial Conference:  7/19/21<br>Trial:                   7/27/21 |

## DECLARATION OF VIJAY S. SEKHON

I, Vijay S. Sekhon, declare as follows:

1. I am a partner with the law firm Sidley Austin LLP ("**Sidley**"), and am a member of the firm's M&A and Private Equity, Capital Markets and Restructuring practice area teams. I have personal knowledge as to all matters set forth herein, and if called to testify as a witness, I could and would do so under oath.

2. Between October 2017 and the present, Sidley has represented FF Intelligent Mobility Global Holdings Ltd. (f/k/a/ Smart King Ltd.) ("**Smart King**") and Faraday&Future, Inc. ("**Faraday**") (together, "**FF**") with respect to certain corporate matters. During that time period, I have been the Sidley partner primarily responsible for overseeing, and I am therefore personally familiar with, Sidley's representation of FF, including the scope and nature of that representation.

3. FF did not retain Sidley in connection with the drafting or negotiation of any of the terms of, or FF's decision to enter into, the Employment Agreement between FF and Hong Liu ("**Liu**") dated January 25, 2018. Nor did Sidley advise FF as to any of those matters.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 24th day of May 2021, at Lafayette, California.

*[signature]*
Vijay S. Sekhon