ALAN J. KESSEL, Bar No. 130707
alan.kessel@troutman.com
JEFFREY M. GOLDMAN, Bar No. 233840
jeffrey.goldman@troutman.com
KEVIN A. CRISP, Bar No. 261023
kevin.crisp@troutman.com
LAUREN E. GROCHOW, Bar No. 293601
lauren.grochow@troutman.com
TROUTMAN PEPPER HAMILTON SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545
Telephone: 949.622.2700
Facsimile: 949.622.2739

Attorneys for Defendant
SMART KING LTD., and Defendant and
Counterclaimant FARADAY&FUTURE INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| HONG LIU,<br><br>  Plaintiff,<br><br>  v.<br><br>FARADAY&FUTURE INC., SMART KING LTD., JIAWEI WANG, and CHAOYING DENG,<br><br>  Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. 2:20-cv-08035-SVW-JPR<br><br>Honorable Stephen V. Wilson<br><br>**DEFENDANT SMART KING LTD. AND DEFENDANT AND COUNTERCLAIMANT FARADAY&FUTURE INC.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL CERTAIN PORTIONS OF SMART KING LTD. AND FARADAY&FUTURE INC.'S OBJECTIONS TO THE DECLARATION OF HONG LIU**<br><br>Pretrial Conference: 7/19/21<br>Trial: 7/27/21 |

116403294

SMART KING LTD. AND FARADAY&FUTURE INC.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL CERTAIN PORTIONS OF THE OBJECTIONS TO THE DECLARATION OF HONG LIU

1  Pursuant to Local Rule 79-5.1, Defendant Smart King Ltd. and Defendant and Counterclaimant Faraday&Future Inc. (collectively, "**FF**") respectfully request that the Court seal portions of FF's Objections to the Declaration of Hong Liu (the "**Objections**"). On May 21, 2021, FF filed an *Ex Parte* Application to Seal Certain Documents Filed in Support of Plaintiff's Cross-Motion for Summary Judgment and Opposition ("***Ex Parte* Sealing Application**"), including portions of Paragraphs 34-37 of Plaintiff Hong Liu's Declaration ("**Liu Declaration**") which impermissibly contain and disclose FF's privileged information. (*See* Dkt. No. 164, identifying ¶ 34 at p. 10:2-9, ¶ 35 at p. 10:9-14, ¶ 36 at p. 10:15-23, ¶ 37 at pp. 10:26-11:3). For the same reasons set forth in the *Ex Parte* Sealing Application, good cause also exists for sealing FF's Objections to the extent they quote and refer to the privileged information contained in and disclosed by Paragraphs 34-37 of the Liu Declaration. *Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1179-80 (9th Cir. 2006).

Dated:  May 26, 2021

Respectfully submitted,

TROUTMAN PEPPER HAMILTON SANDERS LLP

By  /s/ Lauren Grochow
Lauren Grochow

Attorneys for Defendants
SMART KING LTD. and Defendant and Counterclaimant
FARADAY&FUTURE INC.

TROUTMAN PEPPER HAMILTON SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545