TROUTMAN PEPPER HAMILTON SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| HONG LIU, | Case No. 2:20-cv-08035-SVW-JPR |
|---|---|
| Plaintiff, | Honorable Stephen V. Wilson |
| v. | **ORDER GRANTING DEFENDANT SMART KING LTD. AND DEFENDANT AND COUNTERCLAIMANT FARADAY&FUTURE INC.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL CERTAIN PORTIONS OF SMART KING LTD. AND FARADAY&FUTURE INC.'S OBJECTIONS TO THE DECLARATION OF HONG LIU** |
| FARADAY&FUTURE INC., SMART KING LTD., JIAWEI WANG, and CHAOYING DENG, | |
| Defendants. | |
| | Pretrial Conference: 7/19/21<br>Trial: 7/27/21 |
| AND RELATED COUNTERCLAIM. | |

1   Upon consideration of Defendant Smart King Ltd. and Defendant and
2   Counterclaimant Faraday&Future Inc.'s (collectively, "**FF**") Application for Leave
3   to File Under Seal Certain Portions of Objections to the Declaration of Hong Liu (the
4   "**Objections**"), and upon consideration of the Declaration of Lauren E. Grochow,
5   and finding that filing under seal is appropriate, it is hereby ordered that the
6   Application is GRANTED.  FF shall be permitted to file under seal the portions of
7   the Objections that quote and refer to privileged information in Paragraphs 34-37 of
8   the Plaintiff Hong Liu's Declaration.
9       IT IS SO ORDERED.

11  Dated: May 27, 2021      _____
12                              Honorable Stephen V. Wilson
                                United States District Court Judge

TROUTMAN PEPPER HAMILTON SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545