## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cv-08035-SVW-JPR | Date | June 1, 2021 |
|---|---|---|---|
| Title | Hong Liu v. Faraday&Future Inc. et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | Pat Cuneo | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Kevin D. Hughes | Lauren E. Grochow |
| Amiad M. Kushner | Alan J. Kessel |

**Proceedings:**       VIDEO HEARING re [131] MOTION for Summary Judgment filed by defendants and counterclaimant FARADAY&FUTURE INC., SMART KING LTD

Case called.  Attorneys state their appearances.  All appearances, including the Court, are made via Zoom.

Defendants' motion for summary judgment is GRANTED as to Plaintiff's wrongful termination claim but DENIED as to Plaintiff's breach of contract claim.  Detailed order to issue.

The Court will hold a bench trial on July 27, 2021 on Defendants' counterclaim for rescission of the Employment Agreement.

|  | : | 40 |
|---|---|---|
| Initials of Preparer | | PMC |