Kevin D. Hughes (Bar No. 188749)
kevin@foundationlaw.com
FOUNDATION LAW GROUP LLP
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Tel: 424.253.1266

Amiad Kushner (*pro hac vice*)
Akushner@seidenlawgroup.com
Jake Nachmani (*pro hac vice*)
Jnachmani@seidenlawgroup.com
SEIDEN LAW GROUP LLP
469 Seventh Avenue 5th Fl.
New York, NY 10018
Tel: 646.766.1914
Facsimile: 646.304.5277

Attorneys for Plaintiff/Counter-Defendant Hong Liu

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONG LIU,<br><br>    Plaintiff,<br><br>v.<br><br>FARADAY&FUTURE INC., SMART KING LTD., JIAWEI WANG, and CHAOYING DENG.<br><br>    Defendants.<br><br>FARADAY&FUTURE INC.,<br><br>    Counterclaimant,<br><br>v.<br><br>HONG LIU,<br><br>    Counter-Defendant. | CASE NO.  2:20-cv-08035-SVW-JPR<br><br>Honorable Stephen V. Wilson<br><br>**NOTICE OF WITHDRAWAL OF PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT (*FILED AS DKT. 160*)**<br><br>**HEARING ON MOTION:** June 21, 2021<br>**TIME:**   1:30 p.m.<br>**CTRM:**  10A |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Local Rule 7-16, Plaintiff Hong Liu hereby withdraws his Cross-Motion for Summary Judgment (Docket No. 160). Plaintiff reserves his rights to re-file such Cross-Motion pending the resolution of the July 27, 2021 bench trial of Defendants' rescission counterclaim.

Dated: June 3, 2021              FOUNDATION LAW GROUP LLP


                                 By: /s/ Kevin D. Hughes
                                      Attorneys for Plaintiff