Kevin D. Hughes (Bar No. 188749)
kevin@foundationlaw.com
FOUNDATION LAW GROUP LLP
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Tel: 424.253.1266

Amiad Kushner (*pro hac vice*)
Akushner@seidenlawgroup.com
Jake Nachmani (*pro hac vice*)
Jnachmani@seidenlawgroup.com
SEIDEN LAW GROUP LLP
469 Seventh Avenue 5th Fl.
New York, NY 10018
Tel: 646.766.1914
Facsimile: 646.304.5277

Attorneys for Plaintiff/Counter-Defendant Hong Liu

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| HONG LIU,<br><br>           Plaintiff,<br><br>      v.<br><br>FARADAY&FUTURE INC., SMART KING LTD., JIAWEI WANG, and CHAOYING DENG.<br><br>           Defendants.<br><br>AND RELATED COUNTERCLAIM. | CASE NO. 2:20-cv-08035-SVW-JPR<br><br>Honorable Stephen V. Wilson<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>**[Filed Concurrently with Joint Stipulation Re Continuance of Pre-Trial Conference and Pre-Trial and Trial Dates In Light Of Settlement of Action]**<br><br>Pre-Trial Conference   July 19, 2021<br>Time:                            3:00 P.M.<br>Ctrm:                            10A<br><br>Trial:                            July 27, 2021<br>Time:                            9:00 a.m.<br>Ctrm:                            10A |

1  The parties are pleased to report that this matter has settled in principle in all respects. The parties are currently preparing a written settlement agreement, and shortly thereafter expect to file dismissals, with prejudice, of the Complaint and of the Second Amended Counterclaim, respectively, and to ask that the Court retain jurisdiction to interpret and enforce the terms of the settlement. In the meantime, the parties have concurrently filed a Joint Stipulation stipulating to the respective 30-day continuances of (i) the July 19, 2021 Pre-Trial Conference; (ii) the July 27, 2021 trial date; (iii) any other trial dates that subsequently may be scheduled by the Court; and (iv) all pre-trial deadlines based upon those dates, to dates beginning from and after August 23, 2021, respectively, in light of the parties' settlement, and in furtherance of their formally documenting and effectuating its terms.

Dated: June 28, 2021                FOUNDATION LAW GROUP LLP

                                    By: /s/ Kevin D. Hughes
                                         Attorneys for Plaintiff Hong Liu

Dated: June 28, 2021                TROUTMAN PEPPER HAMILTON
                                    SANDERS LLP

                                    By: /s/ Alan J. Kessel
                                         Attorneys for Defendant Smart King Ltd. and
                                         Defendant and Counterclaimant
                                         Faraday&Future Inc.

**ATTESTATION**

Pursuant to L.R. 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

                                         /s/ Alan J. Kessel
                                         Alan J. Kessel