ALAN J. KESSEL, Bar No. 130707
alan.kessel@troutman.com
JEFFREY M. GOLDMAN, Bar No. 233840
jeffrey.goldman@troutman.com
KEVIN A. CRISP, Bar No. 261023
kevin.crisp@troutman.com
LAUREN E. GROCHOW, Bar No. 293601
lauren.grochow@troutman.com
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545
Telephone: 949.622.2700/Facsimile: 949.622.2739

PAUL B. GEORGE, CA Bar No. 55147
georgep@lanepowell.com
**LANE POWELL PC**
601 S.W. Second Avenue, Ste. 2100
Portland, Oregon 97204
Telephone: 503.778.2145/Facsimile 503.778.2200

Attorneys for Defendant
SMART KING LTD., and Defendant and
Counterclaimant FARADAY&FUTURE INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| HONG LIU, <br><br> Plaintiff, <br><br> v. <br><br> FARADAY&FUTURE INC., SMART KING LTD., JIAWEI WANG, and CHAOYING DENG, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIM. | Case No. 2:20-cv-08035-SVW-JPR <br><br> The Honorable Stephen V. Wilson <br><br> **JOINT STIPULATION RE CONTINUANCE OF PRE-TRIAL CONFERENCE AND PRE-TRIAL AND TRIAL DATES IN LIGHT OF SETTLEMENT OF ACTION** <br><br> **[Filed Concurrently with Joint Notice of Settlement]** <br><br> Pre-Trial Conference July 19, 2021 <br> Time: 3:00 p.m. <br> Place: Courtroom 10A <br><br> Trial Date: July 27, 2021 <br> Time: 9:00 a.m. <br> Place: Courtroom 10A |

117265954

JOINT STIPULATION RE CONTINUANCE OF PRE-TRIAL AND TRIAL DATES

In light of the parties' settlement of the above-captioned action and their concurrent filing of a Joint Notice of Settlement, and pursuant to the Court's Civil Trial Preparation Order dated February 25, 2021 [Dkt. No. 87] (the "**Trial Preparation Order**"), Plaintiff and Counter-Defendant Hong Liu (**"Plaintiff"**), and Defendant Smart King Ltd. (**"Smart King"**) and Defendant and Counterclaimant Faraday&Future Inc. (**"Faraday Future"**; together with Smart King, **"FF"** or the **"Company"**; and collectively with Plaintiff, the **"Parties"**), jointly submit the following stipulation regarding continuance of the pre-trial conference, and the pre-trial and trial dates:

WHEREAS, the Trial Preparation Order vacated a previously scheduled status conference and serves as this case's scheduling order under Rule 16(b) of the Federal Rules of Civil Procedure (**"Federal Rules"**);

WHEREAS, the Trial Preparation Order was entered on February 25, 2021 and set trial for June 8, 2021;

WHEREAS, the Trial Preparation Order ordered the Parties to begin discovery following that order's issuance and to conduct discovery in accord with the Federal Rules to the fullest extent possible;

WHEREAS, the Trial Preparation Order invited the Parties to file a stipulation to adjust discovery deadlines as necessary;

WHEREAS, on May 10, 2021, the Court, on its own motion, continued trial of this action to July 27, 2021 (the **"July 27 Phase I Trial Date"**) and set a Pretrial Conference for July 19, 2021 [Dkt. No. 150];

WHEREAS, on June 1, 2021, the Court ordered that it will conduct a bench trial on the July 27 Phase I Trial Date exclusively as to the issues of rescission and voidability of the employment agreement (**"Employment Agreement"**) between Plaintiff and FF (the **"Phase I Trial"**), and that its adjudication of the Phase I Trial will determine the need to thereafter schedule and conduct a jury trial on Plaintiff's

claim for breach of the Employment Agreement (the **"Phase II Trial"**) [Dkt No. 176; and Dkt. No. 180 at pp. 3:21-4:16];

WHEREAS, on June 27, 2021, the Parties reached a settlement in principle of the above-captioned action (the **"Settlement"**), and have agreed to work in good faith to formally document and effectuate the terms of the Settlement as soon as possible, following which the Parties will file dismissals, with prejudice, of the Complaint and of the Second Amended Counterclaim, respectively;

WHEREAS, in light of the Settlement, in furtherance of formally documenting and effectuating its terms, and subject to the immediately following paragraph, the Parties stipulate and agree to respective 30-day continuances of (i) the July 19, 2021 Pre-Trial Conference; (ii) the July 27, 2021 Phase I Trial Date; (iii) any Phase II or other trial dates that subsequently may be scheduled by the Court; and (iv) all pre-trial deadlines based upon those dates, to dates beginning from and after August 23, 2021, respectively (collectively, the **"Pre-Trial and Trial Dates"**); and

WHEREAS, the Parties further stipulate and agree that the agreed-upon respective 30-day continuances of the Pre-Trial and Trial Dates shall not re-open discovery, or otherwise extend the discovery cut-off date, with the sole exception of discovery that was undertaken and remained to be completed as of June 27, 2021.

THEREFORE, the Parties stipulate and agree to respective 30-day continuances of the Pre-Trial and Trial Dates in accordance with the terms of this Joint Stipulation.

Dated: June 28, 2021    FOUNDATION LAW GROUP LLP

By: /s/ Kevin D. Hughes
 Kevin D. Hughes
 Attorneys for Plaintiff and Counter-Defendant
 HONG LIU

[Signatures Continued on Next Page]

Dated: June 28, 2021    TROUTMAN PEPPER HAMILTON SANDERS LLP

By /s/ Alan J. Kessel
Alan J. Kessel
Attorneys for Defendant
SMART KING LTD. and Defendant and
Counterclaimant FARADAY&FUTURE INC.

## **ATTESTATION**

Pursuant to L.R. 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ Alan J. Kessel
Alan J. Kessel