ALAN J. KESSEL, Bar No. 130707
alan.kessel@troutman.com
JEFFREY M. GOLDMAN, Bar No. 233840
jeffrey.goldman@troutman.com
KEVIN A. CRISP, Bar No. 261023
kevin.crisp@troutman.com
LAUREN E. GROCHOW, Bar No. 293601
lauren.grochow@troutman.com
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545
Telephone: 949.622.2700
Facsimile: 949.622.2739

Attorneys for Defendant
SMART KING LTD., and Defendant and Counterclaimant
FARADAY&FUTURE INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| HONG LIU,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FARADAY&FUTURE INC., SMART KING LTD., JIAWEI WANG, and CHAOYING DENG,<br><br>　　　　Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. 2:20-cv-08035-SVW-JPR<br><br>The Honorable Stephen V. Wilson<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION RE CONTINUANCE OF PRE-TRIAL CONFERENCE AND PRE-TRIAL AND TRIAL DATES IN LIGHT OF SETTLEMENT OF ACTION** |

Pursuant to the parties' Joint Stipulation Re Continuance of Pre-Trial Conference and Pre-Trial and Trial Dates in light of Settlement of Action (the **"Stipulation"**), and for good cause shown, the Court grants the Stipulation and sets the following schedule for the case:

| Event | Previous Date | New Date |
| --- | --- | --- |
| Daubert and *in limine* motions deadline | June 28, 2021 | August 2, 2021 |
| Pre-Trial Conference | July 19, 2021 | August 23, 2021 |
| Phase I Trial Date | July 27, 2021 | August 31, 2021 |
| Phase II Trial Date (if necessary) | TBD | October 5, 2021 |

Except as otherwise provided in the Stipulation, all pre-trial conference and trial related deadlines are continued in accordance with the continued pre-trial conference and trial dates.

**IT IS SO ORDERED.**

Dated: _____

THE HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

TROUTMAN PEPPER HAMILTON SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

117289751
- 1 -
[PROPOSED] ORDER GRANTING JOINT STIPULATION RE CONTINUANCE OF PRE-TRIAL AND TRIAL DATES