UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cv-08035-SVW-JPR | Date | July 6, 2021 |
|---|---|---|---|
| Title | Hong Liu v. Faraday&Future Inc. et al | | |

Present: The Honorable  STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | Anne Kielwasser | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

Kevin Hughes    Alan J. Kessel
           Jeffrey M. Goldman

**Proceedings:**    STATUS CONFERENCE

Case called. Attorneys state their appearances.

Conference held. The stipulation to continue [183] is denied.

: 05

Initials of Preparer    PMC